# PLAINTIFF'S EXHIBITS 1-95

**Subject:** RE: leak water from roof top unit
**From:** Joe McCarry <jhm@peirce.com>
**Date:** 1/29/2015 8:50 AM
**To:** David Hatchigian <david3091@verizon.net>

i received the pictures and sent them to the person  he will contact you soon  he is joseph vagnozzi .

**From:** David Hatchigian [mailto:david3091@verizon.net]
**Sent:** Thursday, January 29, 2015 8:19 AM
**To:** Joe McCarry
**Subject:** Re: leak water from roof top unit

 HELLO JOSEPH, WAS WONDERING IF YOU RECEIVED THE PICTURES OF THE EMPLOYEE WHO VISITED THE JOB CITE AND WAS ABLE TO DETERMINE WHO HE IS? DAVID 610-446-7257 THANKS
On 1/28/2015 9:22 AM, Joe McCarry wrote:

> need to know what company installed it and the job name thanks

> This email, and any attachment to it, may contain information that is proprietary, privileged or confidential or that may be otherwise legally exempt from disclosure and is intended only for the individual(s) or entity to which it is addressed. If you are not the named recipient, or the employee or agent responsible for delivering it to the intended recipient, you are not authorized to read, print, retain, copy, disclose or distribute this email or any part of it. If you have received this email in error, please return it immediately to the sender, delete it and all copies from your system, and destroy any hard copies of this communication.

> This email has been scanned by the Symantec Email Security.cloud service.
> For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email, and any attachment to it, may contain information that is proprietary, privileged or confidential or that may be otherwise legally exempt from disclosure and is intended only 

FAX (610) 527-7516

(610) 446-7257 ANS. MACHINE

**DAVID HATCHIGIAN**
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@verizon.net

February 1, 2015

PEIRCE-PHELPS INC
2000 N. 59th STREET
PHILADELPHIA PA. 19131
215-879-7000

RE: CARRIER FOOF TOP UNIT LEAKING WATER INTO
APARTMENT. 7512 BRENTWOOD ROAD PHILA. PA. 19151

Dear Mr. Joseph Vagnozzi

Your name has been given to me as someone who has previously

visited the job cite and verified the leaking condensing unit at the above

address. I appreciate your call to me and I have returned your call several

times. Please be advised that time is of the essence. The water is leaking

into the apartment. Please be in touch by way of 24-hour answering service ,

fax, E/M all listed above.

Thank you for your anticipated cooperation.

Sincerely,

David Hatchigian

Forward U.S.P.S. 3817





Case ID: 150604314

FAX (610) 527-7516                                    (610) 446-7257 ANS. MACHINE

# DAVID HATCHIGIAN
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@verizon.net

February 9, 2015
CARRIER CORPORATION
Customer Relation
P.O. Box 4808, Carrier Parkway
Syracuse, N.Y. 13221

RE: ROOF TOP CONDENSING UNIT LEAKING WATER INTO THE
BUILDING. 7512 BRENTWOOD ROAD PHILA. PA. 19151

Dear Sir/Madam

     Please be advised that on or about November 3, 2005 David
Hatchigian had purchased one Carrier Roof Top Condensing Unit no. CA
50GL0243 AND CA CPRFCURBOO7A00 Roof Top Curb FROM Peirce
Phelps 2000 north 59th Street Phila. Pa. 19131 which I was told by Mr. Joe
Skins that Carrier could not guarantee this unit unless I agreed to buy the
roof top curb which is included in the bill. (Copy invoice enclosed)

     This unit has been leaking water into the apartment ceiling since it has
been installed and verified by Mr. Joseph Vagnozzi on September 25, 2013.
(Picture enclosed) This leak was supposedly diagnosed and sealed by Mr.
Joseph Vagnozzi on the above date. Obviously that is not what happened
and the unit is still and always has been leaking. I have been in touch with
Mr. Joseph McCarry and called and sent letter dated February 1, 2015 to Mr.
Joseph Vagnozzi in hopes to resolve the on going problem.

     Please find four (4) pictures no. (1) indicating rust inside of duct.
No. (2) water stains inside of duct. No. (3) Mr. Joseph Vagnozzi vigorously
at work. No. (4) Unit installed on roof top curb.





Case ID: 150604314



I need this problem resolved as quickly as possible. Time is of the essence.

Thank you for your anticipated cooperation

.

Sincerely yours,


David Hatchigian


Enclosures (3)

Forward U.S.P.S. 3817

CC: CARRIER CORPORATION
One Carrier Place
Farmington, Conn. 06034-4018
Attention: GARNETT KEELEY/ALEXA GIBB

CARRIER (2)



Case ID: 150604314

FAX (610) 527-7516                                                (610) 446-7257 ANS. MACHINE

## DAVID HATCHIGIAN
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@verizon.net

February 15, 2015

CARRIER CORPORATION
Customer Relation
P.O. Box 4808, Carrier Parkway
Syracuse, N.Y. 13221

RE: ROOF TOP CONDENSING UNIT LEAKING WATER INTO THE
BUILDING. 7512 BRENTWOOD ROAD PHILA. PA. 19151

Dear Sir/Madam

Please find David Hatchigian's bill for replacing defective Roof Top
Condensing Unit and non response to ongoing leaking unit.

Material and Labor to replace leaking Roof Top Condensing Unit,
ceiling rafters, plaster, prime and two coat epoxy paint on going rental loss.

Fifteen Thousand Dollars ($15,000)

Any questions please call or E/M. If I do not hear from you, you will
have forced me to exercise my legal rights.

I need this problem resolved as quickly as possible. Time is of the
essence.

Thank you for your anticipated cooperation.





Case ID: 150604314

Sincerely yours,


David Hatchigian


Enclosures (3)

Forward U.S.P.S. 3817

CC: CARRIER CORPORATION
One Carrier Place
Farmington, Conn. 06034-4018
Attention: GARNETT KEELEY/ALEXA GIBB

PEIRCE-PHELPS INC.
20000 North 59th Street
Philadelphia Pa. 19131

CARRIER (3)



Case ID: 150604314

**Subject:** Carrier Customer Relations Request
**From:** "Nash, Lynn BIS" <Lynn.Nash@carrier.utc.com>
**Date:** 2/16/2015 12:55 PM
**To:** "david3091@verizon.net" <david3091@verizon.net>, "Carrier, Contact BIS"
<Contact.Carrier@carrier.utc.com>

Dear Mr. Hatchigian,

Thank your letter to Carrier.  I am sorry to hear you are having problems with water leaks.  I would like to look into this further but need the following information:

--serial number for the 50GL unit
--name and phone number of the dealer that services/maintains the unit

I await your reply.

Regards,

Lynn Nash
Carrier Corporation

**Subject:** Re: Carrier Customer Relations Request
**From:** David Hatchigian <david3091@verizon.net>
**Date:** 2/16/2015 3:33 PM
**To:** "Nash, Lynn BIS" <Lynn.Nash@carrier.utc.com>

THANK YOU SO MUCH FOR GETTING BACK TO ME . I AM THE INSTALLER AND PREVIOUSLY INSPECTED AND CONFORMED  BY JOSEPH VAGNOZZI  ON SEPTEMBER 25, 2013 FROM PEIRCE-PHILPS INC.

PLEASE FIND D.H. L.O.I. TO CARRIER CORP. AND PEIRCE-PHELPS INC.  FEBRUARY 15, 2015, FEBRUARY 9, 2014, FEBRUARY 1, 2015, E/M TO JOESPH McCARRY, JOSEPH VAGNOZZI

ORIGNAL INVOICE NOVEMBER 3, 2005 I WILL GET BACK TO YOU WITH THE S/N

TIME IS OF THE ESSENCE!!!

ANY QUESTIONS PLEASE CALL OR E/M DAVID3091@VERIZON.NET

THANK YOU, DAVID

On 2/16/2015 12:55 PM, Nash, Lynn BIS wrote:

> Dear Mr. Hatchigian,
>
> Thank your letter to Carrier.  I am sorry to hear you are having problems with water leaks.  I would like to look into this further but need the following information:
>
> --serial number for the 50GL unit
> --name and phone number of the dealer that services/maintains the unit
>
> I await your reply.
>
> Regards,
>
> Lynn Nash
> Carrier Corporation

─ Attachments: ─────────────────────────────

CARRIER LYNN NASH.pdf                                         218 KB



**Subject:** Re: Carrier Customer Relations Request
**From:** David Hatchigian <david3091@verizon.net>
**Date:** 2/19/2015 12:11 PM
**To:** "Nash, Lynn BIS" <Lynn.Nash@carrier.utc.com>

HELLO MS. LYNN NASH, JUST WANTED TO CHECK WITH YOU TO SEE IF YOU HAD ANY
QUESTIONS FOR ME? DAVID 610-446-7257
On 2/16/2015 12:55 PM, Nash, Lynn BIS wrote:

> Dear Mr. Hatchigian,
>
> Thank your letter to Carrier.  I am sorry to hear you are having problems with water leaks.  I would like
> to look into this further but need the following information:
>
> --serial number for the 50GL unit
> --name and phone number of the dealer that services/maintains the unit
>
> I await your reply.
>
> Regards,
>
> Lynn Nash
> Carrier Corporation

**Subject:** Re: 50gl
**From:** David Hatchigian <david3091@verizon.net>
**Date:** 2/22/2015 10:32 PM
**To:** Joseph Vagnozzi <JPV@peirce.com>

BY THE WAY WHAT EVER HAPPEN TO THE FILTER RACK ASSEMBLY? CAN YOU BRING ONE WITH YOU AND I WILL GIVE YOU A CHECK? DAVID
On 2/20/2015 5:10 PM, Joseph Vagnozzi wrote:

> Any time after 9am works for me.
>
> **From:** David Hatchigian [mailto:david3091@verizon.net]
> **Sent:** Friday, February 20, 2015 4:57 PM
> **To:** Joseph Vagnozzi
> **Subject:** Re: 50gl
>
> I AM SORRY TO HEAR THAT YOU HAVE BEEN ILL AND WISH YOU A SPEEDY RECOVERY. AFTER WE MEET LAST I HAD OPENED UP THE CEILING FURTHER TO REMOVE AND REPLACE THE INSULATION WITH NEW. I THAN INSERTED A TURKEY PAN UNDERNEATH THE DUCK WORK IN THE EVENT A LEAK WOULD OCCUR AGAIN. I THEN PURCHASED NEW 5/8 WATER RESISTANT DRY WALL AND PAINTED THE TOP SIDE. I NOW FIND DETERIORATED MOLD INFESTED DRYWALL WHILE LEAKING WATER INTO THE APARTMENT. I NEVER WAS CONVINCED THAT THE SO CALLED SEREW HOLES (1/8") WITH SCREW IN HOLE WAS CAUSING THE LEAK. BUT I AM NOT THE EXPERT. I DO HONESTLY BELEAVE WE NEVER FOUND THE LEAK. I NEED TO CORRECT THIS PROBLEM AS QUICK AS POSSIBLE . I AM IN VIOLATION OF THE PHILADELPHIA APARTMENT HOUSING CODE AND UNABLE TO RENT THE APARTMENT. NEXT FRIDAY WILL BE FIND IF NOT SOONER WHAT TIME 610-446-7257 THANK YOU. DAVID
> On 2/20/2015 4:23 PM, Joseph Vagnozzi wrote:
>
>> David,
>> It has been brought to my attention that you have been attempting to contact me. I know I reached out to you before, but we never connected. Sorry for the delay I have been travelling and out sick most of the month I saw a copy of a letter you sent to me on Feb 1st for the first time in Today's email from the factory. We moved address since we meet and I have not been in the new one to see if it was forwarded.
>>
>> I found your email address after looking for my notes on the visit.
>> It looks like we sealed around the screws in the return section during our last visit with silicone. See attached picture for location of leak we identified.
>>
>> If the silicone has worn away, the leak will reappear.  I would suggest trying outdoor mastic for a longer lasting material than silicone.
>>
>> I have next Friday open if you would like to re look at it the job.
>>
>> Please let me know
>> Thanks

