

**Fig. 16—208/230-3-60 Wiring Diagram**

Case ID: 150604314



**Fig. 17—460-3-60 Wiring Diagram**

14

**IMPORTANT:** When evaluating the refrigerant charge, an indicated adjustment to the specified factory charge must always be very minimal. If a substantial adjustment is indicated, an abnormal condition exists somewhere in the cooling system, such as insufficient airflow across either coil or both coils.

Refrigerant charge

The amount of refrigerant charge is listed on the unit nameplate. Refer to the Refrigeration Service Techniques Manual, Refrigerants section.

Unit panels must be in place when unit is operating during charging procedures.

No charge

Use standard evacuating techniques. After evacuating system, weigh in the specified amount of refrigerant (refer to system data plate).

Low charge cooling

Measure outdoor ambient using Cooling Charging Charts (Figs. 18-23). Vary refrigerant until the conditions of the chart are met. Note that charging charts are different from type normally used. Charts are based on charging the units to correct superheat for the various operating conditions. Accurate pressure gage and temperature sensing devices are required. Connect the pressure gage to the service port on the suction line. Mount the temperature sensing device on the suction line and insulate it so that the outdoor ambient does not effect the reading. Indoor air CFM must be within the normal operating range of the unit.

To use cooling charging charts

Take the outdoor ambient temperature and read the suction pressure gage. Refer to the chart to determine what the suction temperature should be.

**NOTE:** If the problem causing the inaccurate readings is a refrigerant leak, refer to Check for Refrigerant Leaks section.

INDOOR AIRFLOW AND AIRFLOW ADJUSTMENTS

### ⚠ CAUTION

For cooling operation, the recommended airflow is 350 to 450 cfm for each 12,000 Btuh of rated cooling capacity.

Table 4 shows cooling airflows at various external static pressures. Refer to these tables to determine the airflow for the system being installed.

**NOTE:** Be sure that all supply- and return-air grilles are open, free from obstructions, and adjusted properly.

### ⚠ WARNING

Disconnect electrical power to the unit before changing blower speed. Electrical shock can cause serious injury or death.

Airflow can be changed by changing the lead connections of the blower motor.

All 50GL units are factory wired for low speed and may need to be wired for medium or high speed in the field.

FOR 208/230-V — The motor leads are color-coded as follows:

| 3-SPEED | 2-SPEED |
|---------|---------|
| black = high speed | black = high speed |
| blue = medium speed | - |
| red = low speed | red = low speed |

To change the speed of the blower motor (BM), remove the fan motor speed leg lead from the blower relay (BR). This wire is attached to terminal BM for single-phase and 3-phase units. To change the speed, remove and replace with lead for desired blower motor speed. *Insulate the removed lead to avoid contact with chassis parts.*

FOR 460-V GE MOTORS — The motor leads are color coded as follows:

| 3-SPEED | 2-SPEED |
|---------|---------|
| black = high | black = high |
| violet = jumper | blue = jumper |
| orange = medium | - |
| red = low | red = low |

To change the speed of the blower motor (BM), remove fan motor speed lead from the blower relay (BR) and replace with the lead for the desired blower motor speed. The motor speed lead is attached to terminal BM. For low and medium speeds black must be connected to the jumper wire. *Insulate removed lead end to avoid contact with chassis parts.* To select high speed on 460-v GE motors, separate the black female quick connect (QC) from the jumper lead male quick connect (QC) and connect the black lead to the BR. Insulate the jumper to avoid contact with any chassis parts.

COOLING SEQUENCE OF OPERATION — With the room thermostat SYSTEM switch in the COOL position and the FAN switch in the AUTO position, the cooling sequence of operation is as follows:

When the room temperature rises to a point that is slightly above the cooling control setting of the thermostat, the thermostat completes the circuit between thermostat terminal R to terminals Y and G. These completed circuits through the thermostat connect contactor coil (C) (through unit wire Y) and blower relay coil (TDR) (through unit wire G) across the 24-v secondary of transformer (TRAN).

The normally open contacts of energized contactor (C) close and complete the circuit through compressor motor (COMP) to condenser (outdoor) fan motor (OFM). Both motors start instantly.

The set of normally open contacts of energized relay TDR close and complete the circuit through evaporator blower (indoor) fan motor (IFM).

**NOTE:** Once the compressor has started and then has stopped, it should not be started again until 5 min have elapsed.

The cooling cycle remains "on" until the room temperature drops to point that is slightly below the cooling control setting of the room thermostat. At this point, the thermostat "breaks" the circuit between thermostat terminal R to terminals Y and G. These open circuits deenergize contactor coil C and relay coil TDR. The condenser and compressor motors stop. After a 30-sec delay, the blower motor stops. The unit is in a "standby" condition, waiting for the next "call for cooling" from the room thermostat.

### MAINTENANCE

To ensure continuing high performance, and to minimize the possibility of premature equipment failure, periodic maintenance must be performed on this equipment. This cooling unit should be inspected at least once each year by a qualified service person. To troubleshoot heating or cooling of units, refer to tables at the back of the book.

NOTE TO EQUIPMENT OWNER: Consult your local dealer about the availability of a maintenance contract.



Case ID: 150604312

## Table 4—Wet Coil Air Delivery (Deduct 10% for 208v)*
### Horizontal and Downflow Discharge
### Unit 50GL024-060

| Unit | Motor Speed | | 230 AND 460 VOLT | | | | | | | | | | |
|------|-------------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | External Static Pressure (in. wg) | | | | | | | | | | |
| | | | 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.8 | 0.9 | 1.0 |
| 024 | Low | Watts | 281 | 282 | 281 | 278 | 276 | - | · | · | · | · | · |
| | | Cfm | 833 | 776 | 702 | 638 | 554 | - | | | | | |
| | Med | Watts | · | · | · | 375 | 370 | 363 | 357 | 352 | · | · | · |
| | | Cfm | · | · | · | 894 | 800 | 754 | 636 | 518 | - | - | · |
| | High | Watts | · | · | · | · | · | 468 | 457 | 444 | 431 | 423 | · |
| | | Cfm | · | · | · | · | · | 884 | 802 | 697 | 487 | 397 | · |
| 30 | Low | Watts | 246 | 244 | 243 | 241 | · | · | · | - | | | |
| | | Cfm | 910 | 806 | 749 | 680 | · | · | · | | | | |
| | Med | Watts | 343 | 339 | 336 | 332 | 328 | 322 | 317 | · | | | |
| | | Cfm | 1148 | 1104 | 1028 | 958 | 850 | 782 | 645 | · | | | |
| | High | Watts | · | · | · | · | 441 | 432 | 421 | 410 | 400 | · | · |
| | | Cfm | · | · | · | · | 1102 | 988 | 896 | 783 | 529 | · | · |
| 36 | Low | Watts | · | 470 | 458 | 445 | 430 | 415 | 399 | 384 | · | | |
| | | Cfm | · | 1352 | 1257 | 1240 | 1199 | 1107 | 1015 | 924 | · | | |
| | Med | Watts | · | · | 514 | 501 | 487 | 471 | 455 | 438 | 422 | · | · |
| | | Cfm | · | · | 1338 | 1295 | 1288 | 1181 | 1111 | 968 | 813 | · | · |
| | High | Watts | · | · | · | 646 | 636 | 626 | 614 | 602 | 589 | · | · |
| | | Cfm | · | · | · | 1385 | 1268 | 1196 | 1159 | 1032 | 948 | · | · |
| 42 | Low | Watts | · | 625 | 614 | 605 | 593 | 574 | 549 | 518 | 485 | 454 | · |
| | | Cfm | · | 1540 | 1510 | 1473 | 1396 | 1348 | 1288 | 1192 | 1124 | 1037 | · |
| | Med | Watts | · | · | · | 726 | 695 | 661 | 625 | 591 | 561 | 540 | |
| | | Cfm | · | · | · | 1648 | 1593 | 1530 | 1448 | 1352 | 1237 | 1114 | |
| | High | Watts | · | · | · | · | · | · | · | 790 | 766 | 742 | 713 |
| | | Cfm | · | · | · | · | · | · | · | 1616 | 1492 | 1394 | 1283 |
| 48 | Low | Watts | · | 588 | 577 | 572 | 568 | 556 | 539 | 517 | 491 | · | · |
| | | Cfm | · | 1514 | 1543 | 1467 | 1408 | 1374 | 1324 | 1237 | 1161 | · | · |
| | Med | Watts | · | 756 | 738 | 719 | 699 | 676 | 650 | 623 | 596 | 572 | 555 |
| | | Cfm | · | 1785 | 1765 | 1706 | 1628 | 1577 | 1503 | 1421 | 1357 | 1298 | 1253 |
| | High | Watts | · | · | · | · | 896 | 862 | 829 | 800 | 775 | 752 | 728 |
| | | Cfm | · | · | · | · | 1880 | 1804 | 1704 | 1547 | 1565 | 1406 | 1367 |
| 60 | Low | Watts | 903 | 898 | 873 | 842 | 814 | 792 | 777 | 764 | 743 | 701 | 618 |
| | | Cfm | 2190 | 2158 | 2081 | 2026 | 1958 | 1866 | 1822 | 1744 | 1678 | 1535 | 1377 |
| | Med | Watts | · | 1002 | 978 | 960 | 941 | 914 | 880 | 839 | 798 | 764 | 750 |
| | | Cfm | · | 2389 | 2291 | 2216 | 2120 | 2020 | 1952 | 1852 | 1727 | 1617 | 1549 |
| | High | Watts | · | · | · | · | 1080 | 1080 | 1066 | 1041 | 1008 | 972 | 938 |
| | | Cfm | · | · | · | · | 2316 | 2181 | 2122 | 2101 | 2000 | 1802 | 1672 |

* Air delivery values are based on operating voltage of 230 v or 460 v, wet coil, without filter or electric heater. Deduct filter and electric heater pressure drops to obtain static pressure available for ducting.

NOTES: 1. Do not operate the unit at a cooling airflow that is less than 350 cfm for each 12,000 Btuh of rated cooling capacity. Evaporator coil frosting may occur at airflows below this point.

2. Dashes indicate portions of table that are beyond the blower motor capacity or are not recommended.

---

**⚠ WARNING**

The ability to properly perform maintenance on this equipment requires certain expertise, mechanical skills, tools, and equipment. If you do not possess these, do not attempt to perform any maintenance on this equipment other than those procedures recommended in the User's Manual. FAILURE TO HEED THIS WARNING COULD RESULT IN SERIOUS INJURY OR DEATH AND POSSIBLE DAMAGE TO THIS EQUIPMENT.

**⚠ WARNING**

Failure to follow these warnings could result in serious injury or death:
1. Turn off electrical power to the unit before performing any maintenance or service on the unit.
2. Use extreme caution when removing panels and parts. As with any mechanical equipment, personal injury can result from sharp edges, etc.
3. Never place anything combustible either on, or in contact with, the unit.

**⚠ CAUTION**

Errors made when reconnecting wires may cause improper and dangerous operation. Label all wires prior to disconnection when servicing.

46

Case ID: 150604314

The minimum maintenance requirements for this equipment are as follows:

1. Inspect air filter(s) each month. Clean or replace when necessary.

2. Inspect indoor coil, drain pan, and condensate drain each cooling season for cleanliness. Clean when necessary.

3. Inspect blower motor and wheel for cleanliness and check lubrication each heating and cooling season. Clean when necessary.

4. Check electrical connections for tightness and controls for proper operation each heating and cooling season. Service when necessary.

### AIR FILTER

**IMPORTANT:** Never operate the unit without a suitable air filter in the return-air duct system. Always replace the filter with the same dimensional size and type as originally installed (See Tables 1 for recommended filter sizes).

Inspect air filter(s) at least once each month and replace (throwaway-type) or clean (cleanable-type) at least twice during each heating and cooling season or whenever the filter(s) becomes clogged with dust and lint.

### EVAPORATOR BLOWER AND MOTOR

**NOTE:** All motors are prelubricated. Do not attempt to lubricate these motors.

For longer life, operating economy, and continuing efficiency, clean accumulated dirt and grease from the blower wheel and motor annually.

---

**⚠ WARNING**

Disconnect and tag electrical power to the unit before cleaning the blower motor and wheel. Failure to adhere to this warning could cause serious injury or death.

---

To clean the blower motor and wheel:

1. Remove and disassemble blower assembly as follows:

   a. Remove unit access panel.

   b. Disconnect motor lead from blower relay (BR). Disconnect yellow lead from terminal L2 of the contactor.

   c. On all units remove blower assembly from unit. Remove screws securing blower to blower partition and slide assembly out. Be careful not to tear insulation in blower compartment.

   d. Ensure proper reassembly by marking blower wheel and motor in relation to blower housing before disassembly.

   e. Loosen setscrew(s) that secures wheel to motor shaft, remove screws that secure motor mount brackets to housing, and slide motor and motor mount out of housing.

2. Remove and clean blower wheel as follows:

   a. Ensure proper reassembly by marking wheel orientation.

   b. Lift wheel from housing. When handling and/or cleaning blower wheel, be sure not to disturb balance weights (clips) on blower wheel vanes.

   c. Remove caked-on dirt from wheel and housing with a brush. Remove lint and/or dirt accumulations from wheel and housing with vacuum cleaner, using soft brush attachment. Remove grease and oil with mild solvent.

   d. Reassemble wheel into housing.

   e. Reassemble motor into housing. Be sure setscrews are tightened on motor shaft flats and not on round part of shaft.

   f. Reinstall unit access panel.

3. Restore electrical power to unit. Start unit and check for proper blower rotation and motor speeds during heating and cooling cycles.

### CONDENSER COIL, EVAPORATOR COIL, AND CONDENSATE DRAIN PAN

Inspect the condenser coil, evaporator coil, and condensate drain pan at least once each year.

The coils are easily cleaned when dry; therefore, inspect and clean the coils either before or after each cooling season. Remove all obstructions, including weeds and shrubs, that interfere with the airflow through the condenser coil.

Straighten bent fins with a fin comb. If coated with dirt or lint, clean the coils with a vacuum cleaner, using the soft brush attachment. Be careful not to bend the fins. If coated with oil or grease, clean the coils with a mild detergent-and-water solution. Rinse coils with clear water, using a garden hose. Be careful not to splash water on motors, insulation, wiring, or air filter(s). For best results, spray condenser coil fins from inside to outside the unit. On units with an outer and inner condenser coil, be sure to clean between the coils. Be sure to flush all dirt and debris from the unit base.

Inspect the drain pan and condensate drain line when inspecting the coils. Clean the drain pan and condensate drain by removing all foreign matter from the pan. Flush the pan and drain tube with clear water. Do not splash water on the insulation, motor, wiring, or air filter(s). If the drain tube is restricted, clear it with a "plumbers snake" or similar probe device. Ensure that the auxiliary drain port above the drain tube is also clear.

### CONDENSER FAN

---

**⚠ CAUTION**

Keep the condenser fan free from all obstructions to ensure proper cooling operation. Never place articles on top of the unit. Damage to unit may result.

---

4. Remove 6 screws holding condenser grille and motor to top cover.

5. Turn motor/grille assembly upside down on top cover to expose the fan blade.

6. Inspect the fan blades for cracks or bends.

7. If fan needs to be removed, loosen the setscrew and slide the fan off the motor shaft.

8. When replacing fan blade, position blade so that the hub is 1/8 in. away from the motor end ( 1/8 in. of motor shaft will be visible).

9. Ensure that setscrew engages the flat area on the motor shaft when tightening.

10. Replace grille.

**ELECTRICAL CONTROLS AND WIRING** — Inspect and check the electrical controls and wiring annually. *Be sure to turn off the electrical power to the unit.*

Remove access panel to locate all the electrical controls and wiring. Check all electrical connections for tightness. Tighten all screw connections. If any smoky or burned connections are noticed, disassemble the connection, clean all the parts, restrip the wire end and reassemble the connection properly and securely.

After inspecting the electrical controls and wiring, replace the access panel. Start the unit, and observe at least one complete heating cycle and one complete cooling cycle to ensure proper operation. If discrepancies are observed in either or both operating

17



Fig. 18—Cooling Charging Chart, 50GL024 Units



Fig. 19—Cooling Charging Chart, 50GL030 Units



Fig. 20—Cooling Charging Chart, 50GL036 Units



Fig. 21—Cooling Charging Chart, 50GL042 Units



Fig. 22—Cooling Charging Chart, 50GL048 Units



Fig. 23—Cooling Charging Chart, 50GL060 Units

18

Case ID: 150604314

cycles, or if a suspected malfunction has occurred, check each electrical component with the proper electrical instrumentation. Refer to the unit wiring label when making these checkouts.

**NOTE:** Refer to the heating and/or cooling sequence of operation in this publication as an aid in determining proper control operation.

**REFRIGERANT CIRCUIT** — Inspect all refrigerant tubing connections and the unit base for oil accumulations annually. Detecting oil generally indicates a refrigerant leak.

> ⚠ **WARNING**
>
> System under pressure. Relieve pressure and recover all refrigerant before system repair or final unit disposal to avoid serious injury or death. Use all service ports and open all flow-control devices, including solenoid valves.

If oil is detected or if low cooling performance is suspected, leak-test all refrigerant tubing using an electronic leak-detector, halide torch, or liquid-soap solution. If a refrigerant leak is detected, refer to Check for Refrigerant Leaks section.

If no refrigerant leaks are found and low cooling performance is suspected, refer to Checking and Adjusting Refrigerant Charge section.

**EVAPORATOR AIRFLOW** — The heating and/or cooling airflow does not require checking unless improper performance is suspected. *If a problem exists, be sure that all supply- and return-air grilles are open and free from obstructions, and that the air filter is clean.* When necessary, refer to Indoor Airflow and Airflow Adjustments section to check the system airflow.

**METERING DEVICE—ACCURATOR® PISTON** — This metering device is a fixed orifice and is contained in the brass hex-body in the liquid line.

**PRESSURE SWITCHES** — Pressure switches are protective devices wired into control circuit (low voltage). They shut off compressor if abnormally high or low pressures are present in the refrigeration circuit. These pressure switches are specifically designed to operate with Puron (R-410A) systems. R-22 pressure switches **must not** be used as replacements for the Puron (R-410A) air conditioner.

**LOSS OF CHARGE/LOW-PRESSURE SWITCH (AIR CONDITIONER ONLY)** — This switch is located on the liquid line and protects against low suction pressures caused by such events as loss of charge, low airflow across indoor coil, dirty filters, etc. It opens on a pressure drop at about 20 psig. If system pressure is above this, switch should be closed.

To check switch:

1. Turn off all power to unit.
2. Disconnect leads on switch.
3. Apply ohmeter leads across switch. You should have continuity on a good switch.

**NOTE:** Because these switches are attached to refrigeration system under pressure, it is not advisable to remove this device for troubleshooting unless you are reasonably certain that a problem exists. If switch must be removed, remove and recover all system charge so that pressure gages read 0 psi. Never open system without breaking vacuum with dry nitrogen.

