IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HATCHIGIAN,** | : | **CIVIL ACTION** |
| **JOAN RANDAZZO,** | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CARRIER CORPORATION,** | : | |
| **PEIRCE-PHELPS,** | : | |
| *Defendants*. | : | NO.   20-cv-04110 |

### O R D E R

    **AND NOW**, this 11th day of September 2020, it is hereby **ORDERED** that the Motion for Access to Email (ECF No. #3) is **GRANTED**. The Pro Se Plaintiffs, **DAVID HATCHIGIAN and JOAN RANDAZZO** may register as ECF Filing Users in the ECF System, **solely for the purpose of litigating the above-captioned matter**.

    It is further **ORDERED** that the Clerk of Court is directed to forward a copy of the Electronic Case Filing (ECF) Account Registration Form to Pro Se Plaintiff, David Hatchigian at 2414 Township Line Road, Havertown, PA 19083, and Pro Se Plaintiff, Joan Randazzo at 2414 Township Line Road, Havertown, PA 19083.

                                                **BY THE COURT:**

                                                **/s/ Chad F. Kenney**

                                                _____

                                                **CHAD F. KENNEY, JUDGE**