FAX (610) 527-7516                                    (610) 446-7257 ANS. MACHINE

# DAVID HATCHIGIAN
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@outlook.com

September 28, 2020

Honorable Chad F. Kenney
United States District Court
Eastern District
U.S. Courthouse
601 Market Street
Philadelphia Pa. 19106

RE: David Hatchigian & Joan Randazzo vs. Carrier Corp. & Peirce-Phelps
2:20-cv-04110-CFK

Dear Honorable Chad F. Kenney

    Please find pro-se plaintiff second proof of service for above complaint and completed ECF application.

    Any questions please call or e/m.

    Thank you.

    Respectfully submitted,

*David Hatchigian*

Enclosures (6)

CC: Kimberly J. Woodie Esquire for Carrier  wjbracaglia@mdwcg.com
    James F. Ryan, Esquire for Peirce-Phelps   jryan@sandlaw.com

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Attorney: 111 - 97

DAVID HATCHIGIAN AND JOAN RANDAZZO

Plaintiff(s)

-against-

CARRIER CORPORATION AND PEIRCE-PHELPS

Defendant(s)

Index #: 20-4110

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 24, 2020 at 03:25 PM at

C/O CT CORPORATION SYSTEM
28 LIBERTY STREET
NEW YORK, NY10005

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION, DESIGNATION FORM, CIVIL COVER SHEET, CASE MANAGEMENT TRACK DESIGNATION FORM, CERTIFICATE OF SERVICE, COMPLAINT on CARRIER CORPORATION, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to GINA MARTINEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION, DESIGNATION FORM, CIVIL COVER SHEET, CASE MANAGEMENT TRACK DESIGNATION FORM, CERTIFICATE OF SERVICE, COMPLAINT as said defendant/respondent and knew said individual to be LEGAL CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 29 | 4'10 | 150 |

GLASSES



Sworn to me on: September 24, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971

Docket #: *1166980*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| DAVID HATCHIGIAN AND JOAN RANDAZZO <br><br> *Plaintiff(s)* <br> v. <br> ROBERT S <br> CARRIER CORPORATION AND PEIRCE-PHELPS <br> ROBERT SOBRANNI <br> *Defendant(s)* | Civil Action No. 20-4110 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID HATCHIGIAN
2414 TOWNSHIP LINE
ROAD
HAVERTOWN, PA 19083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/24/20

S/ John Arrow

*Signature of Clerk or Deputy Clerk*

SEP-26-2020 11:20A FROM:BRESLIN SERVICES 6107342192 TO:6105277516 P.1
RECEIVED 09/26/2020 12:14PM

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.20-4110

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT SUBRANUI
was received by me on *(date)* Sept 24, 2020.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNNE GISSI, ACCOUNTS PAYABLE
designated by law to accept service of process on behalf of *(name of organization)* PEIRCE PHELPS
FOR ROBERT SUBRANNI on *(date)* SEPT 24 2020 @ 11:50 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: Sept 24, 2020

x *Annette M Rech*
Server's signature

Annette M Rech
Printed name and title

324 MAYPOLE RD, UPPER DARBY PA
Server's address

Additional information regarding attempted service, etc:
W. F. 35 YRS 5'3" 130 LBS —



SEP-26-2020 11:20A FROM:BRESLIN SERVICES 6107342192 TO:6105277516 P.2
RECEIVED 09/26/2020 12:14PM

DAVID HATCHIGIAN
2414 Township Line Road
Havertown, PA 19083-5236

Honorable Chad F. Kenney
United States District Court
Eastern District
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106