IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HATCHIGIAN AND JOAN RANDAZZO, *Plaintiffs* | : : : : | CIVIL ACTION |
| v. | : : | |
| CARRIER CORPORATION AND PEIRCE-PHELPS, *Defendants*. | : : : : | No. 20-4110 |

## ORDER

AND NOW, this 3rd day of December 2020, upon consideration of Plaintiffs' Complaint (ECF No. 1) and accompanying exhibits, Defendants Peirce-Phelps' and Carrier Corporation's Motions to Dismiss (ECF Nos. 8 and 9) and accompanying exhibits, Plaintiffs' Responses in Opposition (ECF Nos. 10 and 11), and for the reasons stated in the accompanying Memorandum, it is ORDERED that Defendants' Motions to Dismiss (ECF Nos. 8 and 9) are GRANTED. Plaintiffs' Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE for want of subject matter jurisdiction.

Plaintiffs may file an amended complaint within 21 days of this Order. *See* Fed. R. Civ. Pro. 15(a)(2). Accordingly, if Plaintiffs choose to file an amended complaint, they shall do so on or before December 24, 2020.

BY THE COURT

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.