*"Exhibit F"*

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

DOCKETED
COMPLEX LIT CENTER
APR 18 2017
J. STEWART

DAVID HATCHIGIAN
*Plaintiff*

JUNE TERM, 2015

vs.

No. 4314

CARRIER CORPORATION

PEIRCE-PHELPS, INC.
*Defendants*

Control No.: 17030827

# ORDER

**AND NOW** this 18th day of April, 2017, upon consideration of Plaintiff David Hatchigian's Motion to Invalidate Settlement, and Defendants' responses thereto, and after hearing argument thereon, it is hereby **ORDERED** and **DECREED** that said motion is **DENIED**.[1]

BY THE COURT:

April 18, 2017

Hatchigian Vs Carrier C-ORDER

15060431400091

Gene D. Cohen                J.

---

[1] Plaintiff was represented by counsel at the original settlement. The Court finds Plaintiff's pro se conduct unreasonable in failing to sign an appropriate and necessary release in order to secure the funds from Defendants' insurance company.