*Exhibit "C"*

1

```
                    IN THE COURT OF COMMON PLEAS
             FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                         CIVIL TRIAL DIVISION

                              - - -


DAVID HATCHIGIAN              :
                              :
        -vs-                  :
                              :
CARRIER CORPORATION           :   No.  150604314
        and                   :
                              :
PEIRCE-PHELPS                 :

                              - - -
                             MOTION
                              - - -


                           CITY HALL
                         Courtroom 682
                    Philadelphia, Pennsylvania


                       January 23, 2017



                              - - -
BEFORE:   THE HONORABLE GENE COHEN, J.
                              - - -




                     Sherri Benson, RPR
                    OFFICIAL COURT REPORTER
                      Land Title Building
                 100 S. Broad Street, 2nd Floor
                Philadelphia, PA  19110  (215) 683-8067
```

2

```
 1  A P P E A R A N C E S:
 2
 3
 4  WILLIAM HOBSON, ESQ.
    For the Plaintiff
 5
    KIM WOODIE, ESQ.
 6  For the Defendant - Carrier Corporation
 7  JAMES F. RYAN, ESQ.
    For the Defendant Peirce-Phelps
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            MR. HOBSON:  We have a settlement,
 2   Your Honor.  We're willing to accept the
 3   sum of $3,000.  In exchange for that,
 4   we're going to drop and dismiss all
 5   claims.  There will be no follow-up claims
 6   of any kind, any appeals against Carrier
 7   or Peirce-Phelps.
 8            MS. WOODIE:  Your Honor, there's
 9   another term we wanted to include in the
10   release language which mirrors the
11   installation instructions.  He is not a
12   qualified mechanical contractor to install
13   HVAC equipment.
14            THE COURT:  Why is that necessary?
15            MS. WOODIE:  Because, Your Honor,
16   he's represented he's a mechanical
17   contractor in order to purchase this unit
18   from the distributor, and he's not.
19            MR. HOBSON:  I don't envision my
20   client is going to be going around
21   representing himself as a certified
22   Carrier instructor.  I'll make him aware
23   of that.  I don't want any language in
24   there that insults his integrity because
25   he is a certified electrician.
```

4

```
 1              MS. WOODIE:  Different trade.
 2              MR. HOBSON:  I agree.  Put the
 3    language in there.
 4              THE COURT:  You'll prepare the
 5    release then without being too insulting.
 6              MS. WOODIE:  Yes, Your Honor.
 7              THE COURT:  So they don't come
 8    back here because the release is
 9    insulting.
10              DAVID HATCHIGIAN, after having
11    first been duly sworn, was examined and
12    testified as follows:
13              THE COURT:  Mr. Hatchigian, you
14    heard the settlement as read into the
15    record as stated in the record by your
16    attorney and as reflected by the defense
17    attorney?  You heard that?
18              MR. HATCHIGIAN:  Yes.
19              THE COURT:  And you accept that?
20              MR. HATCHIGIAN:  Yes.
21              THE COURT:  Okay.  Mark this
22    matter as settled.
23
24
25
```

Case ID: 150604314
Control No.: 17030827

```
 1                    CERTIFICATE
 2
 3          I, SHERRI BENSON, Registered
 4   Professional Reporter and Certified Shorthand
 5   Reporter in and for the Commonwealth of
 6   Pennsylvania, do hereby certify that the foregoing
 7   is a true and accurate transcript of the notes of
 8   testimony of said witness who was first duly sworn
 9   on the date and place hereinbefore set forth.
10
11          I FURTHER CERTIFY that I am neither
12   attorney nor counsel for, nor related to or employed
13   by any of the parties to the action in which this
14   trial was taken, and further, that I am not a
15   relative or employee of any attorney or counsel
16   employed in this action, nor am I financially
17   interested in this case.
18
19
20   [signature]
21   _____
22   SHERRI BENSON, REGISTERED PROFESSIONAL REPORTER
23
24
25
```