*Exhibit "D"*

Court of Common Pleas of Philadelphia County
Trial Division - Civil
**TRIAL WORK SHEET**

Judge's Name:  Judge's I.D.:  Signature:

**GENE D COHEN**  J345

Caption:  Case Type:  Program:

**HATCHIGIAN VS CARRIER CORP. ETAL**  CONTRACTS (GOODS), ENFORCE  ARBITRATION APPEAL

Court Term and Number:  If Consolidated, Court Term and Number:

#1506-04314

| Trial Date: | | Total Amount: | Number of Days: | Disposition Date: | Date Sheet Prepared: |
|---|---|---|---|---|---|
| 23-JAN-2017 | Jury X. Non-Jury | | | 23-JAN-2017 | 23-JAN-2017 |

Full Description of Disposition (to be entered Verbatim on the Docket)

Settled after assignment for trial. Settlement placed on record.

| | | |
|---|---|---|
| Default Judgment/Court Ordered | Jury Verdict for Plaintiff | Other (explain) |
| Directed Verdict | Jury Verdict for Defendant | Hatchigian Vs Carrier C-WSATJ |
| Discontinuance Ordered | Mistrial |  |
| Transferred to binding arbitration | Hung Jury | 15060431400081 |
| | Non-Pros entered | |
| Finding for Defendant (Non-Jury) | Non-Suit entered | **DOCKETED** |
| Finding for Plaintiff (Non-Jury) | | **COMPLEX LIT CENTER** |
| Damages Assessed | Settled prior to assignment for trial (Team Leaders, only) | JAN 2 4 2017 |
| Judgment entered by agreement | X  Settled after assignment for trial | **J. STEWART** |
| Judgment entered | | |
| Judgment satisfied | prior to jury selection | |
| | after jury sworn | |

Plaintiff's Counsel (name, address & telephone)  Defendant's Counsel (name, address & telephone)

**JAMES F. RYAN**
PHONE #(610)971-9200
FAX #(610)971-2491

TRIALWS REV 2/24/2015  Page 1 of 2

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) J. STEWART 01/24/2017