Exhibit "G"

DAVID HATCHIGIAN,

v.

CARRIER CORPORATION, and
PEIRCE-PHELPS,

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

CIVIL TRIAL DIVISION

No. 4314

## CONCISE STATEMENT OF ERRORS COMPLAINED OF ON APPEAL

Appellant DAVID HATCHIGIAN responds timely to the Order of May 8, 2017, issued

by the Honorable Gene D. Cohen to file of record a Concise Statement of Errors Complained of

on Appeal pursuant to Pa. R.A.P. 1925(b) as follows:

### ISSUES FOR APPEAL

1)      Whether the court should have granted the Motion to Invalidate (Order dated

April 18, 2017) and restored this case to the trial calendar where counsel at the original

settlement was not counsel of record, entered no appearance and had no apparent settlement

authority.

2)      Whether the denial of a jury trial was an abuse of discretion under *Wertz v.

Chapman Township*, 559 Pa. 630 (1999), where Jury Trial Fees were paid and Plaintiff's motion

for a jury trial of July 26, 2016 was unopposed.

Plaintiff-Appellant further reserves the right to supplement and/or amend his Concise Statement,

*Tucker v. R.M. Tours*, 977 A.2d 1170 (Pa., 2009) (Clarification of a non-concise statement is a

salutary practice, designed to effectuate appropriate appellate review.)

1

Respectfully submitted,

DAVID HATCHIGIAN

Plaintiff-Appellant, Pro Se

## CERTIFICATE OF SERVICE

I, David Hatchigian , hereby certify that a true and correct copy of the

foregoing  Concise Statement of Matters Complained of  and was served on

the below listed address by First -Class United States Mail 3817 on May 31,

2017

Marshall Dennehey Warner Coleman & Goggin
Mrs. Woodie Esquire
620 Freedom Business Center, Suite 300
King of Prussia, Pa. 19406
610-354-8250

James F. Rayan Esquire
995 Old Eagle School Road
Suite 306,
Wayne Pa. 19087

Judge Gene Cohen
Court Room 143 G
City Hall Pa. 19107

*David Hatchigian*

*may 31 2017*

Case ID: 150604314

FAX (610) 527-7516                                          (610) 446-7257 ANS MACHINE

## DAVID HATCHIGIAN
*2414 Township Line Road*
*Havertown, PA 19083-5236*
david3091@outlook.com

May 31, 2017

Marshall Dennehey Warner Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, Pa. 19406
610-354 8250

RE: David Hatchigian vs. Carrier Corporation and Peirce-Phelps P.C.P. NO.
150604314

Dear Judge Gene Cohen,Ms. Woodie and Mr. Ryan

     Please find Plaintiff  Concise Statement of Matters Complained of on Appeal.

Any questions please call or e/m.

Respectfully,

*David Hatchigian*

David Hatchigian

Enclosures (5)

CC: James F. Ryan Esquire 995 Old Eagle School Road Suite 306 Wayne Pa. 19087
Judge Gene D. Cohen Court Room 143 G City Hall Pa. 19107

Case ID: 150604314

| | | |
|---|---|---|
| David Hatchigian, | : | **COURT OF COMMON PLEAS** |
| Plaintiff | : | |
| | : | **PHILADELPHIA COUNTY** |
| | : | |
| vs. | : | |
| | : | **June Term, 2015** |
| Carrier Corporation, | : | |
| Peirce-Phelps, Inc. | : | No. ~~01314~~ 4314 |
| Defendants | : | |
| | : | |

### ORDER PURSUANT TO P.A. R.A.P. 1925(b)

**AND NOW,** this 8th day of May, 2017, pursuant to Rule 1925(b) of the Pennsylvania

Rules of Appellate Procedure, the Court hereby **ORDERS** and **DIRECTS** the Appellant, David

Hatchigian, to file of record in this Court, and to serve a copy upon the undersigned judge, a

concise statement of the errors complained of on appeal. The Appellant shall file and serve this

statement pursuant to PA.R.A.P. 1925(b)(1), no later than twenty-one (21) days from entry of

this order on the docket. The Appellant is cautioned that any issue not properly included in the

statement timely filed and served pursuant to PA.R.A.P. 1925(b) shall be deemed waived.

BY THE COURT:

_____

Gene D. Cohen                    J.

May 8, 2017

Hatchigian Vs Carrier Corp. Etal-ORDER

||||||||||| (barcode)
15060431400094

DOCKETED
COMPLEX LIT CENTER

MAY 1 1 2017

**J. STEWART**

Case ID: 150604314