| | |
|---|---|
| **From:** | David Hatchigian <david3091@outlook.com> |
| **Sent:** | Friday, December 18, 2020 10:48 AM |
| **To:** | PAED Documents |
| **Subject:** | Re: Email account for filing documents |
| **Attachments:** | CARRIER EX B.pdf; CARRIER EX. C.pdf; CARRIER EX. D.pdf; CARRIER EX E.pdf; CARRIER EX F.pdf; CARRIER EX. G.pdf; CARRIER EX H.pdf; CARRIER EX I.pdf; CARRIER EX. J N.T. APRIL 18, 2017.pdf; CARRIER AMENDED COMPLAINT W SUMMONS.pdf |

**CAUTION - EXTERNAL:**

 PLEASE FIND PLAINTIFF AMENED COMPLAINT PER COURT ORDER FOR CASE NO. 2--CV-4110. ANY QUESTIONS PLEASE CALL 610-446-7257 OR E/M.   THANK YOU. DAVID HATCHIGIAN

---

**From:** PAED Documents <paed_documents@paed.uscourts.gov>
**Sent:** Friday, December 18, 2020 10:38 AM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>; david3091@outlook.com <david3091@outlook.com>
**Subject:** Email account for filing documents

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.