## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

DAVID HATCHIGIAN AND        :
JOAN RANDAZZO        :
       :
       vs.        :        CIVIL ACTION NO. 20-4110
COUNTY OF PHILADELPHIA,        :
COURT OF COMMON PLEAS        :
OF PHILADELPHIA COUNTY,        :
CARRIER CORPORATION and        :
PEIRCE-PHELPS        :

## O R D E R

AND NOW, this        day of        , 2021, upon consideration of the

F.R.C.P. 12(b) Motion of Defendant, Peirce-Phelps, LLC to Dismiss Plaintiffs' Amended

Complaint, and any response thereto, it is hereby ORDERED and DECREED that the Motion of

Defendant, Peirce-Phelps, LLC is hereby GRANTED and Plaintiffs' Amended Complaint is

dismissed, with prejudice.

BY THE COURT:

_____
                                    J

DAVID HATCHIGIAN AND      :
JOAN RANDAZZO      :
     :
       vs.      :      CIVIL ACTION NO. 20-4110
     :
COUNTY OF PHILADELPHIA,      :
COURT OF COMMON PLEAS      :
OF PHILADELPHIA COUNTY,      :
CARRIER CORPORATION and      :
PEIRCE-PHELPS      :

---

## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)

Moving Defendant, Peirce-Phelps, LLC, by and through its counsel, James F. Ryan,

Esquire, files this Motion to Dismiss pursuant to both F.R.C.P. 12 (b) (1) for lack of subject

matter jurisdiction based on the Rooker-Feldman doctrine, and lack of diversity and also

pursuant to F.R.C.P. 12 (b)(6), as on the face of Plaintiffs' Amended Complaint, the applicable

statutes of limitations have expired.

In addition, plaintiffs' claim under the Magnuson Moss Warranty Act must fail for lack

of subject matter jurisdiction as plaintiffs have failed to meet the damages threshold set forth in

the Act. Finally, plaintiffs' claims must be barred pursuant to Res Judicata as the allegations set

forth in Plaintiffs' Amended Complaint against Peirce-Phelps, LLC have already been litigated

and a final Order has been entered.

In support of its Motion, defendant, Peirce-Phelps, LLC incorporates by reference its Memorandum of Law as though fully set forth herein at length. Moving defendant, Peirce-Phelps, LLC, respectfully requests dismissal of Plaintiffs' Amended Complaint, with prejudice.

Respectfully submitted,

LAW OFFICE OF JAMES F. RYAN

By:_____

JAMES F. RYAN
Attorney for Defendant,
Peirce-Phelps, LLC