# EXHIBIT

# "C"

# AFFIDAVIT OF ROBERT SUBRANNI

ROBERT SUBRANNI, based upon his knowledge, information and belief states that he is authorized to take this Affidavit on behalf of Peirce-Phelps, LLC and hereby swears and affirms as follows:

1. I have been employed at Peirce-Phelps for 31 years since 1989, and for the last 26 years have been employed as Vice President and CFO of Peirce-Phelps.

2. Peirce-Phelps, LLC is a distributor of residential and commercial heating, ventilation, air conditioning equipment, building and home automation energy management systems.

3. Peirce-Phelps, LLC is a Delaware Corporation however maintains its principle place of business and corporate address at 516 East Township Line Road, Blue Bell, PA 19422.

4. Peirce-Phelps, LLC maintains its corporate headquarters in Blue Bell, Pennsylvania where all of its core executive and administrative functions are carried out.

5. Peirce-Phelps, LLC maintains 21 branch sales offices, 13 in Pennsylvania, 5 in New Jersey and one in Delaware.

6. On August 1, 2019, Peirce-Phelps, LLC was acquired by Watsco, which is located in Florida.

7. Peirce-Phelps, LLC maintains no physical plant nor sales office in Florida and pursuant to the acquisition, Peirce-Phelps, LLC maintains complete autonomy at its corporate headquarters in Pennsylvania.

8. Peirce-Phelps, LLC's corporate headquarters from which it directs, manages and oversees its entire sales force and from which its officers coordinate corporate activities is located in Pennsylvania

9. While Peirce-Phelps, LLC sells residential heating, ventilation and air conditioning equipment in multiple states, the focal point of all of its business activities is located in Pennsylvania.

_____
Robert Subranni

Sworn to and Subscribed

Before me this 13TH day of

OCTOBER , 2020

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
GERALDINE DINENNA - Notary Public
Montgomery County
My Commission Expires Jan 21, 2024
Commission Number 1040300