*Exhibit "C"*

1

```
                    IN THE COURT OF COMMON PLEAS
              FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                         CIVIL TRIAL DIVISION

                              - - -


DAVID HATCHIGIAN            :
                            :
           -vs-             :
                            :
CARRIER CORPORATION         :    No.  150604314
      and                   :
                            :
PEIRCE-PHELPS               :

                              - - -
                             MOTION
                              - - -


                           CITY HALL
                         Courtroom 682
                    Philadelphia, Pennsylvania


                       January 23, 2017



                              - - -
BEFORE:   THE HONORABLE GENE COHEN, J.
                              - - -





                      Sherri Benson, RPR
                   OFFICIAL COURT REPORTER
                      Land Title Building
                 100 S. Broad Street, 2nd Floor
               Philadelphia, PA  19110  (215) 683-8067
```

Case ID: 150604314
Control No.: 17030827

2

```
 1  A P P E A R A N C E S:
 2
 3
 4  WILLIAM HOBSON, ESQ.
    For the Plaintiff
 5
    KIM WOODIE, ESQ.
 6  For the Defendant - Carrier Corporation

 7  JAMES F. RYAN, ESQ.
    For the Defendant Peirce-Phelps
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case ID: 150604314
Control No.: 17030827

3

```
 1          MR. HOBSON:  We have a settlement,
 2     Your Honor.  We're willing to accept the
 3     sum of $3,000.  In exchange for that,
 4     we're going to drop and dismiss all
 5     claims.  There will be no follow-up claims
 6     of any kind, any appeals against Carrier
 7     or Peirce-Phelps.
 8          MS. WOODIE:  Your Honor, there's
 9     another term we wanted to include in the
10     release language which mirrors the
11     installation instructions.  He is not a
12     qualified mechanical contractor to install
13     HVAC equipment.
14          THE COURT:  Why is that necessary?
15          MS. WOODIE:  Because, Your Honor,
16     he's represented he's a mechanical
17     contractor in order to purchase this unit
18     from the distributor, and he's not.
19          MR. HOBSON:  I don't envision my
20     client is going to be going around
21     representing himself as a certified
22     Carrier instructor.  I'll make him aware
23     of that.  I don't want any language in
24     there that insults his integrity because
25     he is a certified electrician.
```

Case ID: 150604314
Control No.: 17030827

```
 1                MS. WOODIE:  Different trade.
 2                MR. HOBSON:  I agree.  Put the
 3      language in there.
 4                THE COURT:  You'll prepare the
 5      release then without being too insulting.
 6                MS. WOODIE:  Yes, Your Honor.
 7                THE COURT:  So they don't come
 8      back here because the release is
 9      insulting.
10                DAVID HATCHIGIAN, after having
11      first been duly sworn, was examined and
12      testified as follows:
13                THE COURT:  Mr. Hatchigian, you
14      heard the settlement as read into the
15      record as stated in the record by your
16      attorney and as reflected by the defense
17      attorney?  You heard that?
18                MR. HATCHIGIAN:  Yes.
19                THE COURT:  And you accept that?
20                MR. HATCHIGIAN:  Yes.
21                THE COURT:  Okay.  Mark this
22      matter as settled.
23
24
25
```

CERTIFICATE

I, SHERRI BENSON, Registered Professional Reporter and Certified Shorthand Reporter in and for the Commonwealth of Pennsylvania, do hereby certify that the foregoing is a true and accurate transcript of the notes of testimony of said witness who was first duly sworn on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this trial was taken, and further, that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

_____
SHERRI BENSON, REGISTERED PROFESSIONAL REPORTER