# Exhibit "D"

Court of Common Pleas of Philadelphia County
Trial Division - Civil
**TRIAL WORK SHEET**

Judge's Name:      Judge's I.D.:      Signature:

**GENE D COHEN**      J345

Caption:      Case Type:      Program:

**HATCHIGIAN VS CARRIER CORP. ETAL**      CONTRACTS (GOODS), ENFORCE      ARBITRATION APPEAL

Court Term and Number:      If Consolidated, Court Term and Number:

**#1506-04314**

| Trial Date: | | Total Amount: | Number of Days: | Disposition Date: | Date Sheet Prepared: |
|---|---|---|---|---|---|
| | Jury | | | | |
| 23-JAN-2017 | X. Non-Jury | | | 23-JAN-2017 | 23-JAN-2017 |

Full Description of Disposition (to be entered Verbatim on the Docket)

Settled after assignment for trial. Settlement placed on record.

| | | |
|---|---|---|
| Default Judgment/Court Ordered | Jury Verdict for Plaintiff | Other (explain) |
| Directed Verdict | Jury Verdict for Defendant | |
| Discontinuance Ordered | Mistrial | Hatchigian Vs Carrier C-WSATJ |
| Transferred to binding arbitration | Hung Jury |  |
| | Non-Pros entered | 15060431400081 |
| Finding for Defendant (Non-Jury) | Non-Suit entered | |
| Finding for Plaintiff (Non-Jury) | | **DOCKETED** |
| Damages Assessed | Settled prior to assignment for trial (Team Leaders, only) | **COMPLEX LIT CENTER** |
| Judgment entered by agreement | | JAN 2 4 2017 |
| Judgment entered | X Settled after assignment for trial | **J. STEWART** |
| Judgment satisfied | prior to jury selection | |
| | after jury sworn | |

Plaintiff's Counsel (name, address & telephone)      Defendant's Counsel (name, address & telephone)

**JAMES F. RYAN**
**PHONE #(610)971-9200**
**FAX #(610)971-2491**

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  J. STEWART  01/24/2017