# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HATCHIGIAN, et al.,** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| v. | : | NO. 20-4110 |
| **CARRIER CORPORATION, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **28th** day of **January 2021**, after a consideration of the Plaintiffs' Motion For Forty Five (45) Day Extension of Time To File Response to Defendant's Motion to Dismiss (ECF No. 18) and Plaintiffs' subsequent filings (ECF Nos. 19 and 20), it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for an Extension Of Time (ECF No. 18) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1