## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HATCHIGIAN AND** | : | |
| **JOAN RANDAZZO,** | : | **CIVIL ACTION** |
| | : | **NO. 20-CV-4110** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CARRIER CORPORATION, et al.,** | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

## ORDER

**AND NOW**, this **26ᵗʰ** day of **February 2021**, upon consideration of Defendants Peirce-Phelps, LLC and Carrier Corporation's Motions to Dismiss (ECF Nos. 16 and 17) and Plaintiffs' responses in opposition (ECF Nos. 19 and 20), it is hereby **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 16 and 17) are **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' Amended Complaint (ECF No. 15) is **DISMISSED** with prejudice. The Clerk of Court is directed to close this matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

1