**Subject:** Re: 50gl
**From:** Joseph Vagnozzi <JPV@peirce.com>
**Date:** 2/27/2015 9:17 AM
**To:** David Hatchigian <david3091@verizon.net>

I got caught in the phone this morning and might be 10 mins late but I am On my way

Sent from my iPhone

On Feb 27, 2015, at 7:59 AM, "David Hatchigian" <david3091@verizon.net> wrote: 

> I AM LEAVING NOW HOPE TO SEE YOU AT 7512 BRENTWOOD ROAD PHILA. PA. 19151
> AT NINE THIRTY( 9:30) MY CELL NO. 215-280-6345 DAVID
>
> On 2/24/2015 2:26 PM, Joseph Vagnozzi wrote:
>
> > Sorry I do not handle parts and am unable to provide one personally.
> >
> > I would suggest as I have in the past to contact our parts store or your salesman
> > for information on the filter rack.
> >
> > I will see you Friday.
> > Hopefully it will be warm enough to use a hose like last time to identify the leak
> > again.
> >
> > Please have your service truck on site. Just a reminder I do not have any tools
> > since I am a factory rep and not a service man.
> >
> > Thanks
> > Sent from my iPhone
> >
> > On Feb 22, 2015, at 10:32 PM, "David Hatchigian" <david3091@verizon.net>
> > wrote:
> >
> > > BY THE WAY WHAT EVER HAPPEN TO THE FILTER RACK ASSEMBLY? CAN YOU
> > > BRING ONE WITH YOU AND I WILL GIVE YOU A CHECK? DAVID
> > > On 2/20/2015 5:10 PM, Joseph Vagnozzi wrote:
> > >
> > > > Any time after 9am works for me.
> > > >
> > > > **From:** David Hatchigian [mailto:david3091@verizon.net]
> > > > **Sent:** Friday, February 20, 2015 4:57 PM



FAX (610) 527-7516                                          (610) 446-7257 ANS. MACHINE

## DAVID HATCHIGIAN
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@verizon.net

March 4, 2015

CARRIER CORPORATION
Customer Relation
P.O. Box 4808, Carrier Parkway
Syracuse, N.Y. 13221

RE: ROOF TOP CONDENSING UNIT LEAKING WATER INTO THE
BUILDING. 7512 BRENTWOOD ROAD PHILA. PA. 19151

Dear Sir/Madam

Please be advised that on February 27, 2015 9:30 a.m., Joseph
Vagnozzi, Techical Service Advisor from Peirce-Phelps, Inc. and myself
have once again confirmed a long and continuing roof top condensing unit
leaking water in to the apartment at 7512 Brentwood Road Philadelphia Pa.
19151

Please find David Hatchigian's bill for replacing defective Roof Top
Condensing Unit and non response to ongoing leaking unit.

Material and Labor to replace leaking Roof Top Condensing Unit,
ceiling rafters, plaster, prime and two coat epoxy paint and on going rental
loss.

Fifteen Thousand Dollars ($15,000)

Any questions please call or E/M. If I do not hear from you, you will
have forced me to exercise my legal rights.

Case ID: 150604314

I need this problem resolved as quickly as possible. Time is of the essence.

Thank you for your anticipated cooperation.

Respectfully submitted,

*David Hatchigian*

David Hatchigian

Enclosures (3)

Forward U.S.P.S. 3817

CC: CARRIER CORPORATION
One Carrier Place
Farmington, Conn. 06034-4018
Attention: GARNETT KEELEY/ALEXA GIBB

PEIRCE-PHELPS INC.
Joseph P. Vagnozzi
20000 North 59th Street
Philadelphia Pa. 19131
215-879-7249/215-879-5141 fax
jpv@peirce.com
CARRIER (3)

Lynn Nash@carrier.utc.com

*13*

Case ID: 150604314

**U.S. POSTAL SERVICE**        **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POST MASTER

Received From:

David Hatchigian

2414 Township Line Road

Havertown, PA 19083-5236

One piece of ordinary mail addressed to:

PEIRCE-PHELPS INC

JOSEPH P. VAGNOZZI

2000 NORTH 59TH STREET

PHILA PA 19131

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

UNITED STATES POSTAL SERVICE    1000

U.S. POSTAGE PAID VILLANOVA.PA 19085 MAR 03. 15 AMOUNT **$1.30** 00023287-28

PS Form **3817**, January 2001

---

**U.S. POSTAL SERVICE**        **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POST MASTER

Received From:

David Hatchigian

2414 Township Line Road

Havertown, PA 19083-5236

One piece of ordinary mail addressed to:

CARRIER CORPORATION

ONE CARRIER PLACE

FARMINGTON CONN. 06034-4018

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current

UNITED STATES POSTAL SERVICE    1000

U.S. POSTAGE PAID VILLANOVA.PA 19085 MAR 03. 15 AMOUNT **$1.30** 00023287-28

PS Form **3817**, January 2001

---

**U.S. POSTAL SERVICE**        **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POST MASTER

Received From:

David Hatchigian

2414 Township Line Road

Havertown, PA 19083-5236

One piece of ordinary mail addressed to:

CARRIER CORPORATION

CUSTOMER RELATIONS

P.O. BOX 4808   CARRIER PARK WAY

SYRACUSE N.Y. 13221

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

UNITED STATES POSTAL SERVICE    1000

U.S. POSTAGE PAID VILLANOVA.PA 19085 MAR 03. 15 AMOUNT **$1.30** 00023287-28

(14)

PS Form **3817**, January 2001

**Subject:** Carrier Customer Relations Request
**From:** "Nash, Lynn BIS" <Lynn.Nash@carrier.utc.com>
**Date:** 3/11/2015 3:17 PM
**To:** "david3091@verizon.net" <david3091@verizon.net>, "Carrier, Contact BIS"
<Contact.Carrier@carrier.utc.com>

Dear Mr. Hatchigian,

I apologize for the delay in getting back to you.

I have attached the warranty certificate that pertains to the 50GL, 3805g41639.  Mr. Vagnozzi indicated that
at his last site visit, it was not determined that the cause of the leak is the unit.  In any case, an property
damages would need to be subrogated between your insurance carrier, and Carrier's insurance carrier.

If you have additional questions, certainly let me know.

Regards,

Lynn Nash
Carrier Corporation

─Attachments:──────────────────────────────────────────────

50gl warranty.pdf                                                                        26.5 KB





# CARRIER CORPORATION

FOR SERVICE OR REPAIR, FOLLOW THESE STEPS IN ORDER:

FIRST: Contact the installer. You may find their name on the furnace or in your Homeowner's Packet. If the installer's name is not known, call your builder or home retailer if yours is a new residence.
SECOND: Contact the nearest distributor. (See telephone yellow pages.)
THIRD: Contact:
CARRIER CORPORATION Consumer Relations
P.O. Box 4808
Syracuse, New York 13221
Phone: 1-800-227-7437

Model No. _SOG L_____

Date of Installation _____

Name of Owner _DAVID HATCHIGIAN_____

Unit Serial No. _H3805 641639_____

Installed by _DAVID HATCHIGIAN_____

Address of Installation _7512 BRENTWOOD RD_

_PHILA PA 19151_

## Extended Protection Limited Warranty

**FIVE-YEAR LIMITED WARRANTY** - Carrier (hereinafter referred to as "Company") warrants this product to be free from defects in material and workmanship. If a defect is found within five years from date of original installation of product (whether or not actual use begins on that date) Company will provide a new or remanufactured part, at Company's sole option, to replace any defective part, without charge for the part itself.

**FIFTEEN-YEAR LIMITED WARRANTY ON HEAT EXCHANGER ONLY** – If a defect is found in the heat exchanger within fifteen years from the date of original installation of product, Company will either provide a new or remanufactured heat exchanger, without charge for the part itself, or at Company's option, allow a credit in the amount of the then factory selling price for a new equivalent heat exchanger toward the retail purchase price of a new Carrier furnace.

**TEN-YEAR LIMITED WARRANTY ON COMPRESSOR ONLY** – If a defect is found in the compressor within ten years from the date of original installation of product, Company will either provide a new or remanufactured compressor, at Company's sole option, to replace any defective compressor, without charge for the part itself.

NONE OF THESE WARRANTIES INCLUDE LABOR OR OTHER COSTS INCURRED FOR DIAGNOSING, REPAIRING, REMOVING, INSTALLING, SHIPPING, SERVICING OR HANDLING OF EITHER DEFECTIVE PARTS, OR REPLACEMENT PARTS, OR NEW UNIT.

**WARRANTY CONDITIONS:**
1. Warranties apply only to furnaces in their original installation location.
2. Installation, use, care, and maintenance must be normal and in accordance with instructions contained in the Owner's Manual and Company's service information.
3. Defective parts must be returned to the distributor through a registered servicing dealer for credit.
4. All work shall be performed during normal working hours.

**LIMITATIONS OF WARRANTIES – ALL IMPLIED WARRANTIES (INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE) ARE HEREBY LIMITED IN DURATION TO THE PERIOD FOR WHICH THE LIMITED WARRANTY IS GIVEN AND APPLIES. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE MAY NOT APPLY TO YOU. THE EXPRESSED WARRANTIES MADE IN THIS WARRANTY ARE EXCLUSIVE AND MAY NOT BE ALTERED, ENLARGED, OR CHANGED BY ANY DISTRIBUTOR, DEALER, OR OTHER PERSON, WHATSOEVER.**

**COMPANY WILL NOT BE RESPONSIBLE FOR:**
1. Normal maintenance as outlined in the installation and servicing instructions or Owner's Manual, including filter cleaning and/or replacement and lubrication.
2. Damage or repairs required as a consequence of faulty installation, misapplication, abuse, improper servicing, unauthorized alteration or improper operation.
3. Failure to start due to voltage conditions, blown fuses, open circuit breakers, or damages due to the inadequacy or interruption of electrical service.
4. Damage as a result of floods, winds, fires, lightning, accidents, corrosive environments or other conditions beyond the control of Company.
5. Parts not supplied or designated by Company, or damages resulting from their use.
6. Company furnaces installed outside the continental U.S.A., Alaska, Hawaii, and Canada.
7. Electricity or fuel costs, or increases in electricity or fuel costs from any reason whatsoever, including additional or unusual use of supplemental electric heat.
8. **ANY SPECIAL, INDIRECT OR CONSEQUENTIAL PROPERTY OR COMMERCIAL DAMAGE OF ANY NATURE WHATSOEVER.** Some states do not allow the exclusion of incidental or consequential damages, so the above limitation may not apply to you.

This Warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**16.**

FAX (610) 527-7516                                    (610) 446-7257 ANS. MACHINE

**DAVID HATCHIGIAN**
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@verizon.net

March 17, 2015

CARRIER CORPORATION
Customer Relation
P.O. Box 4808, Carrier Parkway
Syracuse, N.Y. 13221

RE: ROOF TOP CONDENSING UNIT LEAKING WATER INTO THE
BUILDING. 7512 BRENTWOOD ROAD PHILA. PA. 19151

Dear Sir/Madam

    Please be advised that the above job cite is available for your
inspection and confirmation of leaking roof top condensing unit.

    Thank you for your anticipated cooperation.

.Respectfully submitted,

David Hatchigian

Enclosures (2)

Forward U.S.P.S. 3817

CC: CARRIER CORPORATION
One Carrier Place
Farmington, Conn. 06034-4018
Attention: GARNETT KEELEY/ALEXA GIBB

*17*

Case ID: 150604314

PEIRCE-PHELPS INC.
Joseph P. Vagnozzi
20000 North 59th Street
Philadelphia Pa. 19131
215-879-7249/215-879-5141fax
jpv@peirce.com
CARRIER (3)

Lynn Nash@carrier.utc.com

18

POSTAL SERVICE    **CERTIFICATE OF MAILING**

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

/BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POST MASTER

Received From:

David Hatchigian

2414 Township Line Road

Havertown, PA 19083-5236

One piece of ordinary mail addressed to:

CARRIER CORPORATION
CUSTOMER RELATION
P.O. BOX 4808 CARRIER PARN WAY
SYRACUSE, N.Y. 13221

U.S. POSTAGE
PAID
VILLANOVA,PA
19085
MAR 16. 15
AMOUNT
**$1.30**
00045774-28

1000

PS Form 3817, January 2001

---

U.S. POSTAL SERVICE    **CERTIFICATE OF MAILING**

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POST MASTER

Received From:

David Hatchigian

2414 Township Line Road

Havertown, PA 19083-5236

One piece of ordinary mail addressed to:

CARRIER CORPORATION
ONE CARRIER PLACE
FARMINGTON, CONN. C6 034-4018
ATT. GARNETT NEELEY/MICH. C6

U.S. POSTAGE
PAID
VILLANOVA,PA
19085
MAR 16. 15
AMOUNT
**$1.30**
00045774-28

1000

PS Form 3817, January 2001

---

U.S. POSTAL SERVICE    **CERTIFICATE OF MAILING**

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POST MASTER

Received From:

David Hatchigian

2414 Township Line Road

Havertown, PA 19083-5236

One piece of ordinary mail addressed to:

PIERCE-PHELPS INC.
JOSEPH P. UBGIODZZI
2000 NORTH 59TH STREET
PHILA PA 19131

U.S. POSTAGE
PAID
VILLANOVA,PA
19085
MAR 16. 15
AMOUNT
**$1.30**
00045774-28

1000

PS Form 3817, January 2001

(19)

FAX (610) 527-7516                                              (610) 446-7257 ANS. MACHINE

## DAVID HATCHIGIAN
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@verizon.net

June 15, 2015

CARRIER CORPORATION
Customer Relation
P.O. Box 4808, Carrier Parkway
Syracuse, N.Y. 13221

RE: ROOF TOP CONDENSING UNIT LEAKING WATER INTO THE
BUILDING. 7512 BRENTWOOD ROAD PHILA. PA. 19151

Dear Sir/Madam

     Please be advised that the above property which has a Carrier Roof
Top Condensing Unit is currently leaking water into the apartment building
causing a mold infestation condition and my tenant has been forced to vacate
the apartment building and confirmed by Joseph P. Vagnozzi (Pierce-Phelps
Inc. rep.)

     I am demanding payment of fifteen thousand ($15,000) dollars plus on
going rental loss.

     If I don't hear from you with in ten (10) days of receipt of this letter I
will be forced to start Litigation.

     Thank you for your anticipated cooperation.

.Respectfully submitted,

*David Hatchigian*

David Hatchigian

20

Case ID: 150604314

Enclosures (2)

Forward U.S.P.S. R.R.R. NO. 7004-0750-000-7272

CC: CARRIER CORPORATION
One Carrier Place
Farmington, Conn. 06034-4018
Attention: GARNETT KEELEY/ALEXA GIBB
U.S.P.S. R.R.R. NO. 7004-0750-0000-0106-7265

PEIRCE-PHELPS INC.
Joseph P. Vagnozzi
20000 North 59th Street
Philadelphia Pa. 19131
215-879-7249/215-879-5141 fax
jpv@peirce.com
U.S.P.S. NO. 7004-0750-0000-0106-7258

CARRIER (4)

Lynn Nash@carrier.utc.com

## Form 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARRIER CORPORATION
ONE CARRIER PLACE
FARMINGTON, CONN.
06034-4018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _DAVID WOLD_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  _DAVID WOLD_
C. Date of Delivery  6/19

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 0750 0000 0106 7265

PS Form 3811, August 2001       Domestic Return Receipt       102595-01-M-2509

## Form 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARRIER CORPORATION
CUSTOMER RELATION
P.O. BOX 4808
CARRIER PARKWAY
SYRACUSE, N.Y. 13221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _T lommisse_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
(Transfer from service label)
7004 0750 0000 0106 7272

PS Form 3811, August 2001       Domestic Return Receipt       102595-01-M-2509

## Form 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PEIRCE-PHELPS INC
JOSEPH P. VAGNOZZI
000 NORTH 59TH STREET
PHILA PA 19151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jims Bush_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  _JERRY GREEN_
C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
6-17

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
(Transfer from service label)
7004 0750 0000 0106 7258

PS Form 3811, August 2001       Domestic Return Receipt

(22)

Case ID: 150604314

3710185

PAGE 1

(2005110311439-Jes-430-0141441)

HAG RES PAYNE

215-879-7060

**SHIP TO:**
RAMBAZZO MECHANICAL
DAVE HATCH
610-527-7513
PHILADELPHIA    PA    19131
CITY LINE

| SALES ORDER | ORDER DATE | RELEASE DATE | FOB POINT |
| --- | --- | --- | --- |
| 2583160 | 11/03/05 | 11/03/05 | PICKUP |

JES  JES    02:39

| DESCRIPTION | MERCHANT / LOCATION | UNIT PRICE | EXT. PRICE |
| --- | --- | --- | --- |
| PAC PURON 2T 208/230 W/LOWERED GRILLE | 307 | | |
| 14" TALL ROOF CURB FOR 4865  018 - 042 | 62 | | |

JOSEPH E. SKINIS    2/5  879  7060

NET    1,341.00
GHT    0.00
TAX    93.87

INV    1,434.87

**BILL TO:**    1
JOE SKINIS (CASH SALE)
PEIRCE PHELPS
2000 NORTH 59TH STREET
PHILADELPHIA    PA    19131

| INSTRUCTIONS / MARK | ITEM NUMBER / VENDOR NUMBER |
| --- | --- |
| Must collect | CA 50GL0243  50GL-024---3 |
| | CA CPRFCURB007A00  CPRFCURB007A00 |

THANK YOU FOR YOUR ORDER.

\*\*\*\*\*COLLECT ON DELIVERY - CHECK OK\*\*\*\*\*
\* INV TOTAL - DISCOUNT + ADDL COL = COLLECT AMT \*
\* 1434.87      6.71            0.00      1428.16 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACCOUNT CREDIT LIMIT EXCEEDED, CONTACT CREDIT

| UNIT MEAS | BACK ORD |
| --- | --- |
| N EA | |
| N EA | |

S/N:    HC16

TB09A

| SALES MERC | CUSTOMER | SHIP VIA | QUANTITY RELEASED | QUANTITY SHIPPED |
| --- | --- | --- | --- | --- |
| 15  15 | 95759 | PICKUP | 1 | 1 |
| | | | 1 | 1 |

| ORDER LINE | QUANTITY ORDERED |
| --- | --- |
| 5 | 1 |
| 10 | 1 |

CREDIT SALE

PEIRCE-PHELPS INC.
2000 N 59TH STREET
PHILADELPHIA, PA 19131
2150797000

DATE  3241985049992    TIME
11/03/2005   665H05    15:40:01

TRANS #001
AUTH #045209
VISA ACCOUNT #
4264350295101H453

EXP DATE
0105

SALE AMOUNT    $1428.16

Case ID: 150604314



2013/09/25 22:45

**From:** David Hatchigian [mailto:david3091@verizon.net]
**Sent:** Wednesday, October 23, 2013 6:47 PM
**To:** Joseph Vagnozzi
**Subject:** Re: 50gl

HELLO JOE, THANK YOU FOR FINDING THE LEAK IN THE CONDENSING UNIT. I NEVER WOULD HAVE FOUND THAT. NICE TO HAVE ACCESS TO SOMEONE WHO IS TRAINED IN THE PROPER PROCEDURES.I THOUGHT YOU WERE GOING TO SEND ME FILTER RACK ASSEMBLY PART NO. DAVID 610-446-7257

----- Original Message -----
**From:** Joseph Vagnozzi
**To:** David Hatchigian
**Sent:** Wednesday, September 25, 2013 1:12 PM
**Subject:** Re: 50gl

Sounds good
I will see you tomorrow at 9am

Sent from my iPhone

On Sep 25, 2013, at 12:43 PM, "David Hatchigian" <david3091@verizon.net> wrote:

I WILL BE THERE 9:00 A.M. THURSDAY SEPTEMBER 26, 2013 WITH COFFEE, CREAM, SUGAR, SILICONE, NUT DRIVERS, 32' EXTENSION LADDER, H.D. VEHICLE TO DELIVER EQUIPMENT. ANY THING ELSE YOU MAY WANT TO CONSIDER DO NOT HESITATE TO LET ME KNOW. DAVID 610-446-7257/215-280-6345 C THANK YOU , YOUR TIME DOESN'T GO UNAPPRECIATED (I WILL BE AT THE REAR OF THE BUILDING)

----- Original Message -----
**From:** Joseph Vagnozzi
**To:** David Hatchigian
**Sent:** Wednesday, September 25, 2013 11:38 AM
**Subject:** Re: 50gl

Tomorrow at 9am work for me.

I do not carry any tools and do not have a ladder. We are technical advisers so not service vans.

let me know if 9 works for you and if you can have a ladder and tools on site.