**HIGH-PRESSURE SWITCH** — The high-pressure switch is located in the discharge line and protects against excessive condenser coil pressure. It opens at 610 psig.

High pressure may be caused by a dirty condenser coil, failed fan motor, or condenser air recirculation.

To check switch:

1. Turn off all power to unit.
2. Disconnect leads on switch.
3. Apply ohmeter leads across switch. You should have continuity on a good switch.

**COPELAND SCROLL COMPRESSOR (PURON REFRIGERANT** — **The compressor used in this product is specifically designed to operate with Puron (R-410A) refrigerant and cannot be interchanged.**

The compressor is an electrical (as well as mechanical) device. Exercise extreme caution when working near compressors. Power should be shut off, if possible, for most troubleshooting techniques. Refrigerants present additional safety hazards.

> ⚠ **WARNING**
>
> Wear safety glasses and gloves when handling refrigerants. Keep torches and other ignition sources away from refrigerants and oils. Failure to follow this warning can cause a fire, serious injury, or death.

The scroll compressor pumps refrigerant throughout the system by the interaction of a stationary and an orbiting scroll. The scroll compressor has no dynamic suction or discharge valves, and it is more tolerant of stresses caused by debris, liquid slugging, and flooded starts. The compressor is equipped with an anti-rotational device and an internal pressure relief port. The anti-rotational device prevents the scroll from turning backwards and replaces the need for a cycle protector. The pressure relief port is a safety device, designed to protect against extreme high pressure. the relief port has an operating range between 550 and 625 psi differential pressure.

**The Copeland scroll compressor uses Mobil 3MA POE oil. This is the only oil allowed for oil recharge.**

### REFRIGERANT SYSTEM

REFRIGERANT

> ⚠ **CAUTION**
>
> This system uses Puron® (R-410A) refrigerant which has higher operating pressures than R-22 and other refrigerants. No other refrigerant may be used in this system. Gage set, hoses, and recovery system must be designed to handle Puron. If you are unsure consult the equipment manufacturer. Failure to use Puron compatible servicing equipment or replacement components may result in property damage or injury.

**COMPRESSOR OIL** — The compressor in this system uses a polyolester (POE) oil, Mobil 3MA POE. This oil is extremely hygroscopic, meaning it absorbs water readily. POE oils can absorb 15 times as much water as other oils designed for HCFC and CFC refrigerants. Take all necessary precautions to avoid exposure of the oil to the atmosphere.

**SERVICING SYSTEMS ON ROOFS WITH SYNTHETIC MATERIALS** — POE (polyolester) compressor lubricants are known to cause long term damage to some synthetic roofing materials. Exposure, even if immediately cleaned up, may cause embrittlement (leading to cracking) to occur in one year or more. When performing any service that may risk exposure of compressor oil to the roof, take appropriate precautions to protect roofing. Procedures which risk oil leakage include, but are not limited to, compressor replacement, repairing refrigerant leaks, replacing refrigerant components such as filter drier, pressure switch, metering device, coil, accumulator, or reversing valve.

19

SYNTHETIC ROOF PRECAUTIONARY PROCEDURE

1. Cover extended roof working area with an impermeable polyethylene (plastic) drip cloth or tarp. Cover an approximate 10 x 10 ft. area.

2. Cover area in front of the unit service panel with a terry cloth shop towel to absorb lubricant spills and prevent run-offs, and protect drop cloth from tears caused by tools or components.

3. Place terry cloth shop towel inside unit immediately under component(s) to be serviced and prevent lubricant run-offs through the louvered openings in the base pan.

4. Perform required service.

5. Remove and dispose of any oil contaminated material per local codes.

LIQUID LINE FILTER DRIER — The filter drier is specifically designed to operate with Puron. Use only factory-authorized components. Filter drier must be replaced whenever the refrigerant system is opened. When removing a filter drier, use a tubing cutter to cut the drier from the system. **Do not unsweat a filter drier from the system.** Heat from unsweating will release moisture and contaminants from drier into system.

PURON (R-410A) REFRIGERANT CHARGING — Refer to unit information plate and charging chart. **Some R-410A refrigerant cylinders contain a dip tube to allow liquid refrigerant to flow from cylinder in upright position.** For cylinders equipped with a dip tube, charge Puron units with cylinder in upright position and a commercial metering device in manifold hose. Charge refrigerant into suction-line.

Case ID: 150604314

## AIR CONDITIONER WITH PURON® (R-410A)—QUICK REFERENCE GUIDE

Puron refrigerant operates at 50%-70% higher pressures than R-22. Be sure that servicing equipment and replacement components are designed to operate with Puron.

Puron refrigerant cylinders are rose colored.

- Puron refrigerant cylinders manufactured prior to March 1, 1999, have a dip tube that allows liquid to flow out of cylinder in upright position. Cylinders manufactured March 1, 1999 and later DO NOT have a dip tube and MUST be positioned upside down to allow liquid to flow.
- Recovery cylinder service pressure rating must be 400 psig, DOT 4BA400 or DOT BW400.
- Puron systems should be charged with liquid refrigerant. Use a commercial type metering device in the manifold hose.
- Manifold sets should be 750 psig high-side and 200 psig low-side with 520 psig low-side retard.
- Use hoses with 750 psig service pressure rating.
- Leak detectors should be designed to detect HFC refrigerant.
- Puron, as with other HFCs, is only compatible with POE oils.
- Vacuum pumps will not remove moisture from oil.
- Only use factory specified liquid-line filter driers with rated working pressures no less than 600 psig.
- Do not install a suction-line filter drier in liquid-line.
- POE oils absorb moisture rapidly. Do not expose oil to atmosphere.
- POE oils may cause damage to certain plastics and roofing materials.
- Wrap all filter driers and service valves with wet cloth when brazing.
- A Puron liquid-line filter drier is required on every unit.
- Do not use an R-22 TXV.
- Never open system to atmosphere while it is under a vacuum.
- When system must be opened for service, break vacuum with dry nitrogen and replace filter driers.
- Always replace filter drier after opening system for service.
- Do not vent Puron into the atmosphere.
- Observe all warnings, cautions, and bold text.
- Do not leave Puron suction line driers in place for more than 72 hrs.

Case ID: 150604314

## Table 5—Troubleshooting — Cooling

| SYMPTOM | CAUSE | REMEDY |
|---|---|---|
| Compressor and condenser fan will not start | Power failure | Call power company |
| | Fuse blown or circuit breaker tripped | Replace fuse or reset circuit breaker |
| | Defective thermostat, contactor, transformer, control relay, high pressure, or loss-of-charge switch | Replace component |
| | Insufficient line voltage | Determine cause and correct |
| | Incorrect or faulty wiring | Check wiring diagram and rewire correctly |
| | Thermostat setting too high | Lower thermostat setting below room temperature |
| Compressor will not start but condenser fan runs | Faulty wiring or loose connections in compressor circuit | Check wiring and repair or replace |
| | Compressor motor burned out, seized, or internal overload open | Determine cause. Replace compressor |
| | Defective run/start capacitor, overload, start relay | Determine cause and replace |
| | One leg of 3-phase power dead | Replace fuse or reset circuit breaker Determine cause |
| Three-phase scroll compressor (50GL030-060) makes excessive noise, and there may be a low pressure differential | Scroll compressor is rotating in the wrong direction | Correct the direction of rotation by reversing two of the 3-phase power leads to the unit. Shut down unit to allow pressures to equalize |
| Compressor cycles (other than normally satisfying thermostat) | Refrigerant overcharge or undercharge | Recover refrigerant, evacuate system, and recharge to capacities shown on nameplate |
| | Defective compressor | Replace and determine cause |
| | Insufficient line voltage | Determine cause and correct. |
| | Blocked condenser | Determine cause and correct |
| | Defective run/start capacitor, overload or start relay | Determine cause and replace |
| | Defective thermostat | Replace thermostat |
| | Faulty condenser-fan motor or capacitor | Replace |
| | Restriction in refrigerant system | Locate restriction and remove |
| Compressor operates continuously | Dirty air filter | Replace filter |
| | Unit undersized for load | Decrease load or increase unit size |
| | Thermostat set too low | Reset thermostat |
| | Low refrigerant charge | Locate leak, repair, and recharge |
| | Leaking valves in compressor | Replace compressor |
| | Air in system | Recover refrigerant, evacuate system, and recharge |
| | Condenser coil dirty or restricted | Clean coil or remove restriction |
| Excessive head pressure | Dirty air filter | Replace filter |
| | Dirty condenser coil | Clean coil |
| | Refrigerant overcharged | Recover excess refrigerant |
| | Air in system | Recover refrigerant, evacuate system, and recharge |
| | Condenser air restricted or air short-cycling | Determine cause and correct |
| Head pressure too low | Low refrigerant charge | Check for leaks, repair and recharge |
| | Restriction in liquid tube | Remove restriction |
| Excessive suction pressure | High heat load | Check for source and eliminate |
| | Refrigerant overcharged | Recover excess refrigerant |
| Suction pressure too low | Dirty air filter | Replace filter |
| | Low refrigerant charge | Check for leaks, repair and recharge |
| | Metering device or low side restricted | Remove source of restriction |
| | Insufficient evaporator airflow | Increase air quantity. Check filter — replace if necessary |
| | Temperature too low in conditioned area | Reset thermostat. |
| | Outdoor ambient below 40 F | Install low-ambient kit |
| | Field-installed filter-drier restricted | Replace |



Case ID: 15060431

**START-UP CHECKLIST**
**(REMOVE AND STORE IN JOB FILE)**

## I. PRELIMINARY INFORMATION

Model No. ........................................................................................................................

Serial No. ........................................................................................................................

Date ..................................................................................................................................

Technician .......................................................................................................................

## II. PRE-START-UP

___ Verify that all packing materials have been removed from unit

___ Verify that condensate connection is installed per installation instructions

___ Check all electrical connections and terminals for tightness

___ Check that indoor (evaporator) air filter is clean and in place

___ Verify that unit installation is level

___ Check fan wheel and propeller for location in housing and setscrew tightness

## III. START-UP

Supply Voltage L1-L2 _____ L2-L3 _____ L3-L1 _____

Compressor Amps L1 _____ L2 _____ L3 _____

Indoor (Evaporator) Fan Amps _____

## TEMPERATURE

Outdoor (Condenser) Air Temperature _____ DB

Return-Air Temperature _____ DB _____ WB

Cooling Supply Air _____ DB _____ WB

## PRESSURES

Refrigerant Suction _____ psig

Suction Line Temp* _____

Refrigerant Discharge _____ psig

Discharge Temp† _____

___ Verify refrigerant charge using charging tables

___ Verify that 3-phase scroll compressor (50GL030-060) is rotating in correct direction

\* Measured at suction inlet to compressor
† Measured at liquid line leaving condenser

23

Case ID: 150604314

ARPHONE 845 20V

3710185

BILL TO:
JOE SKINIS (CASH SALE)          1
PEIRCE PHELPS
2000 NORTH 59TH STREET
PHILADELPHIA     PA    19131

SHIP TO:
RANDAZZO MECHANICAL
DAVE HATCH
610-527-7513
PHILADELPHIA     PA    19131

HAG RES PAYNE

215-879-7060

(Z0051103Y439-jes-430-01414441)

| SALES MAN REP | CUSTOMER 95759 | SHIP VIA PICKUP | | | INSTRUCTIONS / MARK Must collect | | SALES ORDER 2583160 | ORDER DATE 11/03/05 | RELEASE DATE 11/03/05 | FOB POINT PICKUP | PAGE 1 |
| 15  15 | | | | | | | JES  JES | | 02:39 | | |

| ORDER LINE | QUANTITY ORDERED | CUSTOMER | SHIP VIA | QUANTITY RELEASED | QUANTITY SHIPPED | BCK ORD | UNIT MEAS | ITEM NUMBER / VENDOR NUMBER | DESCRIPTION | WEIGHT / LOCATION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | | | 1 | 1 | | N EA | CA 50GL0243 50GL-024---3 | PAC PURON 2T 208/230 W/LOUVERED GRILLE | 307 | | |
| | | | | | HC16 | | | 2 | | | | |
| | | | | | S/N: | | | | | | | |
| 10 | 1 | | | 1 | 1 | | N EA | CA CPRFCURB007A00 CPRFCURB007A00 | 14" TALL ROOF CURB FOR 48GS  018 - 042 | 62 | | |
| | | | | | TB09A | | | 3 | | | | |

THANK YOU FOR YOUR ORDER, JOSEPH E. SKINIS

2/8  879  7060

********COLLECT ON DELIVERY - CHECK OK *******
*  INV TOTAL - DISCOUNT + ADD'L COL = COLLECT AMT *
*    1434.87         6.71      0.00      1428.16  *
*************************************************
ACCOUNT CREDIT LIMIT EXCEEDED, CONTACT CREDIT

NET       1,341.00
GHT          0.00
TAX         93.87

INV       1,434.87

CREDIT SALE

DATE: 32419S500992  669W05        TIME
11/03/2005                        15:40:01

PEIRCE-PHELPS INC.
2000 N 59TH STREET
PHILADELPHIA, PA 19131
2158797000

TRANS #001
AUTH #405200
VISA ACCOUNT #
4264262651B01H53                EXP DATE
                                0105

SALE AMOUNT  11 $1429.16

JOSEPH VAGNOZZI PEIRCE-PHELPS



REPRESENTIVE   SEPTEMBER   2013













### Elite Water Damage Restoration, Inc

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 1,611.24 |
| Material Sales Tax | 1.23 |
| Cleaning Mtl Tax | 11.38 |
| Subtotal | 1,623.85 |
| Cleaning Sales Tax | 78.61 |
| **Replacement Cost Value** | **$1,702.46** |
| **Net Claim** | **$1,702.46** |

Christina Lanza

DAVID_HATCHIGIAN                                                 7/27/2015         Page: 3

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046

## DAVID_HATCHIGIAN
### Main Level

**Main Level**

| DESCRIPTION | TOTAL |
|---|---|
| | 148.50 |
| 1. Emergency service call – during business hours | 211.52 |
| 2. Equipment setup, take down, documentation, and monitoring (hourly charge) | |

**Kitchen**

| DESCRIPTION | TOTAL |
|---|---|
| | 122.36 |
| 3. Tear off plaster | 80.56 |
| 4. Tear out wet drywall, cleanup, bag for disposal | 109.44 |
| 5. Tear out and bag wet insulation (Double layer – Fiberglass & Blown @76 sqft each) | 17.48 |
| 6. Apply anti-microbial agent | 30.00 |
| 7. Protect - Cover with plastic | 379.68 |
| 8. Dehumidifier (per 24 hour period) - 1 for 3 days | 268.98 |
| 9. Negative air fan/Air scrubber (24 hr period).- 1 for 3 days | 229.58 |
| 10. Add for HEPA filter (for negative air exhaust fan) | 13.14 |
| 11. Containment Barrier/Airlock/Decon. Chamber | |

## Grand Total Areas:

| | | |
|---|---|---|
| 336.00 SF Walls | 110.00 SF Ceiling | 446.00 SF Walls and Ceiling |
| 110.00 SF Floor | 12.22 SY Flooring | 42.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 42.00 LF Ceil. Perimeter |
| | | |
| 110.00 Floor Area | 124.44 Total Area | 336.00 Interior Wall Area |
| 402.00 Exterior Wall Area | 44.67 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

DAVID_HATCHIGIAN

7/27/2015          Page: 2



# Elite Water Damage Restoration, Inc

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046

| | | | |
|---|---|---|---|
| **Insured:** | David Hatchigian | **Home:** | (610) 446-7257 |
| **Property:** | 7512 Brentwood Rd | | |
| | Philadelphia, PA 19151 | | |
| | | | |
| **Claim Rep.:** | Christina Lanza | **Business:** | (855) 354-8383 |
| **Business:** | 451 Veit Rd | | |
| | Huntingdon Valley, PA 19006 | | |
| | | | |
| **Estimator:** | Christina Lanza | **Business:** | (855) 354-8383 |
| **Business:** | 451 Veit Rd | | |
| | Huntingdon Valley, PA 19006 | | |

**Claim Number:** HXT4120          **Policy Number:** N/A          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| **Date Contacted:** | 7/10/2015 | | |
| **Date of Loss:** | 7/10/2015 | **Date Received:** | 7/10/2015 |
| **Date Inspected:** | 7/10/2015 | **Date Entered:** | 7/14/2015 1:19 PM |

| | |
|---|---|
| **Price List:** | PAPH8X_JUN15 |
| | Restoration/Service/Remodel |
| **Estimate:** | DAVID_HATCHIGIAN |

All Of Our Technicians Are Certified, Licensed & Experienced To Handle Any Situation. Our Staff Is Background Verified,
Fully Insured & Trained To Treat The Property With Respect Like Its Their Own. We Offer Over 15 Years Combined
Experience & Expertise To Assist Our Clients With A Fast Emergency Response. We Are Available 24/7 To Provide Rapid
Clean Up & Restoration Assistance In The Event Disaster Strikes.

**CLAIMS:**
All Of Our Invoices And Drying Logs Are In Compliance With All Insurance Regulations And Guidelines.
Our work is guaranteed and Our #1 Goal is Customer Satisfaction.



12:36 P.M.

8/06/2015
**Claim HXT 4120**
**David Hatchingian**
**7512 Brentwood Rd**
**Philadelphia PA 19151**

**Dear Mr. David Hatchingian**

We regret to inform you that your insurance company unfortunately denied your claim. As a result of that they will not pay for our services rendered.

Per our contract with you, you remain personally responsible for payment for these rendered services as you are personally responsible and liable for any and all unpaid balances by your insurance company.

Your invoice is currently **past due.** Please make payment immediately and no longer then by **8/11/2015** for the amount of $1,702.46 to prevent it going to collection. Please make checks payable to **Elite Water Damage Restoration inc.** for your convenience we accept all major credit cards and can also obtain payments over the phone.

Failure to pay by due date listed on this letter will be considered as nonpayment and breach of contract that will be subject to any and all collection effort such as but not limited to; litigation, collection agencies that might affect your credit, mechanical leans etc.

Your invoice is attached below.

If you have any questions or concerns please call our office

Regards,

**Christina Lanza**
**Coordinator/Claims Rep**
**Email: elitewaterdamage@aol.com**
**Phone: 1-855-354-8383**





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046

| | | | |
|---|---|---|---|
| Insured: | David Hatchigian | Home: | (610) 446-7257 |
| Property: | 7512 Brentwood Rd | | |
| | Philadelphia, PA 19151 | | |
| | | | |
| Claim Rep.: | Christina Lanza | Business: | (855) 354-8383 |
| Business: | 451 Veit Rd | | |
| | Huntingdon Valley, PA 19006 | | |
| | | | |
| Estimator: | Christina Lanza | Business: | (855) 354-8383 |
| Business: | 451 Veit Rd | | |
| | Huntingdon Valley, PA 19006 | | |

**Claim Number:** HXT4120        **Policy Number:** N/A        **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2015 | | |
| Date of Loss: | 7/10/2015 | Date Received: | 7/10/2015 |
| Date Inspected: | 7/10/2015 | Date Entered: | 7/14/2015 1:19 PM |

Price List:        PAPH8X_JUN15
                   Restoration/Service/Remodel
Estimate:          DAVID_HATCHIGIAN

All Of Our Technicians Are Certified, Licensed & Experienced To Handle Any Situation. Our Staff Is Background Verified, Fully Insured & Trained To Treat The Property With Respect Like Its Their Own. We Offer Over 15 Years Combined Experience & Expertise To Assist Our Clients With A Fast Emergency Response. We Are Available 24/7 To Provide Rapid Clean Up & Restoration Assistance In The Event Disaster Strikes.