Thanks

Sent from my iPhone

On Sep 25, 2013, at 11:23 AM, "David Hatchigian" <david3091@verizon.net> wrote:

THANK YOU FOR GETTING BACK TO ME. ADDRESS OF PROPERTY IS 7512 BRENTWOOD ROAD, PHILA. PA. 19051.TOMORROW IS FINE , WHAT TIME, I AM VERY



ANXIOUS TO RESOLVE THIS ON GOING PROBLEM. I
WILL SUPPLY THE MASTIC OR SILCONE , WILL YOU BE
COMMING WITH A 32' EXTENSION LADDER ?
610-446-7257 DAVID3091@VERIZON.NET

----- Original Message -----
**From:** Joseph Vagnozzi
**To:** david3091@verizon.net
**Sent:** Wednesday, September 25, 2013 10:27 AM
**Subject:** 50gl

David
I took a look at the parts breakdown of your unit, and
realize it is a different design then I was thinking of
when we spoke this morning.  I assume it is the same
issue and my suggested correction will still work, but
think that a site visit is a good idea since it is not exactly
the same as I originally thought.
I suggest we have access to a garden hose to repeat your
test in order to identify the location of the leak. Please
bring along either outdoor mastic, or silicone to seal any
areas we might find.
If you could give me the address again we can work out
a day and time to meet up.  I have tomorrow free if that
will work, I understand it is short notice but let me know
if it a possibility.
Thanks

This email, and any attachment to it, may contain
information that is proprietary, privileged or
confidential or that may be otherwise legally
exempt from disclosure and is intended only for the
individual(s) or entity to which it is addressed. If you
are not the named recipient, or the employee or
agent responsible for delivering it to the intended
recipient, you are not authorized to read, print,
retain, copy, disclose or distribute this email or any
part of it. If you have received this email in error,
please return it immediately to the sender, delete it
and all copies from your system, and destroy any
hard copies of this communication.

This email has been scanned by the Symantec Email
Security.cloud service.
For more information please visit
http://www.symanteccloud.com

(26)



**Peirce-Phelps, Inc.**

*Succeeding By Helping Our Customers Succeed*

Since 1926

**Joseph P. Vagnozzi**
Technical Service Advisor

Heating & Air Conditioning Group
2000 North 59th Street
Philadelphia, PA 19131
(215) 879-7249
(215) 879-5141 FAX
jpv@peirce.com



**Peirce-Phelps, Inc.**

*Succeeding By Helping Our Customers Succeed*

Since 1926

**Joseph P. Vagnozzi**
Technical Service Advisor

Heating & Air Conditioning Group
2000 North 59th Street
Philadelphia, PA 19131
(215) 879-7249
(215) 879-5141 FAX
jpv@peirce.com



**50GL**

## Single-Package Electric Cooling Unit with Puron® (R-410A) Refrigerant

Visit www.carrier.com

# A Guide To Operating and Maintaining Your Single-Package Electric Cooling Unit

### NOTE TO INSTALLER

This manual should be left with the equipment owner.

> ⚠ **WARNING**
>
> Do not store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance. Failure to follow this warning could result in fire, serious injury, or death.

> ⚠ **WARNING**
>
> Do not use this unit if any part has been under water. Immediately call a qualified service technician to inspect the unit and to replace any part of the control system which has been under water. Failure to follow this warning could result in electrical shock, fire, serious injury, or death.

> ⚠ **WARNING**
>
> Before performing recommended maintenance, be sure the main power switch to unit is turned off. Electric shock could cause serious injury or death.

### TO START UNIT

**Step 1**—Turn on the electrical power supply to unit.

**Step 2**—Select temperature and set system switch to desired mode.

### TO SHUT UNIT OFF

If unit is being shut down because of a malfunction, call your dealer as soon as possible.

**Step 1**—Set system switch to OFF.

**Step 2**—Turn off the electrical power supply to unit.

### ROUTINE MAINTENANCE

All routine maintenance should be handled by skilled, experienced personnel. Your dealer can help you establish a standard procedure.

For your safety, keep the unit area clear and free of combustible materials, gasoline, and other flammable liquids and vapors.

To assure proper functioning of the unit, flow of condenser air must not be obstructed from reaching the unit. Clearance of at least 36 in. is required from top of unit and on sides except the power entry side (42 in. clearance) and the duct side (12 in. minimum clearance).

### MAINTENANCE AND CARE FOR THE EQUIPMENT OWNER

Before proceeding with those things you might want to maintain yourself, please carefully consider the following:



**Fig. 1—Unit 50GL**

> ⚠ **WARNING**
>
> 1. TURN OFF ELECTRICAL POWER TO YOUR UNIT BEFORE SERVICING OR PERFORMING MAINTENANCE. ELECTRIC SHOCK COULD CAUSE SERIOUS INJURY OR DEATH.
>
> 2. When removing access panels or performing maintenance functions inside your unit, be aware of sharp sheet metal parts and screws. Although special care is taken to reduce sharp edges to a minimum, be extremely careful when handling parts or reaching into the unit.

**AIR FILTERS** — Air filter(s) should be checked at least every 3 or 4 weeks and changed or cleaned whenever it becomes dirty. Dirty filters produce excessive stress on the blower motor and can cause the motor to overheat and shut down. Table 1 indicates the correct filter size for your unit. Refer to Fig. 2 to access the filter(s).

To replace or inspect filter(s) (or accessory filter rack when supplied):

1. Remove the filter access panel using a 5/16-in. nut driver.

2. Remove the filter(s) by pulling the filter(s) out of the unit. If the filter(s) is dirty, clean or replace with new one.

When installing the new filter(s), note the direction of the airflow arrows on the filter frame.

If you have difficulty in locating your air filter(s), or if you have questions concerning proper filter maintenance, contact you dealer for instructions. When replacing filters, always use the same size and type of filter that was supplied originally by the installer

Manufacturer reserves the right to discontinue, or change at any time, specifications or designs without notice and without incurring obligations.

Book| 1 | 4     PC 101     Catalog No. 565-00014     Printed in U.S.A.     Form OM50-28     Pg 1     6-00     Replaces:
Tab |1b| 1a

Case ID: 1506843148



ACCESS PANEL

FILTER ACCESS PANEL*

*For accessory filter rack.

**Fig. 2—Filter Access Panel—Vertical Supply Shown**

### Table 1 — Indoor-Air Filter Data

| UNIT SIZE | FILTER SIZE |
|---|---|
| 50GL024-030 | 20x20x1 |
| 50GL036 | 20x24x1 |
| 50GL042-060 | 24x30x1 |

> ⚠ **CAUTION**
>
> Never operate your unit without filters in place. Failure to heed this warning may result in damage to the blower motor and/or compressor. An accumulation of dust and lint on internal parts of your unit can cause loss of efficiency and, in some cases, fire.

**FANS AND FAN MOTOR** — Periodically check the condition of fan wheels and housings and fan-motor shaft bearings. No lubrication of condenser- or evaporator-fan bearings or motors is required or recommended.

**EVAPORATOR AND CONDENSER COILS** — Cleaning of the coils should only be done by qualified service personnel. Contact your dealer for the required annual maintenance.

**CONDENSATE DRAIN** — The drain pan and condensate drain line should be checked and cleaned at the same time the cooling coils are checked by your dealer.

**COMPRESSOR** — All compressors are factory-shipped with a normal charge of the correct type refrigeration grade oil in them and should rarely require additional oil.

**CONDENSER FAN**

> ⚠ **CAUTION**
>
> Do not poke sticks, screwdrivers, or any other object into revolving fan blades. Injury or equipment damage may result.

The fan must be kept free of all obstructions to ensure proper cooling. Contact your dealer for any required service.

**ELECTRICAL CONTROLS AND WIRING** — Electrical controls are difficult to check without proper instrumentations; therefore, if there are any discrepancies in the operating cycle, contact your dealer and request service.

**REFRIGERANT CIRCUIT** — The refrigerant circuit is difficult to check for leaks without the proper equipment; therefore, if inadequate cooling is suspected, contact your local dealer for service.

> ⚠ **WARNING**
>
> System under pressure. Relieve pressure and recover all refrigerant before system repair or final unit disposal to avoid serious injury or death. Use all service ports and open all flow-control devices, including solenoid valves.

**UNIT PANELS** — After performing any maintenance or service on the unit, be sure all panels are fastened securely in place to prevent rain from entering unit cabinet and to prevent disruption of the correct unit airflow pattern.

### REGULAR DEALER MAINTENANCE

In addition to the type of routine maintenance you might be willing to perform, your unit should be inspected regularly by a properly trained service technician. An inspection (preferably each year, but at least every other year) should include the following:

1. Inspection and, if required, cleaning of the condenser and evaporator coils.

2. Inspection and, if required, cleaning of the evaporator drain pan.

3. Inspection and cleaning of blower wheel housing and motor.

4. Inspection of all supply-air and return-air ducts for leaks, obstructions, and insulation integrity. Any problems found should be resolved at this time.

5. Inspection of the unit base to ensure that no cracks, gaps, etc., exist which may cause a hazardous condition.

6. Inspection of the unit casing for signs of deterioration.

7. Inspection of all electrical wiring and components to assure proper connection.

8. Inspection for leaks in the refrigerant circuit. Pressure-check to determine appropriate refrigerant charge.

9. Inspection of compressor oil level by service person to ensure proper oil level is maintained in the compressor when it is installed and running.

10. Operational check of the unit to determine working conditions. Repair or adjustment should be made at this time.

Your servicing dealer may offer an economical service contract that covers seasonal inspections. Ask for further details.

Complete service instructions can be found in the unit Installation, Start-Up and Service Instructions.

### WARRANTY CERTIFICATE

Unit 50GL has a limited warranty. Be sure to read the warranty carefully to determine the coverage for your unit.

### BEFORE YOU CALL FOR SERVICE, CHECK FOR SEVERAL EASILY-SOLVED PROBLEMS

If insufficient heating or cooling is suspected:

( ) Check for sufficient airflow. Check the air filter for dirt. Check for blocked return-air or supply-air grilles. Be sure they are open and unobstructed. If these checks do not reveal the cause, call your servicing dealer.

If your unit is not operating at all, check the following list for easily solutions:

( ) Check to be sure that your thermostat temperature selector is set below the indoor temperature during the cooling season. Be sure the system switch is in the COOL position and not in the OFF position.

29

**50GL**

**Carrier**
HEATING & COOLING

Visit www.carrier.com

**Single Package Electric Cooling Units
with Puron® (R-410A) Refrigerant**

# Installation, Start-Up, and Operating Instructions
## Sizes 024-060

**NOTE:** Read the entire instruction manual before starting the installation.

| Index | Page |
|---|---|
| SAFETY CONSIDERATIONS | 1 |
| RULES FOR SAFE INSTALLATION AND OPERATION | 1-4 |
| GENERAL | 4 |
| RECEIVING AND INSTALLATION | 4-10 |
| Step 1 — Check Equipment | 4 |
| IDENTIFY UNIT | 4 |
| INSPECT SHIPMENT | 4 |
| Step 2 — Provide Unit Support | 4 |
| ROOF CURB | 4 |
| SLAB MOUNT | 4 |
| GROUND LEVEL | 4 |
| Step 3 — Field Fabricate Ductwork | 4 |
| Step 4 — Provide Clearances | 4 |
| Step 5 — Rig and Place Unit | 4 |
| INSPECTION | 4 |
| INSTALLATION | 4-6 |
| Step 6 — Connect Condensate Drain | 6 |
| Step 7 — Install Duct Connections | 6-8 |
| CONFIGURING UNITS FOR DOWNFLOW (VERTICAL) DISCHARGE | 7-8 |
| Step 8 — Install Electrical Connections | 8-10 |
| HIGH-VOLTAGE CONNECTIONS | 8-10 |
| STANDARD CONNECTION | 10 |
| SPECIAL PROCEDURES FOR 208-V OPERATION | 10 |
| CONTROL VOLTAGE CONNECTIONS | 10 |
| TRANSFORMER PROTECTION | 10 |
| PRE-START-UP | 11 |
| START-UP | 11-14 |
| MAINTENANCE | 15-20 |
| TROUBLESHOOTING | 22 |
| START-UP CHECKLIST | 23 |

NOTE TO INSTALLER — Before the installation, READ THESE INSTRUCTIONS CAREFULLY AND COMPLETELY. Also, make sure the User's Manual and Replacement Guide are left with the unit after installation.