**CLAIMS:**
All Of Our Invoices And Drying Logs Are In Compliance With All Insurance Regulations And Guidelines.
Our work is guaranteed and Our #1 Goal is Customer Satisfaction.





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



1      DSC01009                           Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



2     DSC01010                    Date Taken: 7/5/2014







**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



3        DSC01012                          Date Taken: 7/5/2014



Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



4      DSC01013                Date Taken: 7/5/2014



DAVID_HATCHIGIAN                                          9/15/2015          Page: 5

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



5      DSC01014                    Date Taken: 7/5/2014



DAVID_HATCHIGIAN                                    9/15/2015        Page: 6

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



6      DSC01015                    Date Taken: 7/5/2014





**Elite, Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



7      DSC01016                    Date Taken: 7/5/2014







**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



8       DSC01017                    Date Taken: 7/5/2014







**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046





9      DSC01018                    Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



10      DSC01019                    Date Taken: 7/5/2014



DAVID_HATCHIGIAN                                     9/15/2015          Page: 11

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



11      DSC01020                    Date Taken: 7/5/2014



DAVID_HATCHIGIAN                                    9/15/2015        Page: 12

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



12      DSC01021                    Date Taken: 7/5/2014

DAVID_HATCHIGIAN                                    9/15/2015        Page: 13

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



13      DSC01022                    Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



14     DSC01023                          Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



15      DSC01024                    Date Taken: 7/5/2014



DAVID_HATCHIGIAN

9/15/2015        Page: 16



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



16      DSC01025                    Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



17    DSC01026                          Date Taken: 7/5/2014



DAVID_HATCHIGIAN

9/15/2015          Page: 18

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



18      DSC01027                          Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



19      DSC01028                    Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



20    DSC01029                           Date Taken: 7/5/2014

DAVID_HATCHIGIAN                              9/15/2015        Page: 21



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



21        DSC01030                    Date Taken: 7/5/2014



DAVID_HATCHIGIAN

9/15/2015        Page: 22

Case ID: 150604314



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



22      DSC01031                    Date Taken: 7/5/2014



DAVID_HATCHIGIAN                                    9/15/2015        Page: 23

**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



23    DSC01032                          Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



24      DSC01033                          Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



25    DSC01034                    Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



26     DSC01035                    Date Taken: 7/5/2014





**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



27    DSC01036                         Date Taken: 7/5/2014



DAVID_HATCHIGIAN                                9/15/2015        Page: 28



**Elite Water Damage Restoration, Inc**

451 Veit Rd
Huntingdon Valley PA 19006
1-855-354-8383
Tax ID 45-332-5046



28    DSC01037                    Date Taken: 7/5/2014





DAVID_HATCHIGIAN

9/15/2015        Page: 29

Case ID: 150604314

SPEED - INVOICE    NO. 1440/5    REORDER FROM REGENT STANDARD FORMS, INC., INTERSTATE INDUSTRIAL PARK. BELLMAWR, N.J. 08030

**INVOICE**

DAVID HATCHIGIAN

7512 GREYTWOOD ROAD
7516

| | |
|---|---|
| SEPTEMBER 5, 2018 | |
| INVOICE DATE | |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | F.O.B. |
| SALESMAN | |
| SHIPPED VIA | |

SHIPPED TO

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 7512 | MEASURED CUT, INSTALLED 4 X 8 X 5/8 DRY WALL IN 2ND FLOOR APARTMENT KITCHEN CEILING, TAPED AND SPACKLED. | 4 HR | $100- |
| 7516 | SANDED LITTLE BED RM | 4 HR | $100 — |
| | LABOR     CASH. | | $200 — |

91

Case ID: 150604314

**Invoice**

# STATE ROAD BUILDERS SUPPLY CO. INC.

**1840 SOUTH STATE ROAD**
UPPER DARBY, PA 19082-5418

610-259-8840
FAX 610-259-9801

www.stateroadsupply.com

 **CASH SALE**

**NET DUE 30 DAYS
AFTER RECEIPT OF MATERIALS.**

 **CASH SALES**

| TERMS | ORDER NO. | P.O. NUMBER | CUTOMER NUMBER | SHIPPING DATE | INVOICE DATE | INVOICE NO. |
|-------|-----------|-------------|----------------|---------------|--------------|-------------|
| CASH | 616078 | | 00001 | 08/22/15 | 08/22/15 | 700091 |

| PRODUCT NO. | QUANTITY | DESCRIPTION | PRICE | UNITS | DISCOUNT | NET |
|-------------|----------|-------------|-------|-------|----------|-----|
| 016008 | 2 PC | SHEETROCK 4X8X5/8"FS MOLD DEFENS LAFARGE-MD2 | | | 13.22 | 26.44 |

Tendered:          08/22/15      $28.03   (VISA #047510)

**IMPORTANT - PLEASE READ CAREFULLY**

1. Not responsible for damage when asked to drive beyond curb line.
2. Towing and/or damage to truck will be at customer's expense when caused by customer's request to maneuver truck into precarious position.
3. No claims for shortage, returns and/or breakage will be allowed if not noted on State Road Builders Supply's copy of delivery ticket.

X _____

| | |
|---|---|
| Sub-Total | 26.44 |
| Sales Tax   6.000% | 1.59 |
| Shipping Charge | |
| Total | 28.03 |
| Deposits | |
| Tendered | 28.03- |
| Amount Due | 0.00 |

| LIME | SAND | CEMENT | PLASTER | SHEETROCK | METAL STUDS |
|------|------|--------|---------|-----------|-------------|

**Customer / Yard Copy**

08/22/15 09:51:13 104 DS

Case ID: 150604314



**LOWE'S HOME CENTERS, LLC**
**116 WEST TOWNSHIP LINE RD.**
**HAVERTOWN, PA 19083   (610) 536-6168**

**- SALE -**
SALES#: S3169BL1 1879614   TRANS#: 2753675 09-08-15

| | | |
|---|---|---|
| 299320 QUICK-SET LITE 90 MIN 18 | | 11.00 |
| 11.50   DISCOUNT EACH | | -0.50 |
| 107204 LCC SYSTEM USE ONLY | | 0.00 N |

| | |
|---|---|
| SUBTOTAL: | 11.00 |
| TAX: | 0.66 |
| INVOICE 02771 TOTAL: | 11.66 |
| LCC: | 11.66 |

**TOTAL DISCOUNT:   0.50**
LCC:XXXXXXXXXXXX0392 AMOUNT:11.66 AUTHCD:000301
SWIPED REFID:753682316902 09/08/15 19:08:02
STORE: 3169   TERMINAL: 02   09/08/15 19:08:02
**# OF ITEMS PURCHASED:   1**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: DANIEL CRAMER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

```
*****************************************************
*           YOUR OPINIONS COUNT!                    *
*      REGISTER FOR A CHANCE TO WIN A                *
*         $5,000 LOWE'S GIFT CARD!                   *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*    TARJETA DE REGALO DE LOWE'S DE $5000!           *
*                                                    *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY*
*    WITHIN ONE WEEK AT: www.lowes.com/survey        *
*       Y O U R   I D #  02771 3169 251              *
*                                                    *
*    NO PURCHASE NECESSARY TO ENTER OR WIN.          *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.*
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey  *
*****************************************************
```
STORE: 3169   TERMINAL: 02   09/08/15 19:08:02





**LOWE'S HOME CENTERS, LLC**
**116 WEST TOWNSHIP LINE RD.**
**HAVERTOWN, PA 19083   (610) 536-6168**

**- SALE -**
SALES#: S3169BL1 1879614   TRANS#: 2753675 09-08-15

299320 QUICK-SET LITE 90 MIN 18         11.00
     11.50   DISCOUNT EACH              -0.50
107204 LCC SYSTEM USE ONLY              0.00 N

               SUBTOTAL:               11.00
                    TAX:                0.66
        INVOICE 02771 TOTAL:           11.66
                    LCC:               11.66
**TOTAL DISCOUNT:       0.50**
LCC:XXXXXXXXXXXX0392 AMOUNT:11.66 AUTHCD:000301
SWIPED REFID:753682316902 09/08/15 19:08:02
STORE: 3169   TERMINAL: 02   09/08/15 19:08:02
# OF ITEMS PURCHASED:       1



LOWE'S HOME CENTERS, LLC
116 WEST TOWNSHIP LINE RD.
HAVERTOWN, PA 19083   (610) 536-6168

- SALE -
SALES#: S3169KH1 188337   TRANS#: 882300012 09-02-15

299320 QUICK-SET LITE 90 MIN 18        11.00
       11.58    DISCOUNT EACH          -0.58
654980 R30 FCD 16-IN X 48-IN BAT       50.16
       52.80    DISCOUNT EACH          -2.64
107204 LCC SYSTEM USE ONLY              0.00  N

                     SUBTOTAL:          61.16
                          TAX:           3.57
          INVOICE 01061  TOTAL:         64.83
                          LCC:          64.83

**TOTAL DISCOUNT:       3.22**
LCC:XXXXXXXXXXXXX0392 AMOUNT:64.83 AUTHCD:000348
SWIPED REFID:230015316901 09/02/15 17:40:15

STORE: 3169   TERMINAL: 01   09/02/15 17:40:35

**# OF ITEMS PURCHASED:       2**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: DANIEL CRAMER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

```
**********************************************************
*          YOUR OPINIONS COUNT!                          *
*       REGISTER FOR A CHANCE TO WIN A                    *
*         $5,000 LOWE'S GIFT CARD!                        *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA      *
*     TARJETA DE REGALO DE LOWE'S DE $5000!               *
*                                                         *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY      *
*       WITHIN ONE WEEK AT: www.lowes.com/survey          *
*          Y O U R   I D #  01061 3169 245                *
*                                                         *
*       NO PURCHASE NECESSARY TO ENTER OR WIN.            *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.    *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey       *
**********************************************************
```
STORE: 3169   TERMINAL: 01   09/02/15 17:40:35



LOWE'S HOME CENTERS, LLC
116 WEST TOWNSHIP LINE RD.
HAVERTOWN, PA 19083   (610) 536-6168

- SALE -
SALES#: S3169KH1 188337   TRANS#: 882300012 09-02-15

299320 QUICK-SET LITE 90 MIN 18        11.00
       11.58    DISCOUNT EACH          -0.58
654980 R30 FCD 16-IN X 48-IN BAT       50.16
       52.80    DISCOUNT EACH          -2.64
107204 LCC SYSTEM USE ONLY              0.00  N

                     SUBTOTAL:          61.16
                          TAX:           3.57
          INVOICE 01061  TOTAL:         64.83
                          LCC:          64.83

**TOTAL DISCOUNT:       3.22**
LCC:XXXXXXXXXXXXX0392 AMOUNT:64.83 AUTHCD:000348
SWIPED REFID:230015316901 09/02/15 17:40:15

Case ID: 150604314

**Invoice**

# STATE ROAD BUILDERS SUPPLY CO. INC.

### 1840 SOUTH STATE ROAD
UPPER DARBY, PA 19082-5418

www.stateroadsupply.com

610-259-8840
FAX 610-259-9801

**SHIP TO** CASH SALE

**SOLD TO** CASH SALES

## NET DUE 30 DAYS
## AFTER RECEIPT OF MATERIALS.

| TERMS | ORDER NO. | P.O. NUMBER | CUTOMER NUMBER | SHIPPING DATE | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| CASH | 616078 | | 00001 | 08/22/15 | 08/22/15 | 700091 |

| PRODUCT NO. | QUANTITY | DESCRIPTION | PRICE | UNITS | DISCOUNT | NET |
|---|---|---|---|---|---|---|
| 016008 | 2 PC | SHEETROCK 4X8X5/8"FS MOLD DEFENS LAFARGE-MD2 | | | 13.22 | 26.44 |

Tendered:                08/22/15        $28.03   (VISA #047510)

**IMPORTANT - PLEASE READ CAREFULLY**

1. Not responsible for damage when asked to drive beyond curb line.
2. Towing and/or damage to truck will be at customer's expense when caused by customer's request to maneuver truck into precarious position.
3. No claims for shortage, returns and/or breakage will be allowed if not noted on State Road Builders Supply's copy of delivery ticket.

X _____

| | | |
|---|---|---|
| Sub-Total | | 26.44 |
| Sales Tax | 6.000% | 1.59 |
| Shipping Charge | | |
| Total | | 28.03 |
| Deposits | | |
| Tendered | | 28.03- |
| Amount Due | | 0.00 |

| LIME | SAND | CEMENT | PLASTER | SHEETROCK | METAL STUDS |
|---|---|---|---|---|---|

Customer / Yard Copy

08/22/15  09:51:13  104  DS

Case ID: 150604314

Exhibit 96 deposition of Joseph Vagnozzi July 18, 2016

PAGES 6, YES, 27, YES, 28,29,30



*72216206*

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

— — —

| | | |
|---|---|---|
| DAVID HATCHIGIAN | : | NO. 150604314 |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| CARRIER CORPORATION | : | |
| | : | |
| And | : | |
| | : | |
| PEIRCE-PHELPS | : | |

— — —

      Deposition of JOSEPH VAGNOZZI, taken pursuant to notice at the law offices of Marshall, Dennehey, Warner, Coleman & Goggin, 620 Freedom Business Center, Suite 300, King of Prussia, Pennsylvania, beginning at 9:00 a.m., on Monday, July 18, 2016, before Diane Fontanot, a Registered Professional Reporter and Notary Public.

— — —

DiPIERO COURT REPORTING
Registered Professional Reporters
429 South 16th Street
Philadelphia, PA 19146
(215) 735-8101

JOSEPH VAGNOZZI

Page 2

```
1
2      APPEARANCES:
3
           DAVID HATCHIGIAN
4              2414 Township Line Road
               Havertown, PA 19083
5              (610) 446-7257
               David391@outlook.com
6              Counsel for Plaintiffs
       Pro Se
7
8

       MARSHALL, DENNEHEY, WARNER, COLEMAN &
9      GOGGIN
       BY:   KIMBERLY J. WOODIE, ESQUIRE
10             620 Freedom Business Center
               Suite 400
11             King of Prussia, PA 19406
               (610) 354-8258
12             Kjwoodie@mdwcg.com
       Counsel for Carrier Corporation
13
14
15     SCHWABENLAND & RYAN, P.C.
       BY:   JAMES F. RYAN, ESQUIRE
16             995 Old Eagle School Road
               Suite 306
17             Wayne, PA 19087
               (610) 971-9200
18             Jryan@sandrlaw.com
       Counsel for Peirce-Phelps
19
20
21
22
23
24
25
```

DiPIERO COURT REPORTING
(215) 735-8101

JOSEPH VAGNOZZI

Page 3

1                    I N D E X
2    WITNESS                              PAGE
3    JOSEPH VAGNOZZI
4        By Mr. Hatchigian...... 4
                        — - —
5
                    E X H I B I T S
6
     NUMBER        DESCRIPTION            PAGE
7
     P-1         E-Mails                  --
8
     P-2         E-Mails                  8
9
     P-3         E-Mails                  9
10
     P-4         Letter - May 9, 2016     10
11
     P-5         Letter - May 16, 2016    17
12
     P-6         Letter - May 23, 2016    18
13
     P-7         E-Mails                  19
14
     P-8         E-Mails                  19
15
     P-9         Document                 --
16
     P-10        E-Mails                  20
17
     P-11        E-Mails                  21
18
     P-12        E-Mails                  21
19
     P-13        E-Mails                  22
20
     P-14        E-Mails                  --
21
     P-15        E-Mails                  --
22
     P-16        Document                 --
23
     P-17        Document                 --
24
     P-18        Letter, E-Mail, Receipts  7
25

DiPIERO COURT REPORTING
(215) 735-8101

JOSEPH VAGNOZZI

Page 4

1          (It was agreed by and among

2      counsel for the respective parties that

3      signing, sealing, certification and

4      filing are hereby waived, and that all

5      objections, except as to the form of the

6      question, are reserved until the time of

7      trial.)

8                      - - -

9          (Documents pre-marked as

10     Exhibits P-1 through P-18 for

11     identification.)

12                     - - -

13         JOSEPH VAGNOZZI, having been

14     duly sworn, was examined and testified

15     as follows:

16                     - - -

17  BY MR. HATCHIGIAN:

18  Q.      Good morning.  This is David

19  Hatchigian versus Peirce-Phelps and Carrier

20  Corporation, Number 150604314, Philadelphia

21  Common Pleas Court.  I'm here today to depose

22  Mr. Joseph Vagnozzi.  According to the PA

23  Rules of Civil Procedure, once I file a

24  Complaint I'm entitled to do what is called

25  discovery.  So, I choose to ask you some

JOSEPH VAGNOZZI

Page 5

1    questions and, hopefully, you'll answer them.
2    Not necessarily am I going to use them in
3    court but I could.  If you don't want to
4    answer the question, I would have to be forced
5    to file a Motion to Compel to the Court and
6    then your attorney might respond and then the
7    judge will make a decision and either party
8    could then appeal that decision to Superior
9    Court.  Hopefully you'll just answer the
10   questions so we could move forward because I'm
11   entitled to ask you these questions as long as
12   they are pertaining to the case.  Is that
13   understood?
14              MS. WOODIE:  Objection.
15              MR. RYAN:  Objection.
16   BY MR. HATCHIGIAN:
17   Q.      It's the same thing that your counsel
18   explained to me and I felt compelled to
19   explain it to you.
20              MR. RYAN:  As long as his counsel
21         allows him to answer the question, he's
22         entitled to answer the question. If I
23         object for any reason, I'll object and
24         instruct him to answer or I may object
25         and instruct him not to answer if the

JOSEPH VAGNOZZI

Page 6

1      question is inappropriate for whatever

2      reason.  We'll see how it works.

3   BY MR. HATCHIGIAN:

4   Q.      I have an E-mail here that is dated

5   October 23rd up top here and on there it says

6   that it's an E-mail from me to you thanking

7   you for finding the leak in the condensing

8   unit and requesting optional air filter rack

9   and the part number.  Up top here that E-mail

10  is dated October 23, 2013, around 6:47 p.m.

11  Would you agree that that is what that E-mail

12  says?

13  **A.      Yes.**

14          MR. RYAN:  Before you go further,

15      if I could, Mr. Hatchigian, there is some

16      basic instructions I want Joe to

17      understand just as far as very basic

18      things.