## SAFETY CONSIDERATIONS

Installation and servicing of air-conditioning equipment can be hazardous due to system pressure and electrical components. Only trained and qualified personnel should install, repair, or service air-conditioning equipment.

Untrained personnel can perform basic maintenance functions of cleaning coils and filters. All other operations should be performed by trained service personnel. When working on air-conditioning equipment, observe precautions in the literature, tags and labels attached to the unit, and other safety precautions that may apply.

Follow all safety codes. Wear safety glasses and work gloves. Use quenching cloth for unbrazing operations. Have fire extinguisher available for all brazing operations. Consult a qualified installer or



**Fig. 1—Model 50GL**

service agency for information or assistance. The qualified installer or agency must use only factory-authorized kits or accessories when modifying this product.

> ⚠ **WARNING**
>
> Before performing service or maintenance operations on system, turn off power to unit. Turn off accessory heater power switch, if applicable. Electrical shock can cause serious injury or death.

> ⚠ **CAUTION**
>
> Puron (R-410A) systems operate at higher pressures than standard R-22 systems. Do not use R-22 service equipment or components on Puron (R-410A) equipment. Ensure service equipment is rated for Puron (R-410A).

## RULES FOR SAFE INSTALLATION AND OPERATION

Recognize safety information. This is the safety-alert symbol ⚠. When you see this symbol in instructions or manuals, be alert to the potential for personal injury.

Understand the signal words DANGER, WARNING, CAUTION, IMPORTANT, and NOTE. These words are used with the safety-alert symbol. DANGER identifies the most serious hazards which will result in severe injury or death. WARNING signifies a hazard which could result in serious injury or death. CAUTION is used to identify unsafe practices which would result in minor personal injury or product and property damage. NOTE and IMPORTANT are used to highlight suggestions which will result in enhanced installation, reliability, or operation.

Manufacturer reserves the right to discontinue, or change at any time, specifications or designs without notice and without incurring obligations.
Book 1 4   PC 101   Catalog No. 565-013   Printed in U.S.A.   Form 50GL-1SI   Pg 1   6-00   Replaces: New
Tab 1b 1a





**REQ'D CLEARANCES FOR OPERATION AND SERVICING, in. (mm)**

Evaporator coil access side . . . . . . . . . . . . . . . . . . .36 (914)
Power entry side (except for NEC requirements) . . . . .36 (914)
Unit top . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48 (1219)
Side opposite ducts . . . . . . . . . . . . . . . . . . . . . . . . .36 (914)
Duct panel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12 (304.8)*

*Minimum distances: If unit is placed less than 12 in. (304.8 mm) from wall
 system, then the system performance may be compromised.

LEGEND
CG - Center of Gravity
COND - Condenser
EVAP - Evaporator
NEC - National Electrical Code
REQ'D - Required
Note: Dimensions are in. (mm)

**REQ'D CLEARANCES TO COMBUSTIBLE MAT'L. in. (mm)**

Top of unit . . . . . . . . . . . . . . . . . . . . . . . . . . . .14 (355.6)
 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2 (50.8)
Duct side of unit . . . . . . . . . . . . . . . . . . . . . . .14 (355.6)
Side opposite ducts . . . . . . . . . . . . . . . . . . . . .0.50 (12.7)
Bottom of unit . . . . . . . . . . . . . . . . . . . . . . . . .36 (914.4)
Flue panel . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**NEC REQ'D CLEARANCES, in. (mm)**

Between units, power entry side . . . . . . . . . . .42 (1066.8)
Unit and ungrounded surfaces, power entry side . .36 (914)
Unit and block or concrete walls and other grounded . .42 (1066.8)
 surfaces, control box side





**Fig. 2—50GL024-036 Unit Dimensions**

| UNIT | ELECTRICAL CHARACTERISTICS | UNIT WEIGHT | | UNIT HEIGHT IN. [MM] "A" | CENTER OF GRAVITY IN. [MM] | | |
|---|---|---|---|---|---|---|---|
| | | lb | kg | | X | Y | Z |
| 50GL024 | 208/230-1-60 | 270 | 122.5 | 37.02 [940.3] | 18.5 [469.9] | 14.5 [368.3] | 16.0 [406.4] |
| 50GL030 | 208/230-1-60, 208/230-3-60 | 291 | 132.0 | 39.02 [991.1] | 19.5 [495.3] | 15.5 [393.7] | 17.6 [447.0] |
| 50GL036 | 208/1-60, 208/230-3-60, 460-3-60 | 299 | 135.6 | 35.02 [889.5] | 19.5 [495.3] | 15.3 [387.4] | 16.5 [419.1] |

2

Case ID: 150604314





**REAR VIEW**

**TOP VIEW**

**REQUIRED CLEARANCE FOR OPERATION AND SERVICING**

| | in. [mm] |
|---|---|
| EVAP. COIL ACCESS SIDE | 36.00 [914.0] |
| POWER ENTRY SIDE | 36.00 [914.0] |
| (EXCEPT FOR NEC REQUIREMENTS) | |
| UNIT TOP | 36.00 [914.0] |
| SIDE OPPOSITE DUCTS | 36.00 [914.0] |
| DUCT PANEL | 12.00 [304.8] |

*MINIMUM DISTANCES: IF UNIT IS PLACED LESS THAN 12.00 [304.8] FROM WALL SYSTEM, THEN SYSTEM PERFORMANCE MAYBE COMPROMISE.

**REQUIRED CLEARANCE TO COMBUSTIBLE MATL.**

| | in. [mm] |
|---|---|
| TOP OF UNIT | 14.00 [355.6] |
| DUCT SIDE OF UNIT | 2.00 [50.8] |
| SIDE OPPOSITE DUCTS | 14.00 [355.6] |
| BOTTOM OF UNIT | 0.50 [12.7] |
| ELECTRIC HEAT PANEL | 36.00 [914.0] |

**NEC. REQUIRED CLEARANCES.**

| | MILLIMETERS [IN.] |
|---|---|
| BETWEEN UNITS, POWER ENTRY SIDE | 42.00 [1066.8] |
| UNIT AND UNGROUNDED SURFACES, POWER ENTRY SIDE | 36.00 [914.0] |
| UNIT AND BLOCK OR CONCRETE WALLS AND OTHER | |
| GROUNDED SURFACES, POWER ENTRY SIDE | 42.00 [1066.8] |



**LEFT SIDE VIEW**          **FRONT VIEW**          **RIGHT SIDE VIEW**

C00065

**Fig. 3—50GL042-060 Unit Dimensions**

| UNIT | ELECTRICAL CHARACTERISTICS | UNIT WEIGHT | | UNIT HEIGHT IN. [MM] "A" | CENTER OF GRAVITY IN. [MM] | | |
|---|---|---|---|---|---|---|---|
| | | lb | kg | | X | Y | Z |
| 50GL042 | 208/230-1-60, 208/230-3-60, 460-3-60 | 321 | 146 | 38.98 [990.2] | 20.5 [520.7] | 16.8 [425.5] | 16.6 [421.6] |
| 50GL048 | 208-230-1-60, 208/230-3-60, 460-3-60 | 325 | 148 | 38.98 [990.2] | 19.5 [495.3] | 17.6 [447.6] | 18.0 [457.2] |
| 50GL060 | 208/230-1-60, 208/230-3-60, 460-3-60 | 399 | 181 | 42.98 [1091.1] | 20.5 [520.7] | 16.2 [412.8] | 17.6 [447.0] |

3

Case ID: 150504314

The power supply (volts, phase, and hertz) must correspond to that specified on unit rating plate.

The electrical supply provided by the utility must be sufficient to handle load imposed by this unit.

This installation must conform with local building codes and with NEC (National Electrical Code) and NFPA 70, NFPA 54/ANSI Z223.1 latest revision, and NFGC (National Fuel Gas Code). Refer to provincial and local plumbing or waste water codes and other applicable local code.

Approved for outdoor installation on wood flooring or on class A, B or C roof covering materials.

These instructions cover minimum requirements and conform to existing national standards and safety codes. In some instances, these instructions exceed certain local codes and ordinances, especially those that may not have kept up with changing residential construction practices. We require these instructions as a minimum for a safe installation.

GENERAL — The 50GL units are fully self-contained, and designed for outdoor installation (See Fig. 1). See Fig. 2 and 3 for unit dimensions. All unit sizes have discharge openings for both horizontal and downflow configurations, and are factory shipped with all duct openings covered. Units may be installed either on a rooftop, ground-level cement slab, or directly on the ground if local codes permit. See Fig. 4 for roof curb dimensions.

## RECEIVING AND INSTALLATION

### Step 1—Check Equipment

IDENTIFY UNIT — The unit model number and serial number are stamped on unit identification plate. Check this information against shipping papers and job data.

INSPECT SHIPMENT — Inspect for shipping damage while unit is still on shipping pallet. If unit appears to be damaged or is torn loose from its anchorage, have it examined by transportation inspectors before removal. Forward claim papers directly to transportation company. Manufacturer is not responsible for any damage incurred in transit. Check all items against shipping list. Immediately notify the nearest Carrier Air Conditioning office if any item is missing. To prevent loss or damage, leave all parts in original packages until installation.

### Step 2—Provide Unit Support

ROOF CURB — Install accessory roof curb in accordance with instructions shipped with curb (See Fig. 4 for roof curb dimensions). Install insulation, cant strips, roofing, and flashing. Ductwork must be attached to curb.

IMPORTANT: The gasketing of the unit to the roof curb is critical for a watertight seal. Install gasketing material supplied with the roof curb. Improperly applied gasketing can also result in air leaks and poor unit performance. Curb should be level to within 1/4 in. (See Fig. 6). This is necessary for unit drain to function properly. Refer to accessory roof curb installation instructions for additional information as required.

SLAB MOUNT — Place the unit on a solid, level concrete pad that is a minimum of 4 in. thick with 2 in. above grade. The slab should extend 2 in. on sides of the unit. Do not secure the unit to the slab except when required by local codes.

GROUND LEVEL — If local codes permit, the unit can be placed directly on the ground. Prepare a level gravel foundation for proper drainage.

### Step 3—Field Fabricate Ductwork

Secure all ducts to roof curb and building structure on vertical discharge units. Do not connect ductwork to unit. For horizontal applications, unit is provided with flanges on the horizontal openings. All ductwork should be secured to the flanges. Insulate and weatherproof all external ductwork, joints, and roof openings with counter flashing and mastic in accordance with applicable codes.

Ducts passing through an unconditioned space must be insulated and covered with a vapor barrier. If a plenum return is used on a vertical unit, the return should be ducted through the roof deck to comply with applicable fire codes. A minimum clearance is not required around ductwork. Cabinet return-air static shall not exceed -.25 in. wg.