19          If you don't know the answer to a

20      question or if you don't remember an

21      answer to a question, that's a perfectly

22      appropriate answer.  If you don't hear

23      him, you can ask him to speak up.  If you

24      don't understand a question, you can ask

25      him to repeat it.  If you want to take a

JOSEPH VAGNOZZI

Page 7

1     break for any reason, you are free to do
2     that. Please keep your voice up and try
3     not to speak when he's speaking.  He'll
4     try not to speak when you're speaking.
5     That is all so the court reporter can
6     take everything down.  She can't take
7     down two voices at once.  I'll tell you
8     both to do that.
9          MR. HATCHIGIAN:  Thank you.
10    Also, I would like to offer this into
11    evidence.  It was marked as Exhibit P-18.
12    There was a mutual agreement that
13    discovery had ended June 30th and it was
14    mutually agreed upon that the discovery
15    would continue until July 12th and then
16    it was extended until today, the 18th.
17          MR. RYAN:  Yes.  It was already
18    put on the record.  That's fine.
19          MR. HATCHIGIAN: I have to do that
20    because the Court had stopped my
21    discovery June 30th but it was agreed to
22    be extended.
23          MR. RYAN:  We already put that on
24    the record at the last deposition.
25  BY MR. HATCHIGIAN:

JOSEPH VAGNOZZI

Page 8

1    Q.      Moving on then to the next page there,

2    and this won't take long, I'll get you out of

3    here quickly.  Looking at P-2, there's a

4    February 24th E-mail from Hatchigian to Joe

5    Vagnozzi.

6                MR. RYAN:  Off the record.

7                        - - -

8                (Discussion held off the

9         record.)

10                       - - -

11   BY MR. HATCHIGIAN:

12   Q.      P-2 is a February 24th E-mail to

13   Joseph.  Is that okay if I call you Joseph?

14   A.      **That's fine.**

15   Q.      So, here you are confirming that you

16   do not handle parts and you are unable to

17   provide one personally and you will see me

18   Friday.

19            So, is that a true and correct

20   statement?  Do you recall receiving this

21   E-mail?

22   A.      **Yes.**

23   Q.      Thank you.

24   A.      **I don't work for parts directly.**

25   **That's what I'm telling you.**

JOSEPH VAGNOZZI

Page 9

1   Q.      Now, I'll call your attention to P-3,

2   February 20th, Hatchigian to Joe and the

3   response is, "It looks like we sealed around

4   the screws in the return section during our

5   last visit with silicone.  See attached

6   picture for location of leak we identified."

7           Is that a true and correct

8   statement?

9   **A.      Yes, I looked through my report from**

10  **2013 and, yes, that's what we did back then.**

11  Q.      It says here, "See attached picture

12  for location of leak".  I don't believe I have

13  received them.  Would you still have them?

14  **A.      I probably do.  They were attached to**

15  **my report.  So, I just pulled them from there.**

16  **Yes, they're around.**

17  Q.      Do you think I can get them or you can

18  give them to your attorney?

19  **A.      They have a copy but we'll see what**

20  **happens.**

21          MR. HATCHIGIAN:  One other thing.

22      The last time I was here, Ms. Woodie, you

23      asked me who the contractor was that

24      installed the other HVAC system.

25          MS. WOODIE:  The Lennox.

JOSEPH VAGNOZZI

Page 10

1          MR. HATCHIGIAN:  I looked it up.
2     It was a guy named O'Brien.  That was the
3     name.
4          MS. WOODIE:  The company was
5     O'Brien?
6          MR. HATCHIGIAN:  Yes.  I don't
7     know what you're going to do but you
8     asked me for it.  My wife found it.
9     There was something else you asked me
10    for, too, but I can't recall what that
11    was.
12 BY MR. HATCHIGIAN:
13 Q.     P-4 is a letter that I wrote dated May
14 9, 2016.
15          MS. WOODIE:  Mine is May 9, 2016
16    to Carrier.
17          MR. HATCHIGIAN:  Yes.
18          THE WITNESS:  Here is the E-mail
19    on my phone that I sent and here's the
20    pictures (Indicating).
21 BY MR. HATCHIGIAN:
22 Q.     Can you E-mail them to me?
23 A.     **Absolutely.**
24          MR. RYAN:  What are you E-mailing
25    to him?

DiPIERO COURT REPORTING
(215) 735-8101

JOSEPH VAGNOZZI

Page 11

1          THE WITNESS:  My original E-mail

2      from February 20, 2015 with pictures.

3          MR. RYAN:  I'll E-mail them to

4      you.

5          MR. HATCHIGIAN:  Yes.

6   BY MR. HATCHIGIAN:

7   Q.       I wanted to show you this.  This was

8   part of the original Complaint, my exhibit

9   here, 28. It's just a copy of Carrier's Guide

10  to Operating and Maintaining your

11  Single-Packaged Electric Cooling Unit and

12  that's a guide that Carrier had given me

13  telling me what to do with the air filters.

14          My question to you is, when you came

15  there back in 2013 and we opened up the unit,

16  did you visually see a filter there?

17  **A.       Yes.  The filter was laying on the**

18  **evaporator.  We had a conversation about that.**

19  Q.       I would ask you to go to Exhibit 29

20  over here.

21          MR. RYAN:  Just for the record,

22      because you are referencing different

23      exhibit numbers, when you say Exhibit 29,

24      that's in the packet that you used

25      originally attached to the Complaint, not

JOSEPH VAGNOZZI

Page 12

1    in the packet that you presented today?

2            MR. HATCHIGIAN:  That's correct.

3            MR. RYAN:  Just for clarification

4    because we're going to go back and read

5    this thing and see all of these numbers.

6            MR. HATCHIGIAN:  I agree.  I'm

7    addressing them as exhibits with a number

8    which is all part of the original

9    Complaint and today I have a package of

10   17 exhibits and I have labeled them P-1

11   to P-17.  So, if it's P, it's here today,

12   it's new, and the other exhibits that I'm

13   citing today will be numbers exceeding 28

14   which is part of the original Complaint.

15   BY MR. HATCHIGIAN:

16   Q.      So, getting to Exhibit 29 which is

17   part of the original Complaint, would you

18   agree that that picture does or does not

19   resemble the roof top unit that you saw at

20   7512 Brentwood Road?

21           MR. RYAN:  Why don't you identify

22   what that packet is?

23   BY MR. HATCHIGIAN:

24   Q.      This is from Carrier's instruction

25   manual?

JOSEPH VAGNOZZI

Page 13

1   **A.        A Guide to Operating and Maintaining**

2   **your Single-Packaged Electric Cooling Unit.**

3   Q.        So, would you say that does resemble

4   the unit that is on the roof?

5   **A.        Yes.**

6   Q.        The number that we have, is it the 50

7   GL?  That's what you referenced that Carrier

8   condensing unit to be, Part Number 50 GL?

9   **A.        Yes, I see here 50GL-024-321.**

10   Q.        What size filter is Carrier saying

11   that that unit calls for according to

12   50GL-024-321?

13   **A.        It says 20 by 20 by 1.**

14   Q.        I will call your attention to Exhibit

15   38 which is part of the original Complaint.

16   Number 10, top left hand corner says, "All

17   units must have field-supplied filters or

18   accessory filter rack installed in the

19   return-air-side of the unit. Recommended sizes

20   for filters are shown in Table 1."

21              Is that a correct and true statement

22   of what that manual says?

23              MS. WOODIE:  I'm going to need a

24        copy so I can follow along.

25              MR. HATCHIGIAN:  It should be in

JOSEPH VAGNOZZI

Page 14

1      the Complaint.

2              Ms. WOODIE:  I didn't bring that

3      down with me.  I do have 38.  Where were

4      you referencing?

5              MR. RYAN:  Paragraph 10 at the

6      top line.  Your question is, does Number

7      10 say what you say it says?

8              MR. HATCHIGIAN:  Yes.

9   A.       **Yes.  I can read it too, yes.**

10  Q.       So, it's clear then that there was a

11  filter there when you viewed the unit back in

12  2013 supplied and installed by me and it's

13  clear then that the manufacturer does not send

14  that unit with a filter rack but offers it as

15  an accessory?

16              MS. WOODIE:  Objection.

17              MR. RYAN:  Object to the form but

18      you can answer.

19  A.       **An accessory filter rack, correct,**

20  **just like it says.  It has an accessory filter**

21  **rack.**

22  Q.       It does?

23  A.       **I'm confused.  It says what it says.**

24  **It says that you must have field supplied**

25  **filters or an accessory filter rack installed**

JOSEPH VAGNOZZI

Page 15

1   in the return-air-side of the unit.

2   Q.        When you were there did you see a

3   filter?

4   A.        You had a filter.  It was laying on

5   your coil which is why we had a problem with

6   it.  We had a conversation and by what it says

7   here, the accessory filter rack needs to be

8   installed in the return-air-side of the unit.

9   It just cannot be touching it.  That is the

10  conversation that we had.

11  Q.        I will call your attention to P-4

12  which is my letter dated May 9, 2016 to the

13  Carrier Corporation and the letter reads, "I

14  am trying to obtain the part number for the

15  optional filter rack for the above unit.  I

16  have contacted Peirce-Phelps in Philadelphia

17  and they were unable to locate the part

18  number.  Can you please supply me with the

19  number for the 20 by 20 filter rack?  Any

20  questions please call or E-mail."

21           I would actually like to correct

22  that letter.  It was the Peirce-Phelps in

23  Lawrence Park, Delaware County, not in

24  Philadelphia.  That's where I had contacted.

25           So, my question to you is, does that

JOSEPH VAGNOZZI

Page 16

1    appear to be a letter from me to

2    Peirce-Phelps?

3    **A.       I don't know.   It appears like it's**

4    **going to Carrier.**

5                     MR. RYAN:  Are you asking Joe to

6            testify that this letter is what it says

7            it is?  This is a letter from you to

8            Carrier.

9                     MR. HATCHIGIAN:  Yes.

10                    MR. RYAN:  That's fine.  You

11           don't have to ask these types of

12           questions.

13                    MR. HATCHIGIAN:  I have a reason

14           for asking the question.

15                    MR. RYAN:  He can't authenticate

16           a letter that you did that wasn't to him.

17           He's just acknowledging what you're

18           telling him it is.

19                    MR. HATCHIGIAN:  I'm asking him

20           to acknowledge whether the letter I am

21           producing to him now that is in front of

22           him now is a letter by me to the Carrier

23           Corporation.

24                    MR. RYAN:  To save time we'll

25           acknowledge that everything in this

JOSEPH VAGNOZZI

Page 17

1          packet says what it says it says.

2                    MR. HATCHIGIAN:  Okay.

3                    MR. RYAN:  We're not testifying

4          as to the accuracy of it.  We're just

5          saying that it is what it is.  I have no

6          objection to that.

7      BY MR. HATCHIGIAN:

8      Q.        My next exhibit is P-5, a letter dated

9      May 16th from the Carrier Corporation.

10                   MR. HATCHIGIAN:  By the way, I

11         tried to go through this at the

12         arbitration but they stopped me.  Correct

13         me if I'm wrong because you would be the

14         expert in the law but I have the legal

15         right to ask him these questions.

16         Although you may not feel they're

17         important, I have a reason for it.

18                   MR. RYAN:  I'm trying to make

19         this easier for everybody by saying, if

20         you're asking him to say that these

21         documents say what they say, yes, they

22         say what they say.  That's fine.  That's

23         all.  I'm not stopping you.  I'm trying

24         to be of help.

25     BY MR. HATCHIGIAN:

JOSEPH VAGNOZZI

Page 18

1  Q.      There's a letter here from Carrier

2  dated May 16th to me, David Hatchigian. "Our

3  office, being the residential call center for

4  customer relations, does not have direct

5  access to a part catalog.  Your local

6  distributor will be in the best position to

7  assist you with the part information.  Peirce

8  Phelps is the local distributor in your area

9  who has direct access to a factory

10 representative that they can contact if they

11 need assistance regarding your request.  If

12 you wish to talk with a Customer Service

13 Representative, you may call us toll free

14 at..."  and the number.

15            Does that appear to be true and

16 correct?

17            MR. RYAN:  He can testify again

18    that the letter says what it says.  He

19    can't testify as to the anything else.

20    You can ask him that question.

21 BY MR. HATCHIGIAN:

22 Q.      Then I'll call your attention to P-6.

23 There's a letter here from Hatchigian to

24 Peirce-Phelps, May 23rd, stating, "I am trying

25 to obtain the part number for the optional

JOSEPH VAGNOZZI

Page 19

1    filter rack for the above unit.  Can you

2    please supply me with the number for the 20 by

3    20 filter rack.  Any questions please call or

4    E-mail."  Do you see that letter?

5    **A.**       **I do.**

6    Q.       P-7 is an E-mail.  Does that appear to

7    be an E-mail that's manufactured by

8    Peirce-Phelps?

9                   MR. RYAN:  I will object to the

10         term manufactured.  Does it appear to be

11         an E-mail that came from Jessica Smith at

12         Peirce-Phelps?

13                   THE WITNESS:  Yes.

14   BY MR. HATCHIGIAN:

15   Q.       On the bottom of the Peirce-Phelps

16   logo it says, "Succeeding By Helping Our

17   Customers Succeed."  Is that what that says?

18   I can't make it out.

19   **A.**       **Yes, it does.**

20   Q.       It seems that Mrs. Smith has responded

21   to my letter and is supplying me with a part

22   number here that appears to be CPFILTRK007A00.

23   Does that appear to be true and correct?

24   **A.**       **That's what it says.**

25   Q.       P-8 is another E-mail back to Mrs.

JOSEPH VAGNOZZI

Page 20

1    Smith that says, "Hello, Jessica.  Thank you
2    for supplying me with the part number for the
3    filter rack.  Please be advised that my filter
4    measures 19 inches and the filter rack
5    measures 23.  Any suggestions?"  And there
6    were pictures of this filter rack going to
7    her.  Does that appear to be what is in front
8    of you?
9    **A.        I see the words.  You have nine**
10   **attachments.  I don't see any pictures.**
11   Q.        What I'm saying here is, is this an
12   E-mail from me to Jessica Smith saying what I
13   just repeated?
14   **A.        It says what you read, yes.**
15              MR. RYAN:  Just to keep the date,
16       it's June 6, 2016.
17   BY MR. HATCHIGIAN:
18   Q.        I call your attention to P-10.  This
19   is an E-mail back from me to Jessica saying,
20   "The filter fits into the rack 20 by 12.  The
21   rack is 23 inches long and will not fit into
22   the unit.  See pictures I sent.  David."
23              Does that E-mail represent what I
24   just read to you?
25   **A.        Yes.**

JOSEPH VAGNOZZI

Page 21

1    Q.      P-11.  Mrs. Smith apparently attempted
2    to send me a drawing or a diagram and I
3    responded back to her on June 8th saying, "I
4    am not getting the complete drawing.  I am
5    only getting half image."
6           Does that E-mail appear to say that?
7    **A.      Yes.**
8    Q.      I would call your attention to Number
9    10 of the Complaint.
10          MS. WOODIE:  That's the same
11     thing you have as P-1, isn't it?  Maybe
12     not. No, it's not.
13          MR. RYAN:  It's P-3.
14   BY MR. HATCHIGIAN:
15   Q.      I want to move you to Exhibit 11.  It
16   looks like it's dated February 27th.  It's an
17   E-mail from the original Complaint here.
18          MS. WOODIE:  And that is your P-2
19     today.
20   BY MR. HATCHIGIAN:
21   Q.      Go to P-12, an E-mail to Jessica.  It
22   says, "The filter fits into the rack 20 by 12.
23   The rack is 23 inches long and will not fit
24   into the unit.  See pictures I sent."  Is that
25   true and correct?

JOSEPH VAGNOZZI

Page 22

1    **A.**        **That's what it says.**

2    Q.        P-13, my E-mail to Jessica. It's a

3    second request here. "I am not getting the

4    complete drawing, I am only getting half

5    image." It says "Second Send June 27". Is

6    that true and correct?

7    **A.**        **That's what it says.**

8    Q.        I have some pictures to show you to

9    confirm.

10              MR. HATCHIGIAN:  I sent these

11       pictures to you.

12              MS. WOODIE:  I had them printed

13       out.

14              MR. HATCHIGIAN:  I'm just trying

15       to identify this as picture Number 8, if

16       you're agreeable.  I'm presenting this

17       picture to be Number 8.

18              MS. WOODIE:  Sure.

19              MR. RYAN:  Yes.

20   BY MR. HATCHIGIAN:

21   Q.        Does Picture Number 8 indicate there,

22   as far as you can see, that the filter is

23   21 inches by that ruler?

24   **A.**        **21 and some change, sure, from what I**

25   **can see.**

JOSEPH VAGNOZZI

Page 23

1           MR. RYAN:  Again, you're asking

2      him to describe what he sees in the

3      photograph?

4           MR. HATCHIGIAN: Right.

5           THE WITNESS:  I'm sorry.  Did you

6      miss my answer?  I said, yes, it looks

7      like a little bit more than 21 from what

8      I can see.

9  BY MR. HATCHIGIAN:

10  Q.      Calling your attention to Picture

11  Number 11, does that appear to be 23 inches?

12          MR. RYAN:  Can you identify what

13     it is we're looking at?  Joe may know.

14          MR. HATCHIGIAN:  This is what I'm

15     showing him (Indicating).

16          MR. RYAN:  What is that though?

17          MR. HATCHIGIAN:  That's the

18     bracket that they sent me.  I have it

19     here.  I'm going to give it to him to

20     confirm that before we're done.

21          MR. RYAN:  What is your question?

22  BY MR. HATCHIGIAN:

23  Q.      My question is, does that bracket

24  appear to be 23 inches from the picture that

25  I'm showing you?

JOSEPH VAGNOZZI

Page 24

1    A.        **From the picture it does appear to be.**

2          MR. RYAN:  I'm not suggesting

3    it's not 23 inches but we don't see the

4    whole thing.  We just see the number 23.

5          MS. WOODIE:  You have it here?

6          MR. HATCHIGIAN:  I'm just asking

7    him to answer the question.

8          MR. RYAN:  Again, as I said

9    earlier, we're willing to stipulate that

10   whatever you give him says what it says.

11   BY MR. HATCHIGIAN:

12   Q.        Do you want to stipulate that that

13   ruler shows 23 inches?

14   A.        **This picture shows 23, yes.**

15          MR. RYAN:  To identify the

16   picture, it was taken June 4, 2016.

17   BY MR. HATCHIGIAN:

18   Q.        Can you read that part number on

19   picture 13?

20   A.        **99080302 and you have another one,**

21   **99080262.  I can't say I know what they are but**

22   **that's what it says.**

23          MR. RYAN:  Again, that picture

24   was taken June 4, 2016.

25   BY MR. HATCHIGIAN:

JOSEPH VAGNOZZI

Page 25

1   Q.      I have here this filter rack that they

2   sent me and this is the bracket they sent me

3   and here's the tape measure.  I would ask if

4   you would confirm the measurement of that.

5                   MR. RYAN:  You want him to

6           measure it for you?