### Step 4—Provide Clearances

The required minimum operating and service clearances are shown in Fig. 2 and 3. Adequate ventilation and condenser air must be provided.

| ⚠ CAUTION |
|---|
| Do not restrict condenser airflow. An air restriction at either the outdoor-air inlet or the fan discharge can be detrimental to compressor life. |

The condenser fan draws air through the condenser coil and discharges it through the top fan grill. Be sure that the fan discharge does not recirculate to the condenser coil. Do not locate the unit in either a corner or under an overhead obstruction. The minimum clearance under a partial overhang (such as a normal house overhang) is 36-in. above the unit top. The maximum horizontal extension of a partial overhang must not exceed 48 in.

Do not place the unit where water, ice, or snow from an overhang or roof will damage or flood the unit. Do not install the unit on carpeting, tile, or other combustible materials.

### Step 5—Rig and Place Unit

Rigging and handling of this equipment can be hazardous for many reasons due to the installation location (roofs, elevated structures, etc.)

Only trained, qualified crane operators and ground support staff should handle and install this equipment.

When working with this equipment, observe precautions in the literature, on tags, stickers and labels attached to the equipment, and any other safety precautions that might apply.

Follow all applicable safety codes. Wear safety shoes and work gloves.

INSPECTION — Prior to initial use, and at monthly intervals, all rigging brackets and straps should be visually inspected for any damage, evidence of wear, structural deformation, or cracks. Particular attention should be paid to excessive wear at hoist hooking points and load support areas. Brackets or straps showing any kind of wear in these areas must not be used and should be discarded.

### INSTALLATION

1. Remove unit from shipping carton. Leave top shipping skid on the unit as a spreader bar to prevent the rigging straps from damaging the unit. If the wood skid is not available, use a spreader bar of sufficient length to protect unit from damage.

2. Position the lifting bracket assembly around the base of the unit. Be sure the strap does not twist.

3. Place each of the 4 metal lifting brackets into the handholds in the composite pan.

4. Thread lifting bracket strapping around bottom perimeter of unit as follows:

   a. Open lever of tension buckle (ratchet type).

   b. Feed strapping through tension buckle (See Fig. 8).

4





A99320



A99340

| 50GL | UNIT SIZE | ODS CATALOG ORDERING NO. | A IN. [MM] | B IN. [MM] | C IN. [MM] | D IN. [MM] |
|---|---|---|---|---|---|---|
| ROOF CURB | 024-036 | CPRFCURB006A00 | 8 [203] | 11-27/32 [301] | 30-5/8 [778] | 28-3/4 [730] |
| | | CPRFCURB007A00 | 14 [356] | 11-27/32 [301] | 30-5/8 [778] | 28-3/4 [730] |
| | 042-060 | CPRFCURB008A00 | 8 [203] | 15-27/32 [402] | 42-1/8 [1070] | 40-1/4 [1022] |
| | | CPRFCURB009A00 | 14 [356] | 15-27/32 [402] | 42-1/8 [1070] | 40-1/4 [1022] |

NOTES:
1. Roof curb must be set up for unit being installed.
2. Seal strip must be applied as required to unit being installed.
3. Dimensions in [ ] are in millimeters.
4. Roof curb is made of 16 gage steel.
5. Table lists only the dimensions per ODS Catalog Ordering Number that have changed.
6. Attach ductwork to curb (flanges of duct rest on curb).
7. Insulated panels: 1-in. thick fiberglass 1 lb density.

**Fig. 4—Roof Curb Dimensions**

5

Case ID: 150604314





**Fig. 5--Slab Mounting Details**



**Fig. 8—Belt Threading**



**Fig. 6—Suggested Rigging**

| SIZE | MAXIMUM WEIGHT | | A | | B | |
|---|---|---|---|---|---|---|
| | lb | kg | in. | mm | in. | mm |
| 024 | 292 | 132.5 | 18.5 | 469.9 | 14.50 | 368.3 |
| 030 | 313 | 142.5 | 19.5 | 495.3 | 15.50 | 393.7 |
| 036 | 321 | 145.6 | 19.5 | 495.3 | 15.25 | 387.4 |
| 042 | 343 | 155.6 | 20.5 | 520.7 | 16.75 | 425.5 |
| 048 | 348 | 157.9 | 19.5 | 495.3 | 17.62 | 447.6 |
| 060 | 421 | 191.0 | 20.5 | 520.7 | 16.25 | 412.8 |



| | MAXIMUM ALLOWABLE DIFFERENCE (in.) | | |
|---|---|---|---|
| | A-B | B-C | A-C |
| | 1/4 | 1/4 | 1/4 |

**Fig. 7—Unit Leveling Tolerances**

c. Pull strapping through tension buckle unit taut.

d. Snap lever down to lock strap in tension buckle. To release strapping, squeeze safety latch, lift lever, and pull webbing outward.

5. Tighten the tension buckle until it is taut. Lifting brackets must be secure in the handholds.

6. Attach field-supplied clevis or hook of sufficient strength to hole in the lifting bracket (See Fig. 9).

7. Attach the 2 safety straps directly to the clevis or hook at the 4 rigging brackets. DO NOT attach the safety straps to the lifting brackets (See Fig. 9).



**Fig. 9—Lifting Point**

8. Position lifting point directly over the unit's center of gravity.

9. Lift unit. When unit is directly over the roof curb, remove the 2 safety straps. Lower the equipment onto the roof curb.

**Step 6—Connect Condensate Drain**

**NOTE:** When installing condensate drain connection be sure to comply with local codes and restrictions.

Model 50GL disposes of condensate water through a 3/4 in. NPT fitting which exits through the base on the evaporator coil access side (See Fig. 2 and 3 for location).

Condensate water can be drained directly onto the roof in rooftop installations (where permitted) or onto a gravel apron in ground-level installations. Install a field-supplied condensate trap at end of condensate connection to ensure proper drainage. Make sure that the outlet of the trap is at least 1 in. lower than the drainpan condensate connection to prevent the pan from overflowing (See Fig. 10). When using a gravel apron, make sure it slopes away from the unit.

Connect a drain tube using a minimum of 3/4 -in. PVC or 3/4 -in. copper pipe (all field-supplied) at the outlet end of the 2-in. trap. Do not undersize the tube. Pitch the drain tube downward at a slope of at least one in. for every 10 ft of horizontal run. Be sure to check the drain tube for leaks. Prime trap at the beginning of the cooling season start-up.

**Step 7—Install Duct Connections**

The unit has duct flanges on the supply- and return-air openings on the side and bottom of the unit. For downshot applications the ductwork can be connected to the roof curb (See Fig. 2 and 3 for connection sizes and locations).

6

Case ID 1506043

## Table 1—Physical Data — Unit 50GL

| UNIT SIZE | 024 | 030 | 036 | 042 | 048 | 060 |
|---|---|---|---|---|---|---|
| NOMINAL CAPACITY (ton) | 2 | 2-1/2 | 3 | 3-1/2 | 4 | 5 |
| OPERATING WEIGHT (lb) | 270 | 291 | 299 | 321 | 326 | 399 |
| COMPRESSOR | Scroll | | | | | |
| REFRIGERANT (R-410A) Quantity (lb) | 5.0 | 5.5 | 6.9 | 9.0 | 9.5 | 10.0 |
| REFRIGERANT METERING DEVICE Orifice ID (in.) | Accurater® Piston | | | | | |
| | .057 | .057 | .065 | .070 | .073 | .086 |
| CONDENSER COIL Rows...Fins/in. Face Area (sq ft) | 1...17 10.9 | 1...17 12.7 | 2...17 9.1 | 2...17 12.3 | 2...17 12.3 | 2...17 16.4 |
| CONDENSER FAN Nominal Cfm Diameter (in.) Motor Hp (Rpm) | 2350 22 1/8 (825) | 2350 22 1/8 (825) | 2350 22 1/8 (825) | 2350 22 1/8 (825) | 3300 22 1/4 (1100) | 3300 22 1/4 (1100) |
| EVAPORATOR COIL Rows...Fins/in. Face Area (sq ft) | 3...15 3.7 | 3...15 3.7 | 3...15 3.7 | 3...15 4.7 | 4...15 4.7 | 4...15 4.7 |
| EVAPORATOR BLOWER Nominal Airflow (Cfm) Size (in.) Motor (hp) | 800 10x10 1/4 | 1000 10x10 1/4 | 1200 10x10 1/2 | 1400 11x10 3/4 | 1600 11x10 3/4 | 1750 11x10 1 |
| HIGH-PRESSURE SWITCH (psig) Cutout Reset (Auto) | 610 ± 15 420 ± 25 | | | | | |
| LOSS-OF-CHARGE/LOW-PRESSURE SWITCH (Liquid Line) (psig) Cutout Reset (Auto) | 20 ± 5 45 ± 10 | | | | | |
| RETURN-AIR FILTERS (in.)* Throwaway | | 20x20x1 | 20x20x1 | 20x24x1 | 20x30x1 | 24x30x1 | 24x30x1 |

* Required filter sizes shown are based on the larger of the ARI (Air Conditioning and Refrigeration Institute) rated cooling airflow or the heating airflow velocity of 300 ft/min for throwaway type or 450 ft/min for high-capacity type. Air filter pressure drop for non-standard filters must not exceed 0.08 in. wg.



**Fig. 10—Condensate Trap**

**IMPORTANT:** Use flexible connectors between ductwork and unit to prevent transmission of vibration. Use suitable gaskets to ensure weathertight and airtight seal. When electric heat is installed, use fire proof canvas (or similar heat resistant material) connector between ductwork and unit discharge connection. If flexible duct is used, insert a sheet metal sleeve inside duct. Heat resistant duct connector (or sheet metal sleeve) must extend 24-in. from the unit connections flanges into the ductwork.

### Table 2 — Minimum Airflow for Safe Electric Heater Operation (Cfm)

| SIZE | | | | | |
|---|---|---|---|---|---|
| 024 | 030 | 036 | 042 | 048 | 060 |
| 800 | 1000 | 1200 | 1400 | 1600 | 2000 |

**CONFIGURING UNITS FOR DOWNFLOW (VERTICAL) DIS-CHARGE**

⚠ **WARNING**

Before performing service or maintenance operations on the system, turn off main power to unit or electrical shock could result.

1. Open all electrical disconnects before starting any service work.

2. Remove side duct covers to access bottom return and supply knock out covers (See Fig. 12).

3. To remove supply and return duct covers, break front and right side connecting tabs with a screwdriver and a hammer. Push cover down to break rear and left side tabs.

4. If unit ductwork is to be attached to vertical opening flanges on the unit basepan (jackstand applications only), do so at this time. Collect ALL screws that were removed. Do not leave screws on rooftop as permanent damage to the roof may occur.

5. It is recommended that the basepan insulation around the perimeter of the vertical return-air opening be secured to the basepan with aluminum tape. Applicable local codes may require aluminum tape to prevent exposed fiberglass.

6. Cover both horizontal duct openings with the duct covers shipped on the unit from the factory. Ensure opening is air-and watertight.

7. After completing unit conversion, perform all safety checks and power up unit.

**NOTE:** The design and installation of the duct system must be in accordance with the standards of the NFPA for installation of nonresidence-type air conditioning and ventilating systems, NFPA 90A or residence-type, NFPA 90B; and/or local codes and ordinances.