7                   MR. HATCHIGIAN:  Yes.

8                   MR. RYAN:  Again, just so the

9           record is clear again, could you identify

10          what it is that he's measuring?

11                  MR. HATCHIGIAN:  Yes.  This is

12          the optional filter rack that

13          Peirce-Phelps sent me claiming that it's

14          supposed to fit this unit here which I

15          have on the table with a ruler.

16   BY MR. HATCHIGIAN:

17   Q.      If you wouldn't mind measuring that to

18   confirm and give us the measurement?

19                  MR. RYAN:  That was received by

20          you, I assume, in June of 2016?

21                  MR. HATCHIGIAN:  Correct.

22                  MR. RYAN:  Joe, you can measure

23          it if you'd like.

24                  THE WITNESS:  Yes, it's about 23

25          inches.

DiPIERO COURT REPORTING
(215) 735-8101

JOSEPH VAGNOZZI

Page 26

1  BY MR. HATCHIGIAN:

2  Q.        Would you measure the filter that they

3  sent me here?

4  **A.        A little short of 20 inches.**

5  Q.        What is it?

6  **A.        A little shy of 20 inches.**

7  Q.        By what?

8  **A.        I only measured one end.  By 12.**

9  Q.        20 by 12?

10  **A.        Yes.**

11  Q.        For the record, would you read off the

12  number on the box that I'm holding in my hand

13  that I received from Peirce-Phelps?

14  **A.        CPFILTRK007A00.  I can't confirm it's**

15  **the right part.**

16  Q.        I'm going to hand you the notes of

17  testimony from the arbitration.  Here you go

18  (Indicating).  I'm going to ask you to take a

19  look at Page 47.  Your response to my question

20  was on Lines 8 to 22.

21  **A.        What am I supposed to do?**

22          MR. RYAN:  What's the question?

23  BY MR. HATCHIGIAN:

24  Q.        My question is, it says here, "The

25  filter was lying directly on the coil, which

JOSEPH VAGNOZZI

Page 27

1  gets wet.  There was signs of water in the
2  past on that filter.  That was mentioned to
3  you in 2013 when we were there.  The other
4  thing was, when you come out for your drain
5  you're supposed to have a trap when you leave.
6  You don't have a trap.  You have an open T,
7  which is a possibility that we can bring water
8  back into the unit and not allow it to drain.
9  Those things were found, noted and explained
10 to you.  The reason that we didn't go crazy
11 during that time period is because in
12 September it was cold up there if you
13 remember."
14          That was a statement that you made
15 then.  Is that true and correct?
16 **A.      That's what I said, yes.**
17 Q.      I would call your attention to Page
18 55.  On page 55, Lines 1 to 6, it says, "So I
19 believe we were literally standing there
20 shooting at the side of the unit right at
21 those screws and then we did see a couple
22 droplets come into there."
23          Is that a true and correct statement
24 you made at that time?
25 **A.      Yes.**

JOSEPH VAGNOZZI

Page 28

1    Q.       Page 57, the whole page.

2              MR. RYAN:  Do you want him to

3       read it?

4              MR. HATCHIGIAN:  I'll read it to

5       him.

6    BY MR. HATCHIGIAN:

7    Q.       The page says, "But, I did see

8    evidence of I guess that's calcium.  When you

9    have water that evaporates, you have the

10   minerals that stay.  I did a couple traces of

11   this white originating from the screw holes

12   that could have possibly found its way down

13   inside of that ductwork as a possible cause.

14   So when we started spraying water directly on

15   those rain holes I did see a couple drops of

16   water come in.  It was the only evidence of

17   water at that time during that visit.  So what

18   we decided to do is, we went and sealed those

19   around the screws.  We sealed around those

20   screws, we let it dry.  We went around again

21   with the garden hose and sprayed everything on

22   that unit, sides, tops, bottoms, everything

23   and no longer saw any other drops of water

24   entering into that unit.  That's what I found

25   in 2013."

JOSEPH VAGNOZZI

Page 29

1            Is that a correct and true statement

2     at the time?

3     A.        **A little bit of the words from when**

4     **the guy had typed it down don't quite sound the**

5     **way I would say it but the gist of it is true,**

6     **yes.**

7     Q.        Page 59, Lines 3 to 8 there.  It says,

8     "In the return, yes, you have negative

9     pressure there.  Question:  Okay.  And is this

10    a reason that would draw water in if there was

11    a leak?  Answer:  I said there's a potential

12    of that, yes."

13            Is that a true and correct statement

14    you made at the time?

15    A.        **Yes.**

16    Q.        Line 15, "Okay.  Now, if the blower

17    motor is working and it's creating negative

18    pressure and that trap is six inches from the

19    drain pan, would then the blower motor want to

20    suck that water back into the unit?  Answer:

21    No."

22            MR. RYAN:  It's a longer answer

23    that than that.  You just said no.

24    There's a longer answer.

25            MR. HATCHIGIAN:  I know.

JOSEPH VAGNOZZI

Page 30

1    A.        If I continue to read it, the entire

2    thing, then I would say that that's what I

3    said, yes.

4    Q.        Page 60, Lines 2 and 3, "You can't

5    pull it back because as you start pulling it's

6    just going to drain out."

7    A.        Yes.

8    Q.        Line 10, "Okay.  Now, I thought it was

9    your testimony that because there was no trap

10   there that the blower motor was pulling water

11   back in.  Answer:  No.  I said, 'You're the

12   installer and this needs to be fixed'".

13             That's a true and correct statement

14   at the time?

15   A.        Yes.

16   Q.        Page 61, Lines 5, "Answer:  Yes.  I

17   said, 'It's wrong and you need to fix it.'  I

18   did not say it had anything to do with your

19   leak today.  I said, 'It's something that

20   needs to be corrected.'  Question:  But, did

21   you say that the fact that it did not have a

22   trap was possibly the reason that it was

23   causing the leak?  Answer:  No.  Question:

24   Okay.  So the trap has nothing to do with the

25   leak?  Answer:  The fact that it was cold out

JOSEPH VAGNOZZI

Page 31

1  and you were not running in air-conditioning I

2  agree.  I do not believe that's part of your

3  problem.  That is why I mentioned it to you

4  because you were the installer and servicer

5  and it needs to be corrected because it's not

6  correct, but I did not feel during that visit

7  that it had anything to do with why we were

8  there that day.'"

9  **A.        That's what it says because you told**

10  **me the unit was not running at the time.**

11  **That's what I based those answers on. .**

12  Q.        Page 64, Line 21 to 25.  It says,

13  "Okay.  In your E-mail to me dated February

14  27, 2015, did you say, I will see you on

15  Friday.  Hopefully it will be warm enough to

16  use a hose like the last time to identify the

17  leak again."

18              Is that a true and correct statement

19  you made at the time?

20              MR. RYAN:  No.  You said it.

21      That was a question you asked of him.

22  BY MR. HATCHIGIAN:

23  Q.        And your answer on Page 65 is, "Yup"?

24  **A.        Yes.  That was based on your E-mail**

25  **that you stated that we fixed it.**

JOSEPH VAGNOZZI

Page 32

1   Q.      On Page 67 it says here, Line 8, "See
2   attached pictures for location of leak we
3   identified." And you said you were going to
4   send those to your attorney. "Answer:  Okay.
5   Question:  Does that appear to be a true and
6   correct statement that you're verifying that
7   you did in fact find a leak?  Answer:  I was
8   absolutely referring to the water that we saw
9   around those screws and the work that we did
10  to seal it, absolutely.  Question:  So in your
11  opinion you felt that you did in fact find the
12  leak?  Answer:  I found something.  We found
13  something and we sealed that.  The question
14  still relied on the day on the roof by
15  yourself and me.  Could what we found and
16  corrected possibly cause what you're dealing
17  with?  We were unsure."
18          Going to Page 68, "When you
19  responded a month later and said, 'Hey,
20  everything's good.'  I assumed I guess it did
21  happen.  So yes, I am referring to what we
22  found.  It was the only evidence of any water
23  anywhere in the piece of equipment, that is
24  what I'm referring to."
25          Is that a true and correct statement

JOSEPH VAGNOZZI

Page 33

1  at that time?

2  **A.      Again, some of the wording sounds a**

3  **little odd but the general gist, yes, that's**

4  **what I said.**

5  Q.      One other question I've got for you.

6  Do you recall when we were up on the roof in

7  2013 we opened up that compartment and you and

8  I had visually saw what that picture is?

9  **A.      Which one?  The one on the bottom?**

10  Q.      Yes.

11  **A.      I can't say I remember that, no.   I**

12  **don't remember spending much time in that**

13  **direction because --**

14  Q.      In your notes of testimony you refer

15  to the white stuff as being calcium?

16  **A.      Yes.**

17  Q.      Is that your interpretation today,

18  that based on your experience that would be

19  calcium?

20  **A.      Yes.**

21  Q.      What would be your training or

22  background as a Carrier rep or a

23  Peirce-Phelps' rep?

24           MS. WOODIE:  Objection to the

25      form.   Go ahead.

JOSEPH VAGNOZZI

Page 34

1    **A.**    **I don't even understand the question.**

2          MR. RYAN:  I don't know what

3    you're asking.

4          MR. HATCHIGIAN: I contacted

5    Carrier and Carrier told me that you have

6    to contact the supply house which I did

7    and the supply house which is

8    Peirce-Phelps, they sent me Mr. Joe

9    Vagnozzi.  So, my question is, if Carrier

10    told me to contact Peirce-Phelps and then

11    sent out Mr. Vagnozzi to analyze what the

12    problem is here, I'm asking him what his

13    training is based in this field.

14          MR. RYAN:  Okay.  Field of this

15    particular unit?

16          MR. HATCHIGIAN:  In HVAC.  I

17    don't know what the answer is to the

18    question.  That's why I'm asking what

19    training he has in that Carrier has

20    recommended that I contact Peirce-Phelps

21    and they sent Joe out to analyze the

22    problem.

23    BY MR. HATCHIGIAN:

24    Q.    What training would you have for this?

25    **A.**    **I've been doing it for 16 years. I've**

JOSEPH VAGNOZZI

Page 35

1   been factory trained through Carrier through

2   their university.  I attend training twice a

3   year for updates from the engineers about what

4   is going on. I also attend many classes

5   throughout the years for HVAC in general.  I

6   don't know what else you're really looking for.

7   Q.        Okay.  When you were up there on the

8   roof in 2013 and 2015, did you have any reason

9   to believe that there was not a gasket on top

10  of that curb?

11  A.        I don't believe so.  It came up in

12  conversation while we were together but I

13  believe we saw that gasket.  I don't think that

14  was something that we were concerned about at

15  the time.

16  Q.        I don't remember.  Do you recall us or

17  me sealing that curb again while we were there

18  just to be sure?  Do you recall that?

19  A.        In 2015 when we didn't see any

20  evidence of water in the system, we were both

21  there together and, yes, I believe that we

22  ended up doing it because we were already on

23  the roof and better safe than sorry.

24  Q.        Right and do you recall me asking you

25  if you had this problem before with anybody

JOSEPH VAGNOZZI

Page 36

1  else and could you call up?  Do you recall

2  that?

3  A.      I contacted the engineer at the time.

4  Q.      On the roof from your cell phone?

5  A.      That's correct, and he did not have

6  any evidence or anything on that one.  He did

7  mention that on older models the type of

8  sealant that they had on the gasket over time

9  might be able to bring some moisture in,

10  although he stated that your unit didn't have

11  that style, you had the newer version in which

12  there were no complaints and I believe after

13  that statement, even though we were told it

14  wasn't ours, that I believe is why we decided

15  to seal just in case but we didn't have any

16  evidence at the time that it was needed.

17  Q.      In 2015, the second time you were

18  there, we went into the second floor apartment

19  there and in the kitchen there.  So, after I

20  got done re-doing the ceiling in 2013 I put

21  the turkey pan up there but in 2015 when you

22  returned the second time to verify the damage,

23  do you recall seeing the turkey pan in the

24  rafters?

25  A.      No. Your ceiling was all sealed up.

JOSEPH VAGNOZZI

Page 37

1   You didn't have it open.  We were unable to

2   look from beneath up like we were in 2013 to

3   identify a source of the leak.

4   Q.      So, you're saying in 2015 when you

5   were there, you don't recall seeing the

6   ceiling open?

7   A.      Correct, your ceiling was not open.

8   It was too cold to use a hose to attempt to

9   recreate the situation because I believe the

10  complaint came that it only happened when it

11  rained I think.  That is how we started with

12  the garden hose.  It was too cold to use a

13  garden hose.  We couldn't see upstairs.  We

14  took the pan and didn't see anything wet

15  inside.  We have had a conversation with the

16  engineer.  We said we would seal the gasket.

17  You brought me downstairs.  We looked up and

18  all I could see is a water stain.  It was not

19  open.  I stated to you at the end of that that

20  there is no evidence of it happening from the

21  unit and since you are the servicer and

22  installer, I suggested that you open it up and

23  continue to investigate.

24  Q.      There were pictures that I had

25  submitted of the second go-around and I had a

JOSEPH VAGNOZZI

Page 38

1    remediation company remove the ceiling and I
2    had submitted those pictures here to Carrier
3    and Peirce-Phelps indicating the damage that
4    was in the ceiling and I'm sure were you there
5    then when I had opened up that ceiling and
6    it's your testimony here today that you do not
7    recall that it was --
8              MS. WOODIE:  It's there but it's
9         2013.
10             MR. HATCHIGIAN:  I'm talking
11        about the pictures from inside of the
12        apartment.  I think it was Elite.  It was
13        a folder I gave you with colored pictures
14        indicating the damage in the ceiling and
15        indicating the mold.
16             MS. WOODIE:  No, I didn't get
17        colored pictures.  This is what you
18        E-mailed.  This is Joe in 2013 in the
19        ceiling and  these are all of the things
20        that you E-mailed us which I printed out
21        in black and white attached to the
22        Complaint (Indicating).
23             MR. RYAN:  Just so I understand,
24        you're trying to say that in February of
25        2015 when Joe was there, you think the

JOSEPH VAGNOZZI

Page 39

1      ceiling was open?

2              MR. HATCHIGIAN:  Here it is.

3      It's part of the Complaint (Indicating).

4              MS. WOODIE:  We have black and

5      whites and they're not good.  They come

6      through the court system, so they're even

7      more blurry because of the filing process

8      and the internet.

9              MR. RYAN:  What page are you on?

10             MR. HATCHIGIAN:  This is

11     Exhibit 87 from the original Complaint.

12     BY MR. HATCHIGIAN:

13     Q.      Does that appear to be a picture of

14     the ceiling there at 7512 Brentwood Road?

15     A.      I don't know.

16             MR. RYAN:  This is dated July of

17     2014. I don't know how you expect him to

18             --

19     A.      I don't know. It's a ceiling.  I don't

20     know.

21             MR. HATCHIGIAN: These pictures

22     were part of the original Complaint and I

23     just want to enter into the notes here my

24     original Complaint and my Exhibits from 1

25     to 92.

JOSEPH VAGNOZZI

Page 40

1          MS. WOODIE:  Sooner or later
2   we're going to need a colored copy of
3   that because we don't have any clarity.
4          MR. HATCHIGIAN:  I thought at the
5   arbitration hearing I gave you and Mr.
6   Ryan a black binded folder with colored
7   pictures from Elite.
8          MS. WOODIE:  I think you gave it
9   to the arbitrators, the arbitration
10  panel.
11         MR. HATCHIGIAN:  I thought for
12  sure I brought three of them.
13         MS. WOODIE:  There's three
14  arbitrators.
15         MR. HATCHIGIAN:  I'll get you
16  another one.
17         MS. WOODIE:  We don't need
18  anything but the photographs in color.
19         MR. HATCHIGIAN:  Okay. That's it.
20  Thank you.
21                    - - -
22         (Deposition concluded at 10:10
23    a.m.)
24                    - - -
25

JOSEPH VAGNOZZI

Page 41

1                C E R T I F I C A T I O N

2

3              I hereby certify that the

4    proceedings, evidence and objections noted are

5    contained fully and accurately in the notes

6    taken by me on the hearing of this matter, and

7    that this copy is a correct transcript of the

8    same.

9

10

11                    _____

                      DIANE FONTANOT
12                    Registered Professional
                      Reporter and Notary Public
13

14

15              (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means unless

18   under the direct control and/or supervision of

19   the certifying reporter.)