Adhere to the following criteria when selecting, sizing, and installing the duct system:

8. Select and size ductwork, supply-air registers, and return-air grilles according to American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) recommendations.

9. Use flexible transition between rigid ductwork and unit to prevent transmission of vibration. The transition may be screwed or bolted to duct flanges. Use suitable gaskets to ensure weathertight and airtight seal.

Case ID: 150604314

10. All units must have field-supplied filters or accessory filter rack installed in the return-air side of the unit. Recommended sizes for filters are shown in Table 1.

11. Size all ductwork for maximum required airflow (either heating or cooling) for unit being installed. Avoid abrupt duct size increases or decreases or performance may be affected.

12. Adequately insulate and weatherproof all ductwork located outdoors. Insulate ducts passing through unconditioned space, and use vapor barrier in accordance with latest issue of Sheet Metal and Air Conditioning Contractors National Association (SMACNA) and Air Conditioning Contractors of America (ACCA) minimum installation standards for heating and air conditioning systems. Secure all ducts to building structure.

13. Flash, weatherproof, and vibration-isolate all openings in building structure in accordance with local codes and good building practices.



SUPPLY DUCT OPENING

RETURN DUCT OPENING

C99011

**Fig. 11—Supply and Return Duct Opening**



VERTICAL DUCT COVERS

C99012

**Fig. 12—Vertical Duct Cover Removed**

## Step 8—Install Electrical Connections

### ⚠ WARNING

The unit cabinet must have an uninterrupted, unbroken electrical ground to minimize the possibility of personal injury if an electrical fault should occur. This ground may consist of an electrical wire connected to the unit ground lug in the control compartment, or conduit approved for electrical ground when installed in accordance with NEC (National Electrical Code) ANSI/ NFPA (latest edition) (in Canada, Canadian Electrical Code CSA [Canadian Standards Association] C22.1) and local electrical codes. Failure to adhere to this warning could result in personal injury or death.

### ⚠ CAUTION

Failure to follow these precautions could result in damage to the unit being installed:

1. Make all electrical connections in accordance with NEC ANSI/NFPA (latest edition) and local electrical codes governing such wiring. In Canada, all electrical connections must be in accordance with CSA standard C22.1 Canadian Electrical Code Part 1 and applicable local codes. Refer to unit wiring diagram.

2. Use only *copper* conductor for connections between field-supplied electrical disconnect switch and unit. DO NOT USE ALUMINUM WIRE.

3. Be sure that high-voltage power to unit is within operating voltage range indicated on unit rating plate.

4. Do not damage internal components when drilling through any panel to mount electrical hardware, conduit, etc. On 3-phase units, ensure phases are balanced within 2%. Consult local power company for correction of improper voltage and/or phase imbalance.

HIGH-VOLTAGE CONNECTIONS — The unit must have a separate electrical service with a field-supplied, water-proof, disconnect switch mounted at, or within sight from, the unit. Refer to the unit rating plate for maximum fuse/ circuit breaker size and minimum circuit amps (ampacity) for wire sizing (See Table 3 for electrical data).

The field-supplied disconnect switch box may be mounted on the unit over the high-voltage inlet hole when the standard power and low-voltage entry points are used (See Fig. 2 and 3 for acceptable location).

See unit wiring label and Fig. 13 for reference when making high-voltage connections. Proceed as follows to complete the high-voltage connections to the unit.

Single phase units:

1. Run the high-voltage (L1, L2) and ground leads into the control box.

2. Connect ground lead to chassis ground connection.

3. Connect L1 to pressure lug connection 11 of the compressor contactor.

4. Connect L2 to pressure lug connection 23 of the compressor contactor.

Three phase units:

1. Run the high-voltage (L1, L2, L3) and ground leads into the control box.

2. Connect ground lead to chassis ground connection.

3. Locate the black and yellow wires connected to the lines side of the contactor.

8

38

### Table 3—Electrical Data

| UNIT 50GL SIZE | V-PH-HZ | VOLTAGE RANGE | | COMPRESSOR | | OFM | IFM | ELECTRIC HEAT | | POWER SUPPLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | RLA | LRA | FLA | FLA | Nominal kW* | FLA | MCA | Max Fuse or CRCT Breaker | MOCP |
| 024 | 208/230-1-60 | 187 | 253 | 13.5 | 61.0 | 0.8 | 2.0 | -/- | -/- | 19.7/19.7 | 25/25 | - |
| | | | | | | | | 3.8/5.0 | 18.1/20.8 | 25.1/28.5 | 25/30 | - |
| | | | | | | | | 7.5/10.0 | 38.1/41.7 | 47.6/54.6 | 50/60 | - |
| 030 | 208/230-1-60 | 187 | 253 | 14.7 | 73.0 | 0.8 | 2.1 | -/- | -/- | 21.3/21.3 | 25/25 | - |
| | | | | | | | | 3.8/5.0 | 18.1/20.8 | 25.2/28.7 | 25/30 | - |
| | | | | | | | | 7.5/10.0 | 38.1/41.7 | 47.8/54.7 | 50/60 | - |
| | 208/230-3-60 | 187 | 253 | 9.6 | 63.0 | 0.8 | 2.1 | -/- | -/- | 14.9/14.9 | 20/20 | - |
| | | | | | | | | 3.8/5.0 | 10.4/12.0 | 15.7/17.7 | 20/20 | - |
| | | | | | | | | 7.5/10.0 | 20.8/24.1 | 28.7/32.7 | 30/35 | - |
| 036 | 208/230-1-60 | 187 | 253 | 15.4 | 83.0 | 0.8 | 3.6 | -/- | -/- | 23.7/23.7 | 30/30 | - |
| | | | | | | | | 3.8/5.0 | 18.1/20.8 | 27.1/30.5 | 30/30 | - |
| | | | | | | | | 7.5/10.0 | 38.1/41.7 | 49.8/56.6 | 50/60 | - |
| | | | | | | | | 11.3/15.0 | 54.2/62.5 | 72.2/82.6 | - | 80/90 |
| | 208/230-3-60 | 187 | 253 | 12.2 | 77.0 | 0.8 | 3.6 | -/- | -/- | 19.7/19.7 | 25/25 | - |
| | | | | | | | | 3.8/5.0 | 10.4/12.0 | 19.7/19.7 | 25/25 | - |
| | | | | | | | | 7.5/10.0 | 20.8/24.1 | 30.6/34.6 | 35/35 | - |
| | | | | | | | | 11.3/15.0 | 31.3/38.1 | 43.8/49.6 | 45/50 | - |
| | 460-3-60 | 414 | 506 | 5.1 | 35.0 | 0.8 | 1.9 | -/- | -/- | 9.1 | 15 | - |
| | | | | | | | | 5.0 | 6.0 | 9.9 | 15 | - |
| | | | | | | | | 10.0 | 12.0 | 17.4 | 20 | - |
| | | | | | | | | 15.0 | 18.0 | 24.9 | 25 | - |
| 042 | 208/230-1-60 | 187 | 253 | 18.6 | 105.0 | 1.6 | 4.1 | -/- | -/- | 28.2/28.2 | 35/35 | - |
| | | | | | | | | 3.8/5.0 | 18.1/20.8 | 28.2/31.2 | 35/35 | - |
| | | | | | | | | 7.5/10.0 | 38.1/41.7 | 50.3/57.2 | 60/60 | - |
| | | | | | | | | 11.3/15.0 | 54.2/62.5 | 72.8/83.3 | - | 80/90 |
| | | | | | | | | 15.0/20.0 | 72.2/83.3 | 95.4/109.3 | - | 100/110 |
| | 208/230-3-60 | 187 | 253 | 13.8 | 88.0 | 1.6 | 4.1 | -/- | -/- | 22.2/22.2 | 30/30 | - |
| | | | | | | | | 3.8/5.0 | 10.4/12.0 | 22.2/22.2 | 30/30 | - |
| | | | | | | | | 7.5/10.0 | 20.8/24.1 | 31.2/35.2 | 35/40 | - |
| | | | | | | | | 11.3/15.0 | 31.3/38.1 | 44.2/50.2 | 45/50 | - |
| | | | | | | | | 15.0/20.0 | 41.8/48.0 | 57.1/65.1 | - | 60/70 |
| | 460-3-60 | 414 | 506 | 6.3 | 39.0 | 0.9 | 2.0 | -/- | -/- | 10.7 | 15 | - |
| | | | | | | | | 5.0 | 6.0 | 10.7 | 15 | - |
| | | | | | | | | 10.0 | 12.0 | 17.5 | 20 | - |
| | | | | | | | | 15.0 | 18.0 | 25.1 | 30 | - |
| | | | | | | | | 20.0 | 24.1 | 32.6 | 35 | - |
| 048 | 208-230-1-60 | 187 | 253 | 20.5 | 109.0 | 1.8 | 4.1 | -/- | -/- | 31.3/31.3 | 40/40 | - |
| | | | | | | | | 3.8/5.0 | 18.1/20.8 | 31.3/31.3 | 40/40 | - |
| | | | | | | | | 7.5/10.0 | 38.1/41.7 | 50.3/57.2 | 60/60 | - |
| | | | | | | | | 11.3/15.0 | 54.2/62.5 | 72.8/83.3 | - | 80/90 |
| | | | | | | | | 15.0/20.0 | 72.2/83.3 | 95.4/109.3 | - | 100/110 |
| | 208/230-3-60 | 187 | 253 | 14.7 | 91.0 | 1.6 | 4.1 | -/- | -/- | 24.1/24.1 | 30/30 | - |
| | | | | | | | | 3.8/5.0 | 10.4/12.0 | 24.1/24.1 | 30/30 | - |
| | | | | | | | | 7.5/10.0 | 20.8/24.1 | 31.2/35.2 | 35/40 | - |
| | | | | | | | | 11.3/15.0 | 31.3/38.1 | 44.2/50.2 | 45/50 | - |
| | | | | | | | | 15.0/20.0 | 41.7/48.1 | 57.1/65.1 | - | 60/70 |
| | 460-3-60 | 414 | 506 | 6.5 | 46.0 | 0.9 | 2.0 | - | - | 11.0 | 15 | - |
| | | | | | | | | 5.0 | 6.0 | 11.0 | 15 | - |
| | | | | | | | | 10.0 | 12.0 | 17.5 | 20 | - |
| | | | | | | | | 15.0 | 18.0 | 25.1 | 30 | - |
| | | | | | | | | 20.0 | 24.1 | 32.6 | 35 | - |
| 060 | 208/230-1-60 | 187 | 253 | 27.6 | 158.0 | 1.6 | 6.2 | -/- | -/- | 42.3/42.3 | 50/50 | - |
| | | | | | | | | 3.8/5.0 | 18.1/20.8 | 42.3/42.3 | 50/50 | - |
| | | | | | | | | 7.5/10.0 | 38.1/41.7 | 52.9/59.8 | 60/60 | - |
| | | | | | | | | 11.3/15 | 54.2/62.5 | 75.4/85.9 | - | 80/90 |
| | | | | | | | | 15.0/20.0 | 72.2/83.3 | 98.0/111.9 | - | 100/125 |
| | 208/230-3-60 | 187 | 253 | 18.1 | 137.0 | 1.6 | 6.2 | -/- | -/- | 30.4/30.4 | 35/35 | - |
| | | | | | | | | 3.8/5.0 | 10.4/12.0 | 30.4/30.4 | 35/35 | - |
| | | | | | | | | 7.5/10.0 | 20.8/24.1 | 33.8/37.8 | 35/40 | - |
| | | | | | | | | 11.3/15.0 | 31.3/38.1 | 44.8/52.9 | 50/60 | - |
| | | | | | | | | 15.0/20.0 | 41.8/48.0 | 59.7/67.7 | - | 60/70 |
| | 460-3-60 | 414 | 506 | 9.0 | 62.0 | 0.9 | 3.2 | - | - | 15.4 | 20 | - |
| | | | | | | | | 5.0 | 6.0 | 15.4 | 20 | - |
| | | | | | | | | 10.0 | 12.0 | 19.0 | 20 | - |
| | | | | | | | | 15.0 | 18.0 | 26.6 | 30 | - |
| | | | | | | | | 20.0 | 24.1 | 34.1 | 35 | - |

* Heater capacity (K\V) based on heater voltage of 208v, 240v, & 480v. If power distribution voltage to unit varies from rated heater voltage, heater KW will vary accordingly.