20

21

22

23

24

25

JOSEPH VAGNOZZI

Page 42

**A**

able 36:9
absolutely 10:23
  32:8,10
access 18:5,9
accessory 13:18
  14:15,19,20,25
  15:7
accuracy 17:4
accurately 41:5
acknowledge
  16:20,25
acknowledging
  16:17
addressing 12:7
advised 20:3
agree 6:11 12:6,18
  31:2
agreeable 22:16
agreed 4:1 7:14,21
agreement 7:12
ahead 33:25
air 6:8 11:13
air-conditioning
  31:1
allow 27:8
allows 5:21
analyze 34:11,21
and/or 41:18
answer 5:1,4,9,21
  5:22,24,25 6:19
  6:21,22 14:18
  23:6 24:7 29:11
  29:20,22,24
  30:11,16,23,25
  31:23 32:4,7,12
  34:17
answers 31:11
anybody 35:25
apartment 36:18
  38:12
apparently 21:1
appeal 5:8
appear 16:1 18:15

19:6,10,23 20:7
  21:6 23:11,24
  24:1 32:5 39:13
**APPEARANCES**
  2:2
appears 16:3 19:22
apply 41:16
appropriate 6:22
arbitration 17:12
  26:17 40:5,9
arbitrators 40:9
  40:14
area 18:8
asked 9:23 10:8,9
  31:21
asking 16:5,14,19
  17:20 23:1 24:6
  34:3,12,18 35:24
assist 18:7
assistance 18:11
assume 25:20
assumed 32:20
attached 9:5,11,14
  11:25 32:2 38:21
attachments 20:10
attempt 37:8
attempted 21:1
attend 35:2,4
attention 9:1 13:14
  15:11 18:22
  20:18 21:8 23:10
  27:17
attorney 5:6 9:18
  32:4
authenticate 16:15
a.m 1:16 40:23

**B**

B 3:5
back 9:10 11:15
  12:4 14:11 19:25
  20:19 21:3 27:8
  29:20 30:5,11
background 33:22

based 31:11,24
  33:18 34:13
basic 6:16,17
beginning 1:16
believe 9:12 27:19
  31:2 35:9,11,13
  35:21 36:12,14
  37:9
beneath 37:2
best 18:6
better 35:23
binded 40:6
bit 23:7 29:3
black 38:21 39:4
  40:6
blower 29:16,19
  30:10
blurry 39:7
bottom 19:15 33:9
bottoms 28:22
box 26:12
bracket 23:18,23
  25:2
break 7:1
Brentwood 12:20
  39:14
bring 14:2 27:7
  36:9
brought 37:17
  40:12
**Business** 1:15 2:10

**C**

C 41:1,1
calcium 28:8 33:15
  33:19
call 8:13 9:1 13:14
  15:11,20 18:3,13
  18:22 19:3 20:18
  21:8 27:17 36:1
called 4:24
Calling 23:10
calls 13:11
Carrier 1:6 2:12

4:19 10:16 11:12
  13:7,10 15:13
  16:4,8,22 17:9
  18:1 33:22 34:5,5
  34:9,19 35:1 38:2
Carrier's 11:9
  12:24
case 5:12 36:15
catalog 18:5
cause 28:13 32:16
causing 30:23
ceiling 36:20,25
  37:6,7 38:1,4,5
  38:14,19 39:1,14
  39:19
cell 36:4
center 1:15 2:10
  18:3
certification 4:3
  41:15
certify 41:3
certifying 41:19
change 22:24
choose 4:25
citing 12:13
Civil 4:23
claiming 25:13
clarification 12:3
clarity 40:3
classes 35:4
clear 14:10,13 25:9
coil 15:5 26:25
cold 27:12 30:25
  37:8,12
Coleman 1:14 2:8
color 40:18
colored 38:13,17
  40:2,6
come 27:4,22
  28:16 39:5
**Common** 1:1 4:21
company 10:4 38:1
compartment 33:7
**Compel** 5:5

compelled 5:18
complaint 4:24
  11:8,25 12:9,14
  12:17 13:15 14:1
  21:9,17 37:10
  38:22 39:3,11,22
  39:24
complaints 36:12
complete 21:4 22:4
concerned 35:14
concluded 40:22
condensing 6:7
  13:8
confirm 22:9 23:20
  25:4,18 26:14
confirming 8:15
confused 14:23
contact 18:10 34:6
  34:10,20
contacted 15:16,24
  34:4 36:3
contained 41:5
continue 7:15 30:1
  37:23
contractor 9:23
control 41:18
conversation 11:18
  15:6,10 35:12
  37:15
**Cooling** 11:11 13:2
copy 9:19 11:9
  13:24 40:2 41:7
corner 13:16
**Corporation** 1:6
  2:12 4:20 15:13
  16:23 17:9
correct 8:19 9:7
  12:2 13:21 14:19
  15:21 17:12
  18:16 19:23
  21:25 22:6 25:21
  27:15,23 29:1,13
  30:13 31:6,18
  32:6,25 36:5 37:7

JOSEPH VAGNOZZI

41:7
corrected 30:20
  31:5 32:16
counsel 2:6,12,18
  4:2 5:17,20
County 15:23
couple 27:21 28:10
  28:15
court 1:1,23 4:21
  5:3,5,9 7:5,20
  39:6
CPFILTRK007...
  19:22 26:14
crazy 27:10
creating 29:17
curb 35:10,17
customer 18:4,12
Customers 19:17

**D**

D 3:1
damage 36:22 38:3
  38:14
date 20:15
dated 6:4,10 10:13
  15:12 17:8 18:2
  21:16 31:13
  39:16
David 1:3 2:3 4:18
  18:2 20:22
David391@outlo...
  2:5
day 31:8 32:14
dealing 32:16
decided 28:18
  36:14
decision 5:7,8
Delaware 15:23
Dennehey 1:14 2:8
depose 4:21
deposition 1:12
  7:24 40:22
describe 23:2
DESCRIPTION

3:6
diagram 21:2
Diane 1:17 41:11
different 11:22
DiPIERO 1:23
direct 18:4,9 41:18
direction 33:13
directly 8:24 26:25
  28:14
discovery 4:25
  7:13,14,21
Discussion 8:8
distributor 18:6,8
DISTRICT 1:2
Document 3:15,22
  3:23
documents 4:9
  17:21
doing 34:25 35:22
downstairs 37:17
drain 27:4,8 29:19
  30:6
draw 29:10
drawing 21:2,4
  22:4
droplets 27:22
drops 28:15,23
dry 28:20
ductwork 28:13
duly 4:14

**E**

E 3:1,5 41:1
Eagle 2:16
earlier 24:9
easier 17:19
either 5:7
Electric 11:11 13:2
Elite 38:12 40:7
ended 7:13 35:22
engineer 36:3
  37:16
engineers 35:3
enter 39:23

entering 28:24
entire 30:1
entitled 4:24 5:11
  5:22
equipment 32:23
ESQUIRE 2:9,15
evaporates 28:9
evaporator 11:18
everybody 17:19
everything's 32:20
evidence 7:11 28:8
  28:16 32:22
  35:20 36:6,16
  37:20 41:4
examined 4:14
exceeding 12:13
exhibit 7:11 11:8
  11:19,23,23
  12:16 13:14 17:8
  21:15 39:11
exhibits 4:10 12:7
  12:10,12 39:24
expect 39:17
experience 33:18
expert 17:14
explain 5:19
explained 5:18
  27:9
extended 7:16,22
E-Mail 3:24 6:4,6
  6:9,11 8:4,12,21
  10:18,22 11:1,3
  15:20 19:4,6,7,11
  19:25 20:12,19
  20:23 21:6,17,21
  22:2 31:13,24
E-mailed 38:18,20
E-mailing 10:24
E-Mails 3:7,8,9,13
  3:14,16,17,18,19
  3:20,21

**F**

F 2:15 41:1

fact 30:21,25 32:7
  32:11
factory 18:9 35:1
far 6:17 22:22
February 8:4,12
  9:2 11:2 21:16
  31:13 38:24
feel 17:16 31:6
felt 5:18 32:11
field 14:24 34:13
  34:14
field-supplied
  13:17
file 4:23 5:5
filing 4:4 39:7
filter 6:8 11:16,17
  13:10,18 14:11
  14:14,19,20,25
  15:3,4,7,15,19
  19:1,3 20:3,3,4,6
  20:20 21:22
  22:22 25:1,12
  26:2,25 27:2
filters 11:13 13:17
  13:20 14:25
find 32:7,11
finding 6:7
fine 7:18 8:14
  16:10 17:22
FIRST 1:2
fit 20:21 21:23
  25:14
fits 20:20 21:22
fix 30:17
fixed 30:12 31:25
floor 36:18
folder 38:13 40:6
follow 13:24
follows 4:15
Fontanot 1:18
  41:11
forced 5:4
foregoing 41:15
form 4:5 14:17

33:25
forward 5:10
found 10:8 27:9
  28:12,24 32:12
  32:12,15,22
free 7:1 18:13
Freedom 1:15 2:10
Friday 8:18 31:15
front 16:21 20:7
fully 41:5
further 6:14

**G**

garden 28:21
  37:12,13
gasket 35:9,13
  36:8 37:16
general 33:3 35:5
getting 12:16 21:4
  21:5 22:3,4
gist 29:5 33:3
give 9:18 23:19
  24:10 25:18
given 11:12
GL 13:7,8
go 6:14 11:19 12:4
  17:11 21:21
  26:17 27:10
  33:25
Goggin 1:14 2:9
going 5:2 10:7 12:4
  13:23 16:4 20:6
  23:19 26:16,18
  30:6 32:3,18 35:4
  40:2
good 4:18 32:20
  39:5
go-around 37:25
guess 28:8 32:20
guide 11:9,12 13:1
guy 10:2 29:4

**H**

H 3:5

JOSEPH VAGNOZZI

| | | | | |
|---|---|---|---|---|
| **half** 21:5 22:4 | **HVAC** 9:24 34:16 | **Joe** 6:16 8:4 9:2 | 16:16,20,22 17:8 | **measurement** 25:4 |
| **hand** 13:16 26:12 | 35:5 | 16:5 23:13 25:22 | 18:1,18,23 19:4 | 25:18 |
| 26:16 | | 34:8,21 38:18,25 | 19:21 | **measures** 20:4,5 |
| **handle** 8:16 | **I** | **Joseph** 1:12 3:3 | **line** 2:4 14:6 29:16 | **measuring** 25:10 |
| **happen** 32:21 | **identification** 4:11 | 4:13,22 8:13,13 | 30:8 31:12 32:1 | 25:17 |
| **happened** 37:10 | **identified** 9:6 32:3 | **Jryan@sandrla...** | **Lines** 26:20 27:18 | **mention** 36:7 |
| **happening** 37:20 | **identify** 12:21 | 2:18 | 29:7 30:4,16 | **mentioned** 27:2 |
| **happens** 9:20 | 22:15 23:12 | **judge** 5:7 | **literally** 27:19 | 31:3 |
| **Hatchigian** 1:3 2:3 | 24:15 25:9 31:16 | **JUDICIAL** 1:2 | **little** 23:7 26:4,6 | **mind** 25:17 |
| 3:4 4:17,19 5:16 | 37:3 | **July** 1:17 7:15 | 29:3 33:3 | **Mine** 10:15 |
| 6:3,15 7:9,19,25 | **image** 21:5 22:5 | 39:16 | **local** 18:5,8 | **minerals** 28:10 |
| 8:4,11 9:2,21 | **important** 17:17 | **June** 7:13,21 20:16 | **locate** 15:17 | **models** 36:7 |
| 10:1,6,12,17,21 | **inappropriate** 6:1 | 21:3 22:5 24:16 | **location** 9:6,12 | **moisture** 36:9 |
| 11:5,6 12:2,6,15 | **inches** 20:4,21 | 24:24 25:20 | 32:2 | **mold** 38:15 |
| 12:23 13:25 14:8 | 21:23 22:23 | | **logo** 19:16 | **Monday** 1:17 |
| 16:9,13,19 17:2,7 | 23:11,24 24:3,13 | **K** | **long** 5:11,20 8:2 | **month** 32:19 |
| 17:10,25 18:2,21 | 25:25 26:4,6 | **keep** 7:2 20:15 | 20:21 21:23 | **morning** 4:18 |
| 18:23 19:14 | 29:18 | **KIMBERLY** 2:9 | **longer** 28:23 29:22 | **Motion** 5:5 |
| 20:17 21:14,20 | **indicate** 22:21 | **King** 1:15 2:11 | 29:24 | **motor** 29:17,19 |
| 22:10,14,20 23:4 | **indicating** 10:20 | **kitchen** 36:19 | **look** 26:19 37:2 | 30:10 |
| 23:9,14,17,22 | 23:15 26:18 38:3 | **Kjwoodie@mdw...** | **looked** 9:9 10:1 | **move** 5:10 21:15 |
| 24:6,11,17,25 | 38:14,15,22 39:3 | 2:12 | 37:17 | **Moving** 8:1 |
| 25:7,11,16,21 | **information** 18:7 | **know** 6:19 10:7 | **looking** 8:3 23:13 | **mutual** 7:12 |
| 26:1,23 28:4,6 | **inside** 28:13 37:15 | 16:3 23:13 24:21 | 35:6 | **mutually** 7:14 |
| 29:25 31:22 34:4 | 38:11 | 29:25 34:2,17 | **looks** 9:3 21:16 | |
| 34:16,23 38:10 | **installed** 9:24 | 35:6 39:15,17,19 | 23:6 | **N** |
| 39:2,10,12,21 | 13:18 14:12,25 | 39:20 | **lying** 26:25 | **N** 3:1 41:1 |
| 40:4,11,15,19 | 15:8 | | | **name** 10:3 |
| **Havertown** 2:4 | **installer** 30:12 | **L** | **M** | **named** 10:2 |
| **hear** 6:22 | 31:4 37:22 | **labeled** 12:10 | **Maintaining** 11:10 | **necessarily** 5:2 |
| **hearing** 40:5 41:6 | **instruct** 5:24,25 | **law** 1:13 17:14 | 13:1 | **need** 13:23 18:11 |
| **held** 8:8 | **instruction** 12:24 | **Lawrence** 15:23 | **manual** 12:25 | 30:17 40:2,17 |
| **Hello** 20:1 | **instructions** 6:16 | **laying** 11:17 15:4 | 13:22 | **needed** 36:16 |
| **help** 17:24 | **internet** 39:8 | **leak** 6:7 9:6,12 | **manufactured** | **needs** 15:7 30:12 |
| **Helping** 19:16 | **interpretation** | 29:11 30:19,23 | 19:7,10 | 30:20 31:5 |
| **Hey** 32:19 | 33:17 | 30:25 31:17 32:2 | **manufacturer** | **negative** 29:8,17 |
| **He'll** 7:3 | **investigate** 37:23 | 32:7,12 37:3 | 14:13 | **new** 12:12 |
| **holding** 26:12 | | **leave** 27:5 | **marked** 7:11 | **newer** 36:11 |
| **holes** 28:11,15 | **J** | **left** 13:16 | **Marshall** 1:14 2:8 | **nine** 20:9 |
| **hopefully** 5:1,9 | **J** 2:9 | **legal** 17:14 | **matter** 41:6 | **Notary** 1:19 41:12 |
| 31:15 | **JAMES** 2:15 | **Lennox** 9:25 | **means** 41:17 | **noted** 27:9 41:4 |
| **hose** 28:21 31:16 | **Jessica** 19:11 20:1 | **letter** 3:10,11,12 | **measure** 25:3,6,22 | **notes** 26:16 33:14 |
| 37:8,12,13 | 20:12,19 21:21 | 3:24 10:13 15:12 | 26:2 | 39:23 41:5 |
| **house** 34:6,7 | 22:2 | 15:13,22 16:1,6,7 | **measured** 26:8 | **notice** 1:13 |

JOSEPH VAGNOZZI

Page 45

number 3:6 4:20
  6:9 12:7 13:6,8
  13:16 14:6 15:14
  15:18,19 18:14
  18:25 19:2,22
  20:2 21:8 22:1,5
  22:17,21 23:11
  24:4,18 26:12
numbers 11:23
  12:5,13

O

O 41:1
object 5:23,23,24
  14:17 19:9
objection 5:14,15
  14:16 17:6 33:24
objections 4:5 41:4
obtain 15:14 18:25
October 6:5,10
odd 33:3
offer 7:10
offers 14:14
office 18:3
offices 1:13
okay 8:13 17:2
  29:9,16 30:8,24
  31:13 32:4 34:14
  35:7 40:19
Old 2:16
older 36:7
once 4:23 7:7
open 27:6 37:1,6,7
  37:19,22 39:1
opened 11:15 33:7
  38:5
Operating 11:10
  13:1
opinion 32:11
optional 6:8 15:15
  18:25 25:12
original 11:1,8
  12:8,14,17 13:15
  21:17 39:11,22

39:24
originally 11:25
originating 28:11
O'Brien 10:2,5

P

P 12:11
PA 1:24 2:4,11,17
  4:22
package 12:9
packet 11:24 12:1
  12:22 17:1
page 3:2,6 8:1
  26:19 27:17,18
  28:1,1,7 29:7
  30:4,16 31:12,23
  32:1,18 39:9
pan 29:19 36:21,23
  37:14
panel 40:10
Paragraph 14:5
Park 15:23
part 6:9 11:8 12:8
  12:14,17 13:8,15
  15:14,17 18:5,7
  18:25 19:21 20:2
  24:18 26:15 31:2
  39:3,22
particular 34:15
parties 4:2
parts 8:16,24
party 5:7
Peirce 18:7
Peirce-Phelps 1:8
  2:18 4:19 15:16
  15:22 16:2 18:24
  19:8,12,15 25:13
  26:13 33:23 34:8
  34:10,20 38:3
Pennsylvania 1:2
  1:16
perfectly 6:21
period 27:11
personally 8:17

pertaining 5:12
Phelps 18:8
Philadelphia 1:24
  4:20 15:16,24
phone 10:19 36:4
photograph 23:3
photographs 40:18
picture 9:6,11
  12:18 22:15,17
  22:21 23:10,24
  24:1,14,16,19,23
  33:8 39:13
pictures 10:20
  11:2 20:6,10,22
  21:24 22:8,11
  32:2 37:24 38:2
  38:11,13,17
  39:21 40:7
piece 32:23
Plaintiffs 2:6
Pleas 1:1 4:21
please 7:2 15:18,20
  19:2,3 20:3
position 18:6
possibility 27:7
possible 28:13
possibly 28:12
  30:22 32:16
potential 29:11
presented 12:1
presenting 22:16
pressure 29:9,18
pre-marked 4:9
printed 22:12
  38:20
Pro 2:6
probably 9:14
problem 15:5 31:3
  34:12,22 35:25
Procedure 4:23
proceedings 41:4
process 39:7
producing 16:21
Professional 1:18

1:23 41:12
provide 8:17
Prussia 1:16 2:11
Public 1:19 41:12
pull 30:5
pulled 9:15
pulling 30:5,10
pursuant 1:13
put 7:18,23 36:20
P-1 3:7 4:10 12:10
  21:11
P-10 3:16 20:18
P-11 3:17 21:1
P-12 3:18 21:21
P-13 3:19 22:2
P-14 3:20
P-15 3:21
P-16 3:22
P-17 3:23 12:11
P-18 3:24 4:10
  7:11
P-2 3:8 8:3,12
  21:18
P-3 3:9 9:1 21:13
P-4 3:10 10:13
  15:11
P-5 3:11 17:8
P-6 3:12 18:22
P-7 3:13 19:6
P-8 3:14 19:25
P-9 3:15
P.C 2:15
p.m 6:10

Q

question 4:6 5:4,21
  5:22 6:1,20,21,24
  11:14 14:6 15:25
  16:14 18:20
  23:21,23 24:7
  26:19,22,24 29:9
  30:20,23 31:21
  32:5,10,13 33:5
  34:1,9,18

questions 5:1,10
  5:11 15:20 16:12
  17:15 19:3
quickly 8:3
quite 29:4

R

R 41:1
rack 6:8 13:18
  14:14,19,21,25
  15:7,15,19 19:1,3
  20:3,4,6,20,21
  21:22,23 25:1,12
rafters 36:24
rain 28:15
rained 37:11
read 12:4 14:9
  20:14,24 24:18
  26:11 28:3,4 30:1
reads 15:13
really 35:6
reason 5:23 6:2 7:1
  16:13 17:17
  27:10 29:10
  30:22 35:8
recall 8:20 10:10
  33:6 35:16,18,24
  36:1,23 37:5 38:7
Receipts 3:24
received 9:13
  25:19 26:13
receiving 8:20
recommended
  13:19 34:20
record 7:18,24 8:6
  8:9 11:21 25:9
  26:11
recreate 37:9
refer 33:14
referenced 13:7
referencing 11:22
  14:4
referring 32:8,21
  32:24

JOSEPH VAGNOZZI

regarding 18:11
Registered 1:18,23
  41:12
relations 18:4
relied 32:14
remediation 38:1
remember 6:20
  27:13 33:11,12
  35:16
remove 38:1
rep 33:22,23
repeat 6:25
repeated 20:13
report 9:9,15
reporter 1:18 7:5
  41:12,19
Reporters 1:23
REPORTING
  1:23
represent 20:23
representative
  18:10,13
reproduction
  41:17
request 18:11 22:3
requesting 6:8
resemble 12:19
  13:3
reserved 4:6
residential 18:3
respective 4:2
respond 5:6
responded 19:20
  21:3 32:19
response 9:3 26:19
return 9:4 29:8
returned 36:22
return-air-side
  13:19 15:1,8
re-doing 36:20
right 17:15 23:4
  26:15 27:20
  35:24
Road 2:4,16 12:20

39:14
roof 12:19 13:4
  32:14 33:6 35:8
  35:23 36:4
ruler 22:23 24:13
  25:15
Rules 4:23
running 31:1,10
Ryan 2:15,15 5:15
  5:20 6:14 7:17,23
  8:6 10:24 11:3,21
  12:3,21 14:5,17
  16:5,10,15,24
  17:3,18 18:17
  19:9 20:15 21:13
  22:19 23:1,12,16
  23:21 24:2,8,15
  24:23 25:5,8,19
  25:22 26:22 28:2
  29:22 31:20 34:2
  34:14 38:23 39:9
  39:16 40:6

S

S 3:5
safe 35:23
save 16:24
saw 12:19 28:23
  32:8 33:8 35:13
saying 13:10 17:5
  17:19 20:11,12
  20:19 21:3 37:4
says 6:5,12 9:11
  13:13,16,22 14:7
  14:20,23,23,24
  15:6 16:6 17:1,1
  17:1 18:18,18
  19:16,17,24 20:1
  20:14 21:22 22:1
  22:5,7 24:10,10
  24:22 26:24
  27:18 28:7 29:7
  31:9,12 32:1
School 2:16

SCHWABENL...
  2:15
screw 28:11
screws 9:4 27:21
  28:19,20 32:9
Se 2:6
seal 32:10 36:15
  37:16
sealant 36:8
sealed 9:3 28:18,19
  32:13 36:25
sealing 4:3 35:17
second 22:3,5
  36:17,18,22
  37:25
section 9:4
see 6:2 8:17 9:5,11
  9:19 11:16 12:5
  13:9 15:2 19:4
  20:9,10,22 21:24
  22:22,25 23:8
  24:3,4 27:21 28:7
  28:15 31:14 32:1
  35:19 37:13,14
  37:18
seeing 36:23 37:5
sees 23:2
send 14:13 21:2
  22:5 32:4
sent 10:19 20:22
  21:24 22:10
  23:18 25:2,2,13
  26:3 34:8,11,21
September 27:12
Service 18:12
servicer 31:4 37:21
shooting 27:20
short 26:4
show 11:7 22:8
showing 23:15,25
shown 13:20
shows 24:13,14
shy 26:6
side 27:20

sides 28:22
signing 4:3
signs 27:1
silicone 9:5
Single-Packaged
  11:11 13:2
situation 37:9
six 29:18
size 13:10
sizes 13:19
Smith 19:11,20
  20:1,12 21:1
Sooner 40:1
sorry 23:5 35:23
sound 29:4
sounds 33:2
source 37:3
South 1:24
speak 6:23 7:3,4
speaking 7:3,4
spending 33:12
sprayed 28:21
spraying 28:14
stain 37:18
standing 27:19
start 30:5
started 28:14
  37:11
stated 31:25 36:10
  37:19
statement 8:20 9:8
  13:21 27:14,23
  29:1,13 30:13
  31:18 32:6,25
  36:13
stating 18:24
stay 28:10
stipulate 24:9,12
stopped 7:20 17:12
stopping 17:23
Street 1:24
stuff 33:15
style 36:11
submitted 37:25

38:2
Succeed 19:17
Succeeding 19:16
suck 29:20
suggested 37:22
suggesting 24:2
suggestions 20:5
Suite 1:15 2:10,16
Superior 5:8
supervision 41:18
supplied 14:12,24
supply 15:18 19:2
  34:6,7
supplying 19:21
  20:2
supposed 25:14
  26:21 27:5
sure 22:18,24
  35:18 38:4 40:12
sworn 4:14
system 9:24 35:20
  39:6

T

T 3:5 27:6 41:1,1
table 13:20 25:15
take 6:25 7:6,6 8:2
  26:18
taken 1:13 24:16
  24:24 41:6
talk 18:12
talking 38:10
tape 25:3
tell 7:7
telling 8:25 11:13
  16:18
term 19:10
testified 4:14
testify 16:6 18:17
  18:19
testifying 17:3
testimony 26:17
  30:9 33:14 38:6
Thank 7:9 8:23

JOSEPH VAGNOZZI

20:1 40:20
**thanking** 6:6
**thing** 5:17 9:21
  12:5 21:11 24:4
  27:4 30:2
**things** 6:18 27:9
  38:19
**think** 9:17 35:13
  37:11 38:12,25
  40:8
**thought** 30:8 40:4
  40:11
**three** 40:12,13
**time** 4:6 9:22 16:24
  27:11,24 28:17
  29:2,14 30:14
  31:10,16,19 33:1
  33:12 35:15 36:3
  36:8,16,17,22
**today** 4:21 7:16
  12:1,9,11,13
  21:19 30:19
  33:17 38:6
**told** 31:9 34:5,10
  36:13
**toll** 18:13
**top** 6:5,9 12:19
  13:16 14:6 35:9
**tops** 28:22
**touching** 15:9
**Township** 2:4
**traces** 28:10
**trained** 35:1
**training** 33:21
  34:13,19,24 35:2
**transcript** 41:7,16
**trap** 27:5,6 29:18
  30:9,22,24
**trial** 4:7
**tried** 17:11
**true** 8:19 9:7 13:21
  18:15 19:23
  21:25 22:6 27:15
  27:23 29:1,5,13

30:13 31:18 32:5
  32:25
**try** 7:2,4
**trying** 15:14 17:18
  17:23 18:24
  22:14 38:24
**turkey** 36:21,23
**twice** 35:2
**two** 7:7
**type** 36:7
**typed** 29:4
**types** 16:11

---

**U**

**unable** 8:16 15:17
  37:1
**understand** 6:17
  6:24 34:1 38:23
**understood** 5:13
**unit** 6:8 11:11,15
  12:19 13:2,4,8,11
  13:19 14:11,14
  15:1,8,15 19:1
  20:22 21:24
  25:14 27:8,20
  28:22,24 29:20
  31:10 34:15
  36:10 37:21
**units** 13:17
**university** 35:2
**unsure** 32:17
**updates** 35:3
**upstairs** 37:13
**use** 5:2 31:16 37:8
  37:12

---

**V**

**Vagnozzi** 1:12 3:3
  4:13,22 8:5 34:9
  34:11
**verify** 36:22
**verifying** 32:6
**version** 36:11
**versus** 4:19

**viewed** 14:11
**visit** 9:5 28:17 31:6
**visually** 11:16 33:8
**voice** 7:2
**voices** 7:7
**vs** 1:5

---

**W**

**waived** 4:4
**want** 5:3 6:16,25
  21:15 24:12 25:5
  28:2 29:19 39:23
**wanted** 11:7
**warm** 31:15
**Warner** 1:14 2:8
**wasn't** 16:16 36:14
**water** 27:1,7 28:9
  28:14,16,17,23
  29:10,20 30:10
  32:8,22 35:20
  37:18
**way** 17:10 28:12
  29:5
**Wayne** 2:17
**went** 28:18,20
  36:18
**wet** 27:1 37:14
**we'll** 6:2 9:19
  16:24
**we're** 12:4 17:3,4
  23:13,20 24:9
  40:2
**white** 28:11 33:15
  38:21
**whites** 39:5
**wife** 10:8
**willing** 24:9
**wish** 18:12
**WITNESS** 3:2
  10:18 11:1 19:13
  23:5 25:24
**Woodie** 2:9 5:14
  9:22,25 10:4,15
  13:23 14:2,16

21:10,18 22:12
  22:18 24:5 33:24
  38:8,16 39:4 40:1
  40:8,13,17
**wording** 33:2
**words** 20:9 29:3
**work** 8:24 32:9
**working** 29:17
**works** 6:2
**wouldn't** 25:17
**wrong** 17:13 30:17
**wrote** 10:13

---

**X**

**X** 3:1,5

---

**Y**

**year** 35:3
**years** 34:25 35:5
**Yup** 31:23

---

**1**

**1** 13:13,20 27:18
  39:24
**10** 3:10 13:16 14:5
  14:7 21:9 30:8
**10:10** 40:22
**11** 21:15 23:11
**12** 20:20 21:22
  26:8,9
**12th** 7:15
**13** 24:19
**15** 29:16
**150604314** 1:3
  4:20
**16** 3:11 34:25
**16th** 1:24 17:9 18:2
**17** 3:11 12:10
**18** 1:17 3:12
**18th** 7:16
**19** 3:13,14 20:4
**19083** 2:4
**19087** 2:17
**19146** 1:24
**19406** 2:11

---

**2**

**2** 30:4
**20** 3:16 11:2 13:13
  13:13 15:19,19
  19:2,3 20:20
  21:22 26:4,6,9
**20th** 9:2
**2013** 6:10 9:10
  11:15 14:12 27:3
  28:25 33:7 35:8
  36:20 37:2 38:9
  38:18
**2014** 39:17
**2015** 11:2 31:14
  35:8,19 36:17,21
  37:4 38:25
**2016** 1:17 3:10,11
  3:12 10:14,15
  15:12 20:16
  24:16,24 25:20
**21** 3:17,18 22:23
  22:24 23:7 31:12
**215** 1:25
**22** 3:19 26:20
**23** 3:12 6:10 20:5
  20:21 21:23
  23:11,24 24:3,4
  24:13,14 25:24
**23rd** 6:5 18:24
**24th** 8:4,12
**2414** 2:4
**25** 31:12
**27** 22:5 31:14
**27th** 21:16
**28** 11:9 12:13
**29** 11:19,23 12:16

---

**3**

**3** 29:7 30:4
**30th** 7:13,21
**300** 1:15
**306** 2:16
**354-8258** 2:11
**38** 13:15 14:3

JOSEPH VAGNOZZI

| | |
|---|---|
| **4** | **99080262** 24:21 |
| **4** 3:4 24:16,24 | **99080302** 24:20 |
| **400** 2:10 | **995** 2:16 |
| **429** 1:24 | |
| **446-7257** 2:5 | |
| **47** 26:19 | |
| **5** | |
| **5** 30:16 | |
| **50** 13:6,8 | |
| **50GL-024-321** | |
|   13:9,12 | |
| **55** 27:18,18 | |
| **57** 28:1 | |
| **59** 29:7 | |
| **6** | |
| **6** 20:16 27:18 | |
| **6:47** 6:10 | |
| **60** 30:4 | |
| **61** 30:16 | |
| **610** 2:5,11,17 | |
| **620** 1:15 2:10 | |
| **64** 31:12 | |
| **65** 31:23 | |
| **67** 32:1 | |
| **68** 32:18 | |
| **7** | |
| **7** 3:24 | |
| **735-8101** 1:25 | |
| **7512** 12:20 39:14 | |
| **8** | |
| **8** 3:8 22:15,17,21 | |
|   26:20 29:7 32:1 | |
| **8th** 21:3 | |
| **87** 39:11 | |
| **9** | |
| **9** 3:9,10 10:14,15 | |
|   15:12 | |
| **9:00** 1:16 | |
| **92** 39:25 | |
| **971-9200** 2:17 | |

# EXHIBIT 97 N.T. APRIL 18, 2017

2020 AUG 17  A 8: 08

USDC-EDPA

APRIL 15, 2017  9:19

# First Judicial District of Pennsylvania

*150604314*
*David Hatchigian V. Carrier Corporation*

*Motion Volume 1*
*April 18, 2017*



**Court Reporting System**

*First Judicial District of Pennsylvania*
*100 South Broad Street, Second Floor*
*Philadelphia, PA 19110*
*(215) 683-8000   FAX: (215) 683-8005*

*Original File hatchigian.txt.txt, 21 Pages*
*CRS Catalog ID: 17070399*

150604314
David Hatchigian V. Carrier Corporation

Motion Volume 1
April 18, 2017

Page 1

[1] IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
[2]            CIVIL TRIAL DIVISION
[3]                - - -
[4] DAVID HATCHIGIAN,      : JUNE TERM, 2015
     Plaintiff,        :
[5]                    :
     vs.               :
[6]                    :
   CARRIER CORPORATION   :
[7] PEIRCE-PHELPS, INC.,  :
     Defendants.     : NO. 4314
[8]
                - - -
[9]
[10]        Room 682, City Hall
[11]       Philadelphia, Pennsylvania
[12]            - - -
[13]      Tuesday, April 18, 2017
[14]            - - -
[15] B E F O R E :
[16]   THE HONORABLE GENE D. COHEN, J.
[17]            - - -
[18]        Motion to Compel
[19]            - - -
[20]
[21]
[22]
[23]
[24]
[25]

Page 2

[1] APPEARANCES:
[2]
     DAVID HATCHIGIAN
[3]   2414 Township Line Road
     Havertown, PA 19083-5236
[4]   610-446-7257
     Pro se Plaintiff
[5]
[6]   MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
     BY: KIMBERLEY J. WOODIE, ESQUIRE
[7]   620 Freedom Business Center
     Suite 400
[8]   King of Prussia, PA 19406
     Attorney for Defendant, Carrier Corporation
[9]
[10]   JAMES F. RYAN, ESQUIRE
       995 Old Eagle School Road, #306
[11]   Wayne, PA 19087
     Attorney for Defendant, Peirce-Phelps, Inc.
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 3

[1]            INDEX
[2]            - - -
[3]      PLAINTIFF'S EVIDENCE
[4]            - - -
[5] WITNESS:        DR   CR   RDR   RCR
[6]
[7]            - - -
[8]      DEFENDANT'S EVIDENCE
[9]            - - -
[10] WITNESS:       DR   CR   RDR   RCR
[11]
[12]            - - -
[13]        EXHIBITS
[14]            - - -
[15]
   NO.   DESCRIPTION      MARKED   ADMIT.
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 4

[1]            - - -
[2]      (Proceedings commenced.)
[3]            - - -
[4]      THE COURT:  Now, I have a motion here to
[5] compel for a settlement issue.  Come to the
[6] bar of the court, please.
[7]      MR. HATCHIGIAN:  Good morning.
[8]      THE COURT:  This is your motion to
[9] compel?
[10]      MR. RYAN:  No, Your Honor, it's the
[11] plaintiff's motion.
[12]      THE COURT:  The issue really is --
[13]      Swear Mr. Hatchigian in.
[14]      THE COURT OFFICER:  Raise your right
[15] hand.  State your full name and spell, both,
[16] your first and last names.
[17]      MR. HATCHIGIAN:  David Hatchigian.
[18]      THE COURT OFFICER:  Spell your last name.
[19]      MR. HATCHIGIAN:  H-A-T-C-H-I-G-I-A-N,
[20] spells Hatchigian.
[21]      . . .DAVID HATCHIGIAN, after having been
[22] first duly sworn, was examined and testified
[23] as follows:
[24]      THE COURT:  Now, what's the problem?  Why
[25] doesn't he get his money?  You want your money

Janene Lenox, O.C.R

Court Reporting System

(page 1 - 4)

150604314
David Hatchigian V. Carrier Corporation

Motion Volume 1
April 18, 2017

Page 5

[1] and he wants to know why you're not giving him
[2] his money.
[3]   MR. RYAN:  I don't know, not to sound so
[4] intelligent.  When Mr. Hatchigian filed his
[5] motion, I gathered he never received the
[6] release.  So I answered by saying, Well,
[7] you'll get your money when you sign the
[8] release, which was sent to, I believe, Mr.
[9] Hobson -- Ms. Woodie might -- it was Mr.
[10] Hobson who was here the day we were supposed
[11] to start the trial, and it was instrumental --
[12]   THE COURT:  You were represented by
[13] counsel at the time; weren't you?
[14]   MR. HATCHIGIAN:  Yes.
[15]   MS. WOODIE:  And, Your Honor, he told me
[16] to send a release to him.
[17]   MR. HATCHIGIAN:  I agreed to settle the
[18] case.  And my interpretation was to sign an
[19] order saying, if the case is settled,
[20] discounted, and ended, that's it.  I had never
[21] been privy to any release that Ms. Woodie had
[22] submitted and I saw afterwards.
[23]   I'm not in agreement to that.  It would
[24] be in violation of my civil rights to sign
[25] that release there, because that release is

Page 6

[1] totally outrageous.  Outrageous, prohibiting
[2] me from ever bringing a claim against a
[3] corporation over here.  I'm not signing the
[4] release, that's over with.
[5]   What I agreed to sign --
[6]   THE COURT:  Well, listen, don't tell me
[7] what you're not doing; okay?
[8]   MR. HATCHIGIAN:  Okay.  I'm sorry.
[9]   THE COURT:  Because --
[10]   MR. HATCHIGIAN:  I'm sorry.  I apologize.
[11]   THE COURT:  -- you've asked for my
[12] assistance in this matter, so don't tell me
[13] what you're not going to do.  Tell me what the
[14] problem with the release was.
[15]   MR. HATCHIGIAN:  So I'm asking to,
[16] respectfully, invalidate the settlement and
[17] schedule --
[18]   THE COURT:  That, I'm not going to do.
[19]   MR. HATCHIGIAN:  Okay.
[20]   THE COURT:  I'm not going to do that.
[21] The question, here, is, we have to get you the
[22] money, and we have to get you the money in a
[23] way that the insurance companies can be sure
[24] that their client is released from this
[25] particular claim.

Page 7

[1]   Now, the question I have for you is, was
[2] this a general release from the beginning of
[3] time until the end of earth, that it would
[4] scare off someone from signing it?
[5]   MS. WOODIE:  It was for this unit, and
[6] that's what Mr. Hobson --
[7]   THE COURT:  Let me see what --
[8]   MS. WOODIE:  I have a copy.
[9]   THE COURT:  Hand it up to the Court.
[10]   MR. RYAN:  Pretty much, Your Honor.
[11]   MS. WOODIE:  For the unit only, and it's
[12] associated equipment.
[13]   THE COURT:  Well, this is very
[14] lawyer-like, but, in other words --
[15] Mr. Hatchigian, Hatchi -- try it for me again.
[16]   MR. HATCHIGIAN:  That's okay.
[17]   THE COURT:  I agreed to release your
[18] client from any and all claims surrounding the
[19] purchase of this particular thing.  This
[20] doesn't look like it does that.  It seems like
[21] it says that they deny everything, you deny
[22] liability.  You go through a whole bunch of
[23] things which, basically, he doesn't have to
[24] agree to.
[25]   So if he -- if the release, because the

Page 8

[1] settlement of this matter is -- and I
[2] remember, this is very lawyer-like and this we
[3] charge a couple hours in preparation of this,
[4] but, remember, I was in the same business.  We
[5] charge a couple hours for this.  This is much,
[6] much too complex and complicated for anyone to
[7] want to agree to without an attorney.
[8]   MS. WOODIE:  We had an attorney.
[9]   THE COURT:  No, but the attorney,
[10] apparently, went south on you.  Where's your
[11] attorney?
[12]   MR. HATCHIGIAN:  No, he's a friend of
[13] Mr. Ryan's.  He suggested he might be able to
[14] work something out.  He's not the attorney of
[15] record.  He's not the attorney --
[16]   THE COURT:  I don't remember him actually
[17] entering an appearance.
[18]   MR. RYAN:  He didn't.  He showed up the
[19] day of the trial, Your Honor.
[20]   THE COURT:  Yes, as some kind of an
[21] advocate, without anything like this.
[22]   MR. HATCHIGIAN:  Him and Mr. Ryan went to
[23] school together, they were friends, he thought
[24] they could work something out.
[25]   THE COURT:  But the release --

150604314
David Hatchigian V. Carrier Corporation

Motion Volume 1
April 18, 2017

**Page 9**

[1]  Mr. Hatchigian, I agree with you, that this
[2]  is -- even though this is an almost standard
[3]  document that gets exchanged between lawyers,
[4]  this is not the standard document that gets
[5]  sent to clients, because it seems like they're
[6]  giving away your children, and your rights to
[7]  live, and your right to be a citizen of the
[8]  United States. It seems like that; it's not.
[9]  It's really innocuous, in terms of, it's a
[10]  relatively harmless document, and I've seen so
[11]  many of them.
[12]      But, Counsel, can you create a release
[13]  that would be -- that he releases your client
[14]  from any and all claims surrounding the
[15]  purchase of this item?
[16]      MS. WOODIE: And its components?
[17]      THE COURT: And its components. And you
[18]  do that, and that's what he releases. Because
[19]  he may want to sue your client for something
[20]  else; he may want to sue you for something
[21]  else. But this is something that makes him
[22]  feel like he can't do that. And without
[23]  Mr. Hobson explaining each and every line to
[24]  him, which I'm not intending to do.
[25]      Now, this is the issue, the motion to

**Page 10**

[1]  compel is denied; however, the Court is
[2]  ordering the defendants to prepare an
[3]  appropriate release for the circumstances of
[4]  this particular case. So that, as soon as you
[5]  sign it, they'll give you the money.
[6]      MR. HATCHIGIAN: May I suggest, with all
[7]  due respect to the Court, a release that says
[8]  it's settled, discontinued and ended? That
[9]  will take care of the problem.
[10]      THE COURT: Well, no. No. That doesn't
[11]  take care of the problem. Because they have
[12]  to be assured that you don't find another way
[13]  to sue their client over the same thing in a
[14]  different way.
[15]      MR. HATCHIGIAN: Right.
[16]      THE COURT: Settle, discontinue and end
[17]  doesn't do that. That's why -- see, the
[18]  release, plus the order to settle, discontinue
[19]  and end, is what's necessary at all
[20]  settlements of cases. So that their client is
[21]  released from any and all claims related to
[22]  the sale, purchase and installation of this
[23]  particular air conditioner.
[24]      Can we do that?
[25]      MS. WOODIE: I think we can, Your Honor,

**Page 11**

[1]  because I have all the component parts listed.
[2]  I could, if you want me to, delete the second
[3]  paragraph.
[4]      THE COURT: Well, look, you know, I've
[5]  given it consideration of 3,500, both of it
[6]  paid by these guys to release defendants in
[7]  this case from any and all claims surrounding
[8]  the purchase of these items. And that you
[9]  don't -- the liability, I don't care about
[10]  that. You see, all that is just --
[11]      MS. WOODIE: I think I can --
[12]      THE COURT: All that is surplusage. I
[13]  don't remember what we used to call it,
[14]  surplusage, is that --
[15]      MR. RYAN: Excess verbiage.
[16]      THE COURT: Well no, it's surplus
[17]  verbiage, we can agree to that, that the Court
[18]  doesn't like the release, but I'm ordering to
[19]  simplify the release, make arrangements --
[20]      Are the checks available?
[21]      MS. WOODIE: Well, I need a W9 signed,
[22]  Your Honor, and I brought it with me today.
[23]      THE COURT: Work it out there. Go out to
[24]  the other room and, either, handwrite the
[25]  release, or something to that effect. Where's

**Page 12**

[1]  the money?
[2]      MS. WOODIE: The client has the money,
[3]  because I have to --
[4]      THE COURT: How fast can we get the
[5]  money?
[6]      MS. WOODIE: I don't know. Probably a
[7]  week, I would guess.
[8]      THE COURT: I understand the problem, but
[9]  we're going to do this, the motion is denied,
[10]  contingent upon them preparing an appropriate
[11]  release that you can understand, and sign that
[12]  with an order to settle and discontinue.
[13]      You're going to go outside, you're going
[14]  to do the W9 form, so that -- they're going to
[15]  need your Social Security number, and put that
[16]  down on there so that they can get a deduction
[17]  for having paid you.
[18]      I'm going to set you outside. If there's
[19]  a problem with this, let the court officer
[20]  know and we'll have a discussion on it.
[21]      MR. RYAN: You want us to prepare a new
[22]  release outside, Your Honor?
[23]      THE COURT: If you can. I have a
[24]  computer in here, we can type one out, I
[25]  guess. But it's --

Page 13

[1]    Where's your offices?
[2]    **MS. WOODIE:** 2000 Market.
[3]    **THE COURT:** I know where you are.
[4]    **MS. WOODIE:** But I can get access to it
[5]  at 2000 Market.
[6]    **THE COURT:** Go outside and work it out.
[7]    **MR. HATCHIGIAN:** Thank you.
[8]    - - -
[9]    (Short recess.)
[10]    - - -
[11]    **THE COURT:** What's the issue?
[12]    **MR. HATCHIGIAN:** Okay. I have prepared a
[13]  release, I'm willing to staple it to my
[14]  64-page complaint, releasing both defendants
[15]  for everything that's in my 64-page complaint,
[16]  which I think is fair, or at least it should
[17]  be released.
[18]    **MS. WOODIE:** Your Honor, it rambles, it's
[19]  inconsistent. It's a document that I would
[20]  feel comfortable litigating later, if that's
[21]  the scope of the case.
[22]    **MR. RYAN:** Your Honor, we pared-down the
[23]  release that was originally sent, and I
[24]  explained to Mr. Hatchigian, telling him I'm
[25]  not his lawyer, but explained to him, and

Page 14

[1]  there's only -- there's one issue that we've
[2]  sort of come to odds with.
[3]    **THE COURT:** What's the one issue?
[4]    **MR. RYAN:** That -- this whole thing, sort
[5]  of, originated because Mr. Hatchigian
[6]  purchased a Carrier, as you know.
[7]    **THE COURT:** I'm aware of the facts of the
[8]  case.
[9]    **MR. RYAN:** And he installed it himself.
[10]    **MS. WOODIE:** And he represented he was a
[11]  mechanical contractor.
[12]    **MR. RYAN:** And under the terms of the
[13]  instructions and all, these things have to be
[14]  installed by a Carrier, a licensed person,
[15]  which he is not. Well, not licensed, but a
[16]  qualified person.
[17]    **THE COURT:** That was the defense in the
[18]  matter, I understand that.
[19]    **MR. RYAN:** Right. And he's going -- the
[20]  belief would be that he's going to do it
[21]  again.
[22]    **MS. WOODIE:** He says he's going to do it
[23]  again.
[24]    **MR. RYAN:** He says he's going to do it
[25]  again.

Page 15

[1]    **THE COURT:** Do it again to, who?
[2]    **MR. RYAN:** He's going to file with
[3]  another Carrier and put it in by himself.
[4]    **THE COURT:** The question here, is, who's
[5]  being released in this matter?
[6]    **MR. RYAN:** Carrier and Peirce-Phelps.
[7]    **THE COURT:** So what's the issue? So he's
[8]  releasing Carrier?
[9]    **MS. WOODIE:** He doesn't know how to
[10]  install it. Not -- electrically, I'm not
[11]  disputing that. But, Your Honor, he made
[12]  several decisions not to do things that the
[13]  instructions say, and if he did, indeed, have
[14]  water or condensation in the unit, it was
[15]  because of that.
[16]    **THE COURT:** Well, that's the defense. I
[17]  don't know whether that's -- that's a
[18]  contested fact in this matter. So we're
[19]  releasing Carrier?
[20]    **MS. WOODIE:** Yes, for this unit and the
[21]  associated equipment.
[22]    **THE COURT:** And you're afraid he's going
[23]  to buy another Carrier?
[24]    **MS. WOODIE:** He said he was going to do
[25]  it.

Page 16

[1]    **THE COURT:** And try to install it again
[2]  and then file another lawsuit?
[3]    **MS. WOODIE:** Um-hum.
[4]    **MR. HATCHIGIAN:** This is a package unit,
[5]  Your Honor --
[6]    **THE COURT:** No, don't tell me that. The
[7]  question really is, is that, then it becomes a
[8]  scam; do you understand? You buy it and then
[9]  install it, then sue, that's what they're
[10]  trying to prevent.
[11]    **MR. HATCHIGIAN:** Yeah.
[12]    **THE COURT:** So the question really is,
[13]  they want you to stay away from buying and
[14]  suing Carrier again for the same thing.
[15]    **MR. HATCHIGIAN:** Right. I asked --
[16]    **THE COURT:** Now, I remember this happened
[17]  one time, and our eminent Mr. Sprague did the
[18]  same thing with Verizon, and ended up
[19]  releasing a particular claim and then starting
[20]  another claim with the same plaintiff, and it
[21]  became almost like a cottage industry for a
[22]  while.
[23]    **MR. RYAN:** There's a history here, Your
[24]  Honor, that might suggest --
[25]    **THE COURT:** So what kind of language

150604314
David Hatchigian V. Carrier Corporation

Motion Volume 1
April 18, 2017

Page 17

[1] would you like to stop this from happening
[2] again?
[3]     MS. WOODIE:  Your Honor, do you have the
[4] copy I gave you?
[5]     THE COURT:  Yes, I have it here.
[6]     MS. WOODIE:  It's the sentence that's the
[7] second to the last paragraph on page one.
[8]     THE COURT:  No, that's making an
[9] admission that he doesn't have to do it.  I
[10] don't like that, either.  I also specifically
[11] acknowledge that any --
[12]     THE COURT REPORTER:  I'm sorry, Your
[13] Honor, slow down, please.
[14]     THE COURT:  The language that's being
[15] complained of -- is this the language you're
[16] complaining of:  I also specifically
[17] acknowledge that any brand of Carrier
[18] air-conditioning equipment must be installed
[19] by a qualified licensed mechanical trade
[20] person, and that I am not a qualified licensed
[21] mechanical trade person.
[22]     MR. HATCHIGIAN:  Right.
[23]     THE COURT:  Why would he have to make
[24] that admission?
[25]     MS. WOODIE:  Because if he goes and buys

Page 18

[1] another one and does it again --
[2]     MR. RYAN:  First change the language --
[3]     MR. HATCHIGIAN:  First of all, I am
[4] qualified, number one.  And there's nothing --
[5] I asked Ms. Woodie to show me where it says in
[6] her manufacturer's instructions that you have
[7] to be a steamfitter.  She can't find it.  I am
[8] the qualified person.  I will continue buying
[9] them, continue to install them, and if I have
[10] a problem, I will hold this corporation liable
[11] for it.
[12]     My release --
[13]     THE COURT:  No, you're not going to do
[14] that.
[15]     MR. HATCHIGIAN:  Okay.
[16]     THE COURT:  No, you're not going to do
[17] that.
[18]     MR. HATCHIGIAN:  My release, here, says
[19] to settle, discontinue in Philadelphia Common
[20] Pleas Court, No. 1506 --
[21]     THE COURT:  No, your release is -- I'll
[22] tell you what I'm going to do, Mr. Hatchigian,
[23] if you don't begin to cooperate and understand
[24] what their issues are with you, I'm going to
[25] deny your motion to compel and that will be

Page 19

[1] the end of it.  And then you'll be in a
[2] position here to either sign the release that
[3] they want or not get the money.
[4]     Now, you can't be unreasonable with me.
[5]     MR. HATCHIGIAN:  No, I'm not being
[6] unreasonable.
[7]     THE COURT:  Their position is, and what
[8] they're concerned about, they're settling with
[9] you, but they don't want you buying and
[10] installing any more Carrier air-conditionings
[11] and then come around and sue them again, which
[12] is a reasonable request.
[13]     What language would you like that you're
[14] not going to do that again?
[15]     MR. HATCHIGIAN:  I'm not agreeable to
[16] that.
[17]     THE COURT:  Okay.  Well, then, the motion
[18] to compel is denied, and then you can sit on
[19] your settlement and try to file an appeal from
[20] this.
[21]     MR. HATCHIGIAN:  Thank you.
[22]     THE COURT:  There you are.  You're
[23] excused.
[24]        - - -
[25]     (Proceedings concluded.)

Page 20

[1]        - - -
[2]
[3]
[4]
[5]
[6]
[7]
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

150604314
David Hatchigian V. Carrier Corporation

Motion Volume 1
April 18, 2017

Page 21

[1]           CERTIFICATION
[2]
[3]       I hereby certify that the proceedings and
[4]   evidence are contained fully and accurately in
[5]   the notes taken by me on the trial of the
[6]   above cause, and that this copy is a correct
[7]   transcript of the same.
[8]
[9]
[10]
[11]
[12]
[13]       _____
[14]           JANENE L. LENOX
          Official Court Reporter
[15]
[16]
[17]
[18]       (The foregoing certification of this
[19]   transcript does not apply to any reproduction
[20]   of the same by any means unless under the
[21]   direct control and/or supervision of the
[22]   certifying reporter.)
[23]
[24]
[25]

Court Reporting System (Generated 2017/07/14 11:07:41)

# EXHIBIT 98 GENERAL RELEASE

2020 AUG 17  A 8: 08

USDC-EDPA

S/7/76/S

## GENERAL RELEASE AND SETTLEMENT AGREEMENT

I, DAVID HATCHIGIAN ("Releasor"), for the payment of THREE THOUSAND DOLLARS ($3,000.00), of which $1,500.00 is paid by Carrier Corporation and $1,500.00 by Peirce-Phelps, Inc., do for myself, my businesses, and my heirs, executors, administrators, successors, assigns and insurers, release and forever discharge Carrier Corporation and Peirce Phelps and each of their respective parents, subsidiaries, affiliated corporations or divisions, and each of their respective past, present, and future directors, officers, employees and all persons acting under or in concert with them, including their attorneys, affiliates, heirs, administrators and assigns (hereinafter, collectively, "Releasees") as well as all other persons and entities, from all claims, demands, damages, actions, causes of action or suits at law or in equity, of whatsoever kind or nature, for or because of any matter or thing done or omitted by anyone and alleged to result from, or be related to, the Carrier  50GL-024-321 Single-Package Electric Cooling Unit, Serial No. 3805G41639, its components, the associated Roof Top Curb, ductwork and all components of the air conditioning system, whether or not manufactured or sold by Carrier and/or Peirce-Phelps, including all past, current and future claims, cross-claims,  demands, damages, actions, causes of action or suits at law or in equity, of whatsoever kind or nature including personal injury/illness claims by me and others, as well as damages and losses to the buildings, contents of the buildings and the property located at 7512 Brentwood Rd., Philadelphia, PA  19151, and further including but not limited to those set forth, or which could have been set forth, in the lawsuit identified as, David Hatchigian v Carrier Corporation and Peirce-Phelps , filed in the Court of Common Pleas, Philadelphia County at  No. 150604314.

I understand that said Releasees, by reason of agreeing to these compromise payments, neither admit nor deny liability of any sort, and that said Releasees have made no agreement or promise to do or omit to do any act or thing not herein set forth.  I further understand that this General Release and Settlement Agreement is made as a compromise to avoid expense and to terminate all controversy and/or claims for damages and losses of whatsoever nature which exist, have existed and/or will existed.  I also agree that this settlement is the compromise of disputed claims and that the payments set forth herein are not to be construed as an admission of liability on the part of either of the Releasees and that said Releasees deny liability.

I also specifically acknowledge that any brand of Carrier air conditioning equipment must be installed by a qualified, licensed mechanical trade person, and that I am not a qualified, licensed mechanical trade person.

As further consideration of the respective payments of the aforementioned sum to me, I agree that any lien or subrogation claim due or claimed to be due to any person, firm, corporation, government, governmental agency, insurance company or other entity, which lien is based upon services, materials, wages, compensation, or any other benefits, including medical benefits, provided to, reimbursed to or paid on behalf of me or my businesses, shall be discharged by me or my businesses, and I will indemnify, defend and hold forever harmless the Releasees with respect to any such liens or claims.

I admit that no representation of fact or opinion has been made by said Releasees or anyone on Releasees' behalf to induce this compromise with respect to the extent, nature or permanency of said losses and damages or as to the likelihood of future complications therefrom, and that the sums paid are solely by way of compromise of a disputed claim.

Notwithstanding the terms of this General Release and Settlement Agreement, it is specifically agreed that it is the express objective and intention of this General Release and Settlement Agreement to release and forever discharge Releasees for all of time of any and all types of claims and damages alleged to result from or be related to the Carrier 50GL-024-321 Single-Package Electric Cooling Unit, Serial No.3805G41639, its components, the associated Roof Top Curb, ductwork and all components of the air conditioning system, whether or not those components were manufactured or sold by Carrier and/or Peirce-Phelps.

I have consulted an attorney of my choice concerning this General Release and Settlement Agreement and accept it believing its terms to be fair and reasonable. I have carefully read this General Release and Settlement Agreement and know and understand its contents. I am signing this General Release and Settlement Agreement of my own free will and intend to be legally bound by the terms contained herein.

I agree that this General Release and Settlement Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania. If any part or provision of this Settlement Agreement and Release shall be held void or invalid, the remaining provisions shall remain in full force and effect.

**IN WITNESS WHEREOF, I HEREBY SIGN THIS GENERAL RELEASE AND SETTLEMENT AGREEMENT, INTENDING TO FOREVER TO BE BOUND BY ITS TERMS.**

This _____ day of _____, 2017.

**CAUTION: READ BEFORE SIGNING.**

_____         _____
Witness                                       DAVID HATCHIGIAN

SWORN TO AND SUBSCRIBED

BEFORE ME THIS          DAY

OF                              , 2017.


_____
NOTARY PUBLIC



City of Philadelphia
Department of
Licenses & Inspections
P.O. Box 53310
Philadelphia, Pa. 19105

**DISPLAY PROMINENTLY**
**if required by law**

DAVID HATCHIGIAN
2414 TOWNSHIP LINE RD
HAVERTOWN, PA  19083
USA

3516    Electrical Contractor

DAVID HATCHIGIAN

THIS LICENSE IS GRANTED TO THE PERSON OR COMPANY FOR THE PURPOSE STATED ABOVE. IT IS
SUBJECT TO IMMEDIATE CANCELLATION BY THIS DEPARTMENT FOR VIOLATIONS OF CITY ORDINANCES
AND REGULATIONS. INQUIRIES CALL 311 (215-686-8686).

| LICENSE CODE | LICENSE NO. | COMMERCIAL ACTIVITY LIC. | EXPIRES ON | ISSUED ON |
|---|---|---|---|---|
| 3516 | 15308 | | 6/28/2021 | 7/8/2020 |

**LICENSE**