(39)

Case ID: 150604314



**LEGEND**

FLA — Full Load Amps
LRA — Locked Rotor Amps
MCA — Minimum Circuit Amps
MOCP — Maximum Overcurrent Protection
RLA — Rated Load Amps

**NOTES:**

1. In compliance with NEC (National Electrical Code) requirements for multimotor and combination load equipment (refer to NEC Articles 430 and 440), the overcurrent protective device for the unit shall Be Power Supply fuse. The CGA (Canadian Gas Association) units may be fuse or circuit breaker.
2. Minimum wire size is based on 60 C copper wire. If other than 60 C wire is used, or if length exceeds wire length in table, determine size from NEC.
3. Unbalanced 3-Phase Supply Voltage
*Never operate a motor where a phase imbalance in supply voltage is greater than 2%.* Use the following formula to determine the percentage of voltage imbalance.

% Voltage Imbalance

$$= 100 \times \frac{\text{max voltage deviation from average voltage}}{\text{average voltage}}$$

4. Connect field L1 to black wire on connection 11 of the compressor contactor.
5. Connect field wire L2 to yellow wire on connection 13 of the compressor contactor.
6. Connect field wire L3 to Blue wire from compressor.

**SPECIAL PROCEDURES FOR 208-V OPERATION**

⚠ **WARNING**

Make sure that the power supply to the unit is switched OFF before making any wiring changes. With disconnect switch open, move yellow wire from transformer (3/16 in.) terminal marked 230 to terminal marked 200. This retaps transformer to primary voltage of 208 vac. Electrical shock could cause serious injury or death.

**EXAMPLE: Supply voltage is 460-3-60.**

AB = 452 v
BC = 464 v
AC = 455 v

$$\text{Average Voltage} = \frac{452 + 464 + 455}{3}$$

$$= \frac{1371}{3}$$

$$= 457$$

Determine maximum deviation from average voltage.

(AB) 457    452 = 5 v
(BC) 464    457 = 7 v
(AC) 457    455 = 2 v

Maximum deviation is 7 v.

Determine percent of voltage imbalance.

$$\text{\% Voltage Imbalance} = 100 \times \frac{7}{457}$$

$$= 1.53\%$$

This amount of phase imbalance is satisfactory as it is below the maximum allowable 2%.

**IMPORTANT:** If the supply voltage phase imbalance is more than 2%, contact your local electric utility company immediately.

**CONTROL VOLTAGE CONNECTIONS**

**NOTE:** Do not use any type of power-stealing thermostat. Unit control problems may result.

Use no. 18 American Wire Gage (AWG) color-coded, insulated (35 C minimum) wires to make the control voltage connections between the thermostat and the unit. If the thermostat is located more than 100 ft from the unit (as measured along the control voltage wires), use no. 16 AWG color-coded, insulated (35 C minimum) wires.

**STANDARD CONNECTION** — Remove knockout hole located in the electric heat panel adjacent to the service access panel (See Fig. 2 and 3). Remove the rubber grommet from the installer's packet (included with unit) and install grommet in the knockout opening. Provide a drip loop before running wire through panel.

Run the low-voltage leads from the thermostat, through the inlet hole, and into unit low-voltage splice box.

Locate five 18-gage wires leaving control box. These low-voltage connection leads can be identified by the colors red, green, yellow, brown, and white (See Fig. 10). Ensure the leads are long enough to be routed into the low-voltage splice box (located below right side of control box). Stripped yellow wire is located in connection box. Route leads through hole in bottom of control box and make low-voltage connections (See Fig. 13). Secure all cut wires, so that they do not interfere with operation of unit.

**TRANSFORMER PROTECTION** — The *transformer is of energy-limiting type.* It is set to withstand a 30-sec overload in shorted secondary condition.



**Fig. 13—High- and Control-Voltage Connections**

HIGH VOLTAGE POWER LEADS (SEE UNIT WIRING LABEL)

POWER SUPPLY

GND

FIELD-SUPPLIED FUSED DISCONNECT

CONTROL BOX

LOW-VOLTAGE POWER LEADS (SEE UNIT WIRING LABEL)

YEL-(Y)    Y
GRN-(G)    G
RED-(R)    R
BRN-(C)    C

BLUE

THERMOSTAT (TYPICAL)

*BLUE*

SPLICE BOX

**LEGEND**
Field Control-Voltage Wiring
Field High-Voltage Wiring

NOTE: Use blue wire for 3-phase units only.

C99010



46

Case ID: 1506043

## PRE-START-UP

⚠ **WARNING**

Failure to observe the following warnings could result in serious injury or death:

1. Follow recognized safety practices and wear protective goggles when checking or servicing refrigerant system.

2. Do not operate compressor or provide any electric power to unit unless compressor terminal cover is in place and secured.

3. Do not remove compressor terminal cover until all electrical sources are disconnected.

4. Relieve and recover all refrigerant from both high- and low-pressure sides of system before touching or disturbing anything inside terminal box if refrigerant leak is suspected around compressor terminals.

5. Never attempt to repair soldered connection while refrigerant system is under pressure.

6. Do not use torch to remove any component. System contains oil and refrigerant under pressure. To remove a component, wear protective goggles and proceed as follows:
   a. Shut off electrical power to unit.
   b. Relieve and reclaim all refrigerant from system using both high- and low-pressure ports.
   c. Cut component connecting tubing with tubing cutter and remove component from unit.
   d. Carefully unsweat remaining tubing stubs when necessary. Oil can ignite when exposed to torch flame.

Proceed as follows to inspect and prepare the unit for initial startup:

1. Remove access panel.

2. Read and follow instructions on all WARNING, CAUTION, and INFORMATION labels attached to, or shipped with, unit.

3. Make the following inspections:
   a. Inspect for shipping and handling damages such as broken lines, loose parts, disconnected wires, etc.
   b. Inspect for oil at all refrigerant tubing connections and on unit base. Detecting oil generally indicates a refrigerant leak. Leak test all refrigerant tubing connections using electronic leak detector, halide torch, or liquid-soap solution. If a refrigerant leak is detected, see Check for Refrigerant Leaks section under Start-Up.
   c. Inspect all field- and factory-wiring connections. Be sure that connections are completed and tight.
   d. Inspect coil fins. If damaged during shipping and handling, carefully straighten fins with a fin comb.

Verify the following conditions:
   a. Make sure that condenser-fan blade is correctly positioned in fan orifice. Leading edge of condenser-fan blade should be 1/2 in. maximum from fan orifice (See Fig. 14).
   b. Make sure that air filter(s) is in place.
   c. Make sure that condensate drain trap is filled with water to ensure proper drainage.
   d. Make sure that all tools and miscellaneous loose parts have been removed.

## START-UP

**CHECK FOR REFRIGERANT LEAKS** — Proceed as follows to locate and repair a refrigerant leak and to charge the unit:



**Fig. 14—Fan Blade Clearance**

1. Locate leak and make sure that refrigerant system pressure has been relieved and reclaimed from both high- and low-pressure ports.

2. Repair leak following accepted practices.

**NOTE:** Replace filter drier whenever the system has been opened for repair.

3. Charge unit with R-410A refrigerant, using a volumetric-charging cylinder or accurate scale. *Refer to unit rating plate for required charge.*

START UP COOLING SECTION AND MAKE ADJUSTMENTS

⚠ **CAUTION**

Complete the required procedures given in the Pre-Start-Up section before starting the unit. Do not jumper any safety devices when operating the unit. Do not operate the compressor when the outdoor temperature is below 40°F (unless accessory low-ambient kit is installed). Do not rapid-cycle the compressor. Allow 5 min between ''on'' cycles to prevent compressor damage.

**CHECKING COOLING CONTROL OPERATION** — Start and check the unit for proper cooling control operation as follows:

1. Place room thermostat SYSTEM switch in OFF position. Observe that blower motor starts when FAN switch is placed in ON position and shuts down when FAN switch is placed in AUTO position.

2. Place SYSTEM switch in COOL position and FAN switch in AUTO position. Set cooling control below room temperature. Observe that compressor, condenser fan, and evaporator blower motors start. Observe that cooling cycle shuts down when control setting is satisfied. The evaporator fan will continue to run for 30 sec.

3. When using an auto-changeover room thermostat, place both SYSTEM and FAN switches in AUTO positions. Observe that unit operates in heating mode when temperature control is set to ''call for heating'' (above room temperature) and operates in cooling mode when temperature control is set to ''call for cooling'' (below room temperature).

**IMPORTANT:** Three-phase, scroll compressor units (50GL030-060) are direction-oriented. These units must be checked to ensure proper compressor 3-phase power lead orientation. If not corrected within 5 min, the internal protector will shut off the compressor. Any two of the 3-phase power leads to the unit must be reversed to correct rotation. When turning backwards, scroll compressors emit elevated noise levels, and the difference between compressor suction and discharge pressures may be dramatically lower than normal.

**CHECKING AND ADJUSTING REFRIGERANT CHARGE** — The refrigerant system is fully charged with R-410A refrigerant, tested, and factory-sealed.

**NOTE:** Adjustment of the refrigerant charge is not required unless the unit is suspected of not having the proper R-410A charge. The charging label and the tables shown refer to system temperature and pressure.

Case ID: 200700314



**Fig. 15—208/230-1-60 Wiring Diagram**

42

Case ID: 15060

1-29-2015 B/M D.H. TO JOE
MCCARY 8:50                    EX 6

2-16-15 B/M FROM LYNN NASH TO D.H
       12:55                    EX 7

2-16-15 2-16-15 D.H. B/M TO LYNN NSH 5:33

2-19-15 12:11 D.H B/M TO L.N.    EX 8

2-27 15 10:32 D.H. TO J.V.    EX 9
                              EX 10

2-27-15 9:17 B/N FROM J.V. TO DH EX 11

2-27-15 7:59 B/M DH TO J.V.      EX 11

2-24-15 2:26 B/M J.V. TO D.H.    EX 11

2-22-15 10:32 B/M FROM D.H. TO J.V. EX 11

3-11 15 3:17 FROM LYNN NASH TO P.H. EX 15

10-23-13 6:47 D.H TO J.V. THANN YOU EX